IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VALARIS PLC,[1] | ) Case No. 20-34114 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AD HOC GROUP OF UNSECURED NOTEHOLDERS' WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 24, 2020

The Ad Hoc Group of Unsecured Noteholders (the "Ad Hoc Group"), files this witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for September 24, 2020 at 3:00 p.m. (CST) before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 515 Rusk Avenue, Houston, Texas 77002 (the "Hearing").

## WITNESSES

The Ad Hoc Group may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party;
2. Any witness necessary to lay the foundation for the admission of exhibits; and
3. Any rebuttal and/or impeachment witnesses.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.stretto.com/Valaris. The location of Debtor Ensco Incorporated's principal place of business and the Debtors' service address in these chapter 11 cases is 5847 San Felipe Street, Suite 3300, Houston, Texas 77057

10745710

**EXHIBITS**

The Ad Hoc Group may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | | | |
| 2. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 3. | Any exhibit listed by any other party | | | | | | |

The Ad Hoc Group reserves the right to further amend or supplement the Witness and Exhibit List at any time prior to or during the Hearing.

Respectfully submitted this 22nd day of September 2020.

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins
State Bar No. 09597500
M. Shane Johnson
State Bar No. 24083263
Megan Young-John
State Bar No. 24088700
1000 Main Street, 36th Floor
Houston, Texas   77002-2764
Telephone:  (713) 226-6000
Facsimile:  (713) 226-6248
jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and -

10745710

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

Philip Bentley**
Thomas Moers Mayer**
Stephen D. Zide**
Nathaniel Allard**
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
(212) 715-8000 (fax)
pbentley@kramerlevin.com
tmayer@kramerlevin.com
szide@kramerlevin.com
nallard@kramerlevin.com

*\*\*Admitted pro hac vice*

**COUNSEL FOR THE AD HOC GROUP OF UNSECURED NOTEHOLDERS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 22, 2020.

/s/ *John F. Higgins*
John F. Higgins

3

10745710