**From:** Lenz, Derrick [ICG-BCMA] [DL21854@imcnam.ssmb.com]
**Sent:** 5/28/2020 1:13:55 AM
**To:** Chan, Allister [ICG-BCMA] [ac45911@imcnam.ssmb.com]
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

And yes - still in Houston.


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>
**Date:** Wednesday, May 27, 2020, 8:10 PM
**To:** Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

No problem. Happy to have the discussion - it was an unexpected one off convo with peter after our call with Lazard where I think we decided "we know where this is going so let's cut to the chase and try to propose something".

Defer to you guys on the right fee but I'd be disappointed if we lead a dip + exit and don't take the opportunity to get paid well.  I've been massively underpaid as AA the last 3 years!


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>
**Date:** Wednesday, May 27, 2020, 8:07 PM
**To:** Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

Awesome. Sorry if it's a discussion that's repetitive. If we can help guide other lenders in that direction, will be helpful for our positioning as RC lenders and also hopefully we can make some fees doing it.

Are you still in Houston?


-Allister

Allister Chan
(212) 723-6257
allister.chan@citi.com

---

**From:** Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>
**Date:** Wednesday, May 27, 2020, 9:04 PM
**To:** Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>, Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Bronstein, Noah [RISK] <nb10763@imceu.eu.ssmb.com>

CONFIDENTIAL

CITI_DIP_0004465
**DEBTORS' EX. 003**

**Cc:** Pratt, Michelle1 [ICG-BCMA] <mp51096@imcnam.ssmb.com>, Klenovich, Grant [ICG-BCMA] <gk39046@imcnam.ssmb.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

I'm free to chat.

I think Peter and I are aligned on committing to the dip + exit if the end result results in a large commitment reduction + security on the exit facility.

If we can get close to a 50% reduction in total exposure post exit I think we will be very happy given where we stand.


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>
**Date:** Wednesday, May 27, 2020, 7:58 PM
**To:** Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>, Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Bronstein, Noah [RISK] <nb10763@imceu.eu.ssmb.com>
**Cc:** Pratt, Michelle1 [ICG-BCMA] <mp51096@imcnam.ssmb.com>, Klenovich, Grant [ICG-BCMA] <gk39046@imcnam.ssmb.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

Hi Peter, Derrick,

Is it worth huddling up internally before the broader call? 1130AM ET?

We should discuss if there's any appetite for Citi to commit to the DIP or DIP-to-Exit. For example, $XX to the DIP based on a percentage of our unfunded portion of our existing commitment. Appreciate we're at our industry limits but the termination / default of our unfunded commitment may help?

Thanks

-Allister

Allister Chan
(212) 723-6257
allister.chan@citi.com

---

**From:** Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>
**Date:** Wednesday, May 27, 2020, 7:51 PM
**To:** Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>, [Shearman.com] Fredric Sosnick <FSosnick@Shearman.com>, Andrew Tsang <Andrew.Tsang@Shearman.com>, Matt Lechleider <mlechleider@pwpartners.com>, Alexander Tracy <atracy@pwpartners.com>, Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>, Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Pratt, Michelle1 [ICG-BCMA] <mp51096@imcnam.ssmb.com>, Klenovich, Grant [ICG-BCMA] <gk39046@imcnam.ssmb.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>, PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

In that window, I'm good 11:30-1.


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>
**Date:** Wednesday, May 27, 2020, 7:46 PM
**To:** [Shearman.com] Fredric Sosnick <FSosnick@Shearman.com>, Andrew Tsang <Andrew.Tsang@Shearman.com>, Matt Lechleider <mlechleider@pwpartners.com>, Alexander Tracy <atracy@pwpartners.com>, Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>, Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Pratt, Michelle1 [ICG-BCMA] <mp51096@imcnam.ssmb.com>, Klenovich, Grant [ICG-BCMA] <gk39046@imcnam.ssmb.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>, PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

I'm open between 11:30 and 3:30 as of now.


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** [Shearman.com] Fredric Sosnick <FSosnick@Shearman.com>
**Date:** Wednesday, May 27, 2020, 7:44 PM
**To:** Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>, Andrew Tsang <Andrew.Tsang@Shearman.com>, Matt Lechleider <mlechleider@pwpartners.com>, Alexander Tracy <atracy@pwpartners.com>, Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>, Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Pratt, Michelle1 [ICG-BCMA] <mp51096@imcnam.ssmb.com>, Klenovich, Grant [ICG-BCMA] <gk39046@imcnam.ssmb.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>, PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

> # Privileged

Fred Sosnick

Global Financial Restructuring & Insolvency Leader
**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022
D +1-212-848-8571 | F +646-848-8571 | M +631-786-8223
fsosnick@shearman.com

---

**From:** Baumann, Peter T <peter.t.baumann@citi.com>
**Sent:** Wednesday, May 27, 2020 7:41 PM
**To:** Andrew Tsang <Andrew.Tsang@Shearman.com>; Matt Lechleider <mlechleider@pwpartners.com>; Fredric Sosnick <FSosnick@Shearman.com>; Alexander Tracy <atracy@pwpartners.com>; Mackay, Brendan <brendan.mackay@citi.com>; allister.chan@citi.com; Lenz, Derrick <derrick.lenz@citi.com>; Paquin, Matthew A

<matthew.a.paquin@citi.com>; Pratt, Michelle1 <michelle1.pratt@citi.com>; Klenovich, Grant <grant.klenovich@citi.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>; PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

# Privileged

Thanks

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** [Shearman.com] Andrew Tsang <Andrew.Tsang@Shearman.com>
**Date:** Wednesday, May 27, 2020, 3:37 PM
**To:** Matt Lechleider <mlechleider@pwpartners.com>, Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>, Fredric Sosnick <FSosnick@Shearman.com>, Alexander Tracy <atracy@pwpartners.com>, Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>, Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Pratt, Michelle1 [ICG-BCMA] <mp51096@imcnam.ssmb.com>, Klenovich, Grant [ICG-BCMA] <gk39046@imcnam.ssmb.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>, PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

# Privileged

Thank you,

Andrew Tsang


Shearman
SHEARMAN & STERLING

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
T +1.212.848.4278 | M +1.917.246.3617 | F +1.646.848.4278
andrew.tsang@shearman.com | www.shearman.com

**From:** Andrew Tsang
**Sent:** Tuesday, May 26, 2020 9:56 AM
**To:** 'Matt Lechleider' <mlechleider@pwpartners.com>; 'Baumann, Peter T ' <peter.t.baumann@citi.com>; Fredric Sosnick <FSosnick@Shearman.com>; 'Alexander Tracy' <atracy@pwpartners.com>; 'Mackay, Brendan ' <brendan.mackay@citi.com>; allister.chan@citi.com; 'Lenz, Derrick ' <derrick.lenz@citi.com>; 'Paquin, Matthew A ' <matthew.a.paquin@citi.com>; 'Pratt, Michelle1 ' <michelle1.pratt@citi.com>; 'Klenovich, Grant ' <grant.klenovich@citi.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>; 'PWP Project Achilles' <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

# Privileged

Thank you,

Andrew Tsang

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
T +1.212.848.4278 | M +1.917.246.3617 | F +1.646.848.4278
andrew.tsang@shearman.com | www.shearman.com

**From:** Andrew Tsang
**Sent:** Saturday, May 23, 2020 7:53 PM
**To:** 'Matt Lechleider' <mlechleider@pwpartners.com>; Baumann, Peter T <peter.t.baumann@citi.com>; Fredric Sosnick <FSosnick@Shearman.com>; Alexander Tracy <atracy@pwpartners.com>; Mackay, Brendan <brendan.mackay@citi.com>; allister.chan@citi.com; Lenz, Derrick <derrick.lenz@citi.com>; Paquin, Matthew A <matthew.a.paquin@citi.com>; Pratt, Michelle1 <michelle1.pratt@citi.com>; Klenovich, Grant <grant.klenovich@citi.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>; PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request - Draft Waiver Term Sheet

# Privileged

Thank you,

Andrew Tsang

Shearman & Sterling LLP
599 Lexington Avenue

New York, NY 10022-6069
T +1.212.848.4278 | M +1.917.246.3617 | F +1.646.848.4278
andrew.tsang@shearman.com | www.shearman.com

---

**From:** Matt Lechleider <mlechleider@pwpartners.com>
**Sent:** Friday, May 22, 2020 4:53 PM
**To:** Baumann, Peter T <peter.t.baumann@citi.com>; Fredric Sosnick <FSosnick@Shearman.com>; Alexander Tracy <atracy@pwpartners.com>; Mackay, Brendan <brendan.mackay@citi.com>; allister.chan@citi.com; Lenz, Derrick <derrick.lenz@citi.com>; Paquin, Matthew A <matthew.a.paquin@citi.com>; Pratt, Michelle1 <michelle1.pratt@citi.com>; Klenovich, Grant <grant.klenovich@citi.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>; PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request

All –

Please see the attached interest / principal schedule to help inform our discussion on the call.

Thanks,
Matt

---

**From:** Baumann, Peter T [mailto:peter.t.baumann@citi.com]
**Sent:** Friday, May 22, 2020 11:44 AM
**To:** Fredric Sosnick <FSosnick@Shearman.com>; Alexander Tracy <atracy@pwpartners.com>; Mackay, Brendan <brendan.mackay@citi.com>; Chan, Allister <allister.chan@citi.com>; Lenz, Derrick <derrick.lenz@citi.com>; Paquin, Matthew A <matthew.a.paquin@citi.com>; Pratt, Michelle1 <michelle1.pratt@citi.com>; Klenovich, Grant <grant.klenovich@citi.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>; PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request

**[CAUTION: This email originated from outside of PWP. Do not click links or open attachments unless you recognize the sender and are expecting the attachment or link.]**

## Privileged

Thanks

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** [Shearman.com] Fredric Sosnick <FSosnick@Shearman.com>
**Date:** Friday, May 22, 2020, 10:29 AM
**To:** Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>, Alexander Tracy <atracy@pwpartners.com>, Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>, Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Pratt, Michelle1 [ICG-BCMA] <mp51096@imcnam.ssmb.com>, Klenovich, Grant [ICG-BCMA] <gk39046@imcnam.ssmb.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>, PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request

Good here.

Fred Sosnick

Global Financial Restructuring & Insolvency Leader
**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022
D +1-212-848-8571 | F +646-848-8571 | M +631-786-8223
fsosnick@shearman.com

---

**From:** Baumann, Peter T <peter.t.baumann@citi.com>
**Sent:** Friday, May 22, 2020 10:22 AM
**To:** Alexander Tracy <atracy@pwpartners.com>; Mackay, Brendan <brendan.mackay@citi.com>; allister.chan@citi.com; Lenz, Derrick <derrick.lenz@citi.com>; Fredric Sosnick <FSosnick@Shearman.com>; Paquin, Matthew A <matthew.a.paquin@citi.com>; Pratt, Michelle1 <michelle1.pratt@citi.com>; Klenovich, Grant <grant.klenovich@citi.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>; PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request

Ok

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** [pwpartners.com] Alexander Tracy <atracy@pwpartners.com>
**Date:** Friday, May 22, 2020, 10:19 AM
**To:** Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>, Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>, Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>, Fredric Sosnick <FSosnick@Shearman.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Pratt, Michelle1 [ICG-BCMA] <mp51096@imcnam.ssmb.com>, Klenovich, Grant [ICG-BCMA] <gk39046@imcnam.ssmb.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>, PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** Re: Waiver Request

Can we do 4pm CT / 5pm ET?

Alex Tracy
(w) 646-680-8199
(c) 917-589-5293

---

**From:** Mackay, Brendan <brendan.mackay@citi.com>
**Sent:** Friday, May 22, 2020 10:15 AM
**To:** Chan, Allister; Baumann, Peter T; Lenz, Derrick; Fredric Sosnick; Paquin, Matthew A; Pratt, Michelle1; Klenovich, Grant
**Cc:** Valaris Shearman Team; PWP Project Achilles
**Subject:** RE: Waiver Request

CONFIDENTIAL

CITI_DIP_0004471

**[CAUTION: This email originated from outside of PWP. Do not click links or open attachments unless you recognize the sender and are expecting the attachment or link.]**

Ok for me

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>
**Date:** Friday, May 22, 2020, 10:09 AM
**To:** Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>, Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>, '[Shearman.com] Fredric Sosnick' <FSosnick@Shearman.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Pratt, Michelle1 [ICG-BCMA] <mp51096@imcnam.ssmb.com>, Klenovich, Grant [ICG-BCMA] <gk39046@imcnam.ssmb.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>, PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request

Works.


-Allister

Allister Chan
(212) 723-6257
allister.chan@citi.com

---

**From:** Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>
**Date:** Friday, May 22, 2020, 10:08 AM
**To:** Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>, '[Shearman.com] Fredric Sosnick' <FSosnick@Shearman.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>, PWP Project Achilles <PWPProjectAchilles@pwpartners.com>
**Subject:** RE: Waiver Request

Same


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Lenz, Derrick [ICG-BCMA] <DL21854@imcnam.ssmb.com>
**Date:** Friday, May 22, 2020, 10:05 AM
**To:** '[Shearman.com] Fredric Sosnick' <FSosnick@Shearman.com>, Baumann, Peter T [RISK] <pb50107@imcnam.ssmb.com>, Paquin, Matthew A [RISK] <mp08668@imcnam.ssmb.com>, Mackay, Brendan [ICG-BCMA] <BM30488@imcnam.ssmb.com>, Chan, Allister [ICG-BCMA] <ac45911@imcnam.ssmb.com>
**Cc:** Valaris Shearman Team <Valaris_Shearman_Team@Shearman.com>, PWP Project Achilles <PWPProjectAchilles@pwpartners.com>

**Subject:** RE: Waiver Request

I'm generally free after 1pm CT.

**From:** [Shearman.com] Fredric Sosnick <FSosnick@Shearman.com>
**Sent:** Friday, May 22, 2020 9:01 AM
**To:** Baumann, Peter T [RISK]; Paquin, Matthew A [RISK]; Lenz, Derrick [ICG-BCMA]; Mackay, Brendan [ICG-BCMA]; Chan, Allister [ICG-BCMA]
**Cc:** Valaris Shearman Team; PWP Project Achilles
**Subject:** Waiver Request

# Privileged

Fred Sosnick

Global Financial Restructuring & Insolvency Leader
**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022
D +1-212-848-8571 | F +646-848-8571 | M +631-786-8223
fsosnick@shearman.com

This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.

Disclaimer

Please see our updated privacy policies (https://www.pwpartners.com/privacy) as well as important information regarding email disclosures (https://www.pwpartners.com/email-disclosures)

Disclaimer

Please see our updated privacy policies (https://www.pwpartners.com/privacy) as well as important information regarding email disclosures (https://www.pwpartners.com/email-disclosures)

CONFIDENTIAL                                                                                                                                    CITI_DIP_0004473