

# Valaris Plc

NOTEHOLDER DIP PROPOSAL

MAY 2020 | CONFIDENTIAL | PRELIMINARY DRAFT FOR DISCUSSION PURPOSES ONLY | SUBJECT TO FRE 408 & SIMILAR RULES

# Noteholder DIP Proposal

| | |
|---|---|
| **Facility** | ■ $500 million multi-draw, super-priority senior secured DIP term loan facility (the "**DIP Term Loan**") |
| **Availability**[1] | ■ DIP Term Loan facility available in an aggregate principal amount of $500 million, of which:<br>　■ $[TBD] million will be funded upon the interim approval of the DIP Term Loan;<br>　■ Subsequent draws of no less than $[50] million and no more than $[100] million, available only when pro-forma cash on balance sheet is less than $[200] million |
| **Borrower** | ■ Valaris, plc |
| **Guarantors** | ■ All direct and indirect subsidiaries of Valaris, plc |
| **Agent** | ■ TBD |
| **Lenders** | ■ Certain members of the Steering Committee of the Ad Hoc Group of Noteholders (the "**SteerCo**") shall fund the DIP Term Loan (the "**DIP Lenders**") |
| **Interest Rate** | ■ 10.0% PIK |
| **Fees** | ■ Commitment Fee: 3.0% cash<br>■ Funding Fee: 1.0% PIK<br>■ Exit Fee: 1.0% PIK |
| **Maturity** | ■ 12 months |

(1) To be confirmed based on the DIP Budget

CONFIDENTIAL | PRELIMINARY DRAFT  FOR DISCUSSION PURPOSES ONLY | SUBJECT TO FRE 408 & SIMILAR RULES

Kramer Levin　Akin Gump STRAUSS HAUER & FELD LLP　HOULIHAN LOKEY　2

CONFIDENTIAL　VAL_DIP00002042

# Noteholder DIP Proposal (cont.)

| | |
|---|---|
| **Use of Proceeds** | ▪ Working capital, general corporate purposes and Chapter 11 expenses, solely in accordance with a budget in form and substance acceptable to the DIP Lenders |
| **Security / Collateral** | ▪ Super-priority administrative claim and first priority security interest on all property and assets of the Borrower and the Guarantors including cash, drilling rigs, contracts, earnings of drilling rigs, ARO assets, holding companies, litigation proceeds, insurance proceeds, etc. |
| **Prepayments** | ▪ <u>Mandatory Prepayments</u>: Typical for facilities of this type and satisfactory to the DIP Lenders, including: (i) 100% of proceeds from certain asset sales and sales of subsidiaries; (ii) 100% of proceeds from incurrence of indebtedness; and (iii) 100% of insurance proceeds, tax refunds, and other extraordinary receipts |
| **Negative Covenants** | ▪ Typical for facilities of this type and satisfactory to the DIP Lenders, including limitations on: (i) indebtedness; (ii) liens; (iii) asset sales; (iv) restricted payments; and (v) transactions with affiliates |
| **Financial Covenants** | ▪ Bi-weekly cash budget variance test against DIP Budget<br>▪ Minimum Liquidity of [$100] million |
| **Reporting Requirements** | ▪ Rolling 13-week forecast to be provided every 2 weeks<br>▪ Company to provide weekly variance reports against most recent 13-week forecast, as well as calls with Company management and / or advisors<br>▪ Notification of significant business changes (e.g., new contracts, contractual modifications / terminations, etc.) |
| **Conditions to Closing** | ▪ Usual and typical for DIP facilities of this type, including without limitation:<br>  ▪ Receipt of acceptable Budget and most recent 13-Week Cash Flow Forecast<br>  ▪ Satisfaction of all due diligence<br>  ▪ Entry of an order approving the terms of the DIP Term Loan on terms satisfactory to the DIP Lenders<br>▪ Other items TBD |
| **Milestones** | ▪ TBD |
| **Other** | ▪ Company to pay all fees and expenses of the Ad Hoc Noteholder Group and advisors thereto |



# Disclaimer

THIS NON –BINDING TERM SHEET ("PRESENTATION") IS STRICTLY CONFIDENTIAL AND HAS BEEN PREPARED BY HOULIHAN LOKEY, INC. ("HOULIHAN"), KRAMER LEVIN NAFTALIS & FRANKEL LLP ("KRAMER LEVIN") AND AKIN GUMP LLP ("AKIN GUMP") ON BEHALF OF AN AD HOC GROUP OF HOLDERS OF THE UNSECURED NOTES OF VALARIS PLC OR ITS AFFILIATES ("AD HOC GROUP"). THIS PRESENTATION IS SOLELY FOR THE USE OF VALARIS PLC (THE "RECIPIENT"). THIS PRESENTATION IS FOR INFORMATION ONLY AND MAY NOT BE USED FOR ANY OTHER PURPOSE OR COPIED, REPRODUCED, DISTRIBUTED OR PASSED TO OTHERS AT ANY TIME OR BE RELIED UPON BY THE RECIPIENT OR ANY OTHER PERSON WITHOUT THE PRIOR WRITTEN CONSENT OF HOULIHAN, KRAMER LEVIN, AKIN GUMP AND THE AD HOC GROUP.

THIS PRESENTATION DOES NOT CONSTITUTE AN OPINION OR ADVICE, AND IS NOT INTENDED TO BE AND DOES NOT CONSTITUTE A RECOMMENDATION TO ANY PERSON OR ENTITY AS TO WHETHER TO APPROVE OR UNDERTAKE ANY TRANSACTION DESCRIBED HEREIN. THIS PRESENTATION IS NOT INTENDED TO PROVIDE THE SOLE BASIS FOR EVALUATING A TRANSACTION, AND DOES NOT PURPORT TO CONTAIN ALL INFORMATION THAT MAY BE REQUIRED TO EVALUATE A TRANSACTION. FURTHERMORE, THIS PRESENTATION DOES NOT ADDRESS THE UNDERLYING BUSINESS DECISION OF THE RECIPIENT TO ENGAGE IN ANY TRANSACTION, OR THE RELATIVE MERITS OF ANY TRANSACTION REFERRED TO HEREIN AS COMPARED TO ANY OTHER TRANSACTION THAT MAY BE AVAILABLE TO THE RECIPIENT. KRAMER LEVIN, HOULIHAN AND AKIN GUMP MAKE NO REPRESENTATIONS OR WARRANTIES WITH REGARD TO THIS PRESENTATION OR THE ADVISABILITY, COMMERCIAL MERITS OR SUITABILITY OF ANY TRANSACTION DESCRIBED HEREIN.

THIS PRESENTATION IS ONLY A NON-BINDING EXPRESSION OF INTEREST WITH RESPECT TO A TRANSACTION. THIS PRESENTATION DOES NOT CONSTITUTE AN OFFER OF SECURITIES; ANY SUCH OFFER WILL ONLY BE MADE IN COMPLIANCE WITH ALL APPLICABLE SECURITIES AND/OR OTHER APPLICABLE LAWS. THIS PRESENTATION SHALL NOT CONSTITUTE OR BE DEEMED TO CONSTITUTE AN OFFER OR COMMITMENT TO PROVIDE OR ACCEPT ANY FINANCING OR OTHERWISE CREATE ANY IMPLIED OR EXPRESS BINDING OR ENFORCEABLE OBLIGATION ON ANY PARTY (OR ANY OF THEIR RESPECTIVE AFFILIATES, MUTUAL FUNDS OR MANAGED ACCOUNTS) IN LAW, EQUITY, OR OTHERWISE. FURTHER, THIS PRESENTATION SHALL NOT CREATE ANY OBLIGATION ON ANY PARTY TO NEGOTIATE IN GOOD FAITH OR OTHERWISE CONSUMATE ANY TRANSACTION WITH ANY PARTY. ANY TRANSACTION OR FINANCING IS SUBJECT TO APPROVAL AND CONSENT IN WRITING OF THE AD HOC GROUP IN ALL RESPECTS, INCLUDING WITH RESPECT TO AGREEMENT ON ALL APPLICABLE DEFINITIVE DOCUMENTATION.

CONFIDENTIAL | PRELIMINARY DRAFT FOR DISCUSSION PURPOSES ONLY | SUBJECT TO FRE 408 & SIMILAR RULES    Kramer Levin   Akin Gump STRAUSS HAUER & FELD LLP   HOULIHAN LOKEY   4

CONFIDENTIAL                                                                                                                                                                                         VAL_DIP00002044



**CORPORATE FINANCE**
**FINANCIAL ADVISORY SERVICES**
**FINANCIAL RESTRUCTURING**

HL.com

CONFIDENTIAL

VAL_DIP00002045