## Citigroup Global Markets Inc.

June 2020

# Project Verge

## Final Approval Memo

Strictly Private and Confidential
ADVISORS'-EYES ONLY



CITI_DIP_0000458

**DEBTORS' EX. 006**

## Meeting Details:

| | |
|---|---|
| Date: | Wednesday, June 24, 2020 |
| Time: | 12:00 PM CT / 1:00 PM ET |
| Dial-in: | Dial-in: 1 (617) 337-4375 \| Passcode: 970 516 8470 |

## CC:

| Recipients | Group |
|---|---|
| Dina Garthwaite | ABTF |
| Anna Lekander | ABTF Portfolio Manager |
| Victor Spadafora | CNAI Legal Vehicle Treasury Approver |
| Evelyn Cheng | CNAI Business Approver |
| Julio Gurdian | Legal |
| *GCO NY Notification | |
| *CMO US Leveraged Finance Approval Notification | |

## To:

| Approvers | Level | Reason for Approval |
|---|---|---|
| **Risk** | | |
| Greg Frenzel | ICG CRO | New Originations < $200mm |
| Paul Courdrier | Head of PMG | Citi Exposure |
| Nancy Rochford | Risk SCO L1 | DIP Facility, Citi Exposure |
| Peter Baumann | IRM SCO L2 | DIP Facility, Citi Exposure |
| Louis Esposito | ABTF Risk Product Head | DIP Facility |
| **Business** | | |
| Richard Zogheb | SSO | JLA / Admin Agent |
| William Hughes | SSO | JLA / Admin Agent |
| Jeroen Fikke | SCO L1 | Citi Exposure, Capital Approval |
| Shapleigh Smith | ABTF Business Head | DIP Facility |
| Michael Parker | SCO L2 | Citi Exposure |
| Derrick Lenz | CO | Sponsoring Officer, Citi Exposure |

## Deal Team:

| Corporate Banking | ABTF | GIRM | IRM | Capital Management |
|---|---|---|---|---|
| Derrick Lenz | Brendan Mackay | John Frezoulis | Peter Baumann | Nick Southard |
| Kaan Balabaner | Allister Chan | Albert Martinez Vila | Matthew Paquin | Trevor Atkins |
| Axel Swanson | Michelle Pratt | | Noah Bronstein | Sonia Shi |
| Rayne Yu | Grant Klenovich | | | |

1

ADVISORS'-EYES ONLY



# 1. Executive Summary

ADVISORS'-EYES ONLY

# Executive Summary

**Company Overview:**

- Valaris (formerly known as Ensco and EnscoRowan) is the largest offshore drilling companies globally, with diversified operations across major offshore basins including U.S. Gulf of Mexico, Brazil, North Sea, Africa, Middle East, Mediterranean and APAC/Far East

- The Company's primary business is to contract its drilling rigs with a current fleet of 76 drilling rigs. In conjunction with this bankruptcy filing, the company plans on scrapping a total of 20 rigs with its pro-forma fleet comprised of:
  - 13 drillships (including 1 newbuild drillship in construction)
  - 6 semisubmersible rigs
  - 37 jackups:
    - 13 Harsh environment
    - 13 Heavy Duty
    - 11 Standard duty

- The company is a product of several recent mergers, including:
  - *October 2017*: Valaris acquires Atwood Oceanics for ~$865MM (4.5x LTM EBITDA) paid in stock; Atwood shareholders held 31% ownership in the PF entity
  - *April 2019*: Valaris acquires Rowan for ~$1.6Bn (25.4x LTM EBITDA) paid in stock; Rowan shareholders hold 43% ownership in the PF entity

- These 2 transactions moved Valaris from third-largest to largest fleet globally

- In 2016, Rowan and Saudi Aramco created a 50/50 joint venture, ARO Drilling, that owns, manages, and operates offshore drilling rigs in Saudi Arabia currently operating 7 jackups (more information in Company Overview section)

- From 2015-2017 offshore drilling companies have seen large declines as high as 80% in EBITDA as utilization rates and day rates declined due to lower E&P capex combined with an overall shift from offshore to onshore

- In 2018 and 2019 dayrates and utilization began to rise steadily but were still below prior 2014 levels. Now with the COVID pandemic exasperated by an Oil price war many E&P companies have slashed capex budgets as much as 50% and the offshore industry is expected to decline even further as a result. Valaris, in particularly had negative 1Q EBITDA and publicly stated a restructuring would be forth coming. On June 1st, Valaris skipped there bond interest payment and have entered a 30-day grace period with the intention of filing for bankruptcy once that grace period has passed. The following page has a more detailed situation overview

ADVISORS'-EYES ONLY

CITI_DIP_0000461

citi

# Executive Summary (Cont'd)

**Situation Overview:**

- On June 1st, the Company elected not to make two coupon payments totaling $25.9 million and entered into the 30-day grace period which expires on July 1
- On June 9th, Citi and the pre-petition RC SteerCo delivered an indicative term sheet to Lazard and Valaris outlining a DIP to Exit structure, including plan treatment of the funded prepetition RC ($427MM borrowed as of 6/16)
- On June 15th, the company elected not to make a $13.3 million coupon payment and entered into the 30-day grace period which expires on July 15
- The existing noteholder group has also provided a DIP proposal, however, they have not provided guidance around the size or structure of any new money contribution
  - Noteholders have indicated that they remain focused on improving the Company business plan and achieving agreement with the holdout Rowan bondholders
- Lazard has subsequently reached out to Citi and Perella requesting a standalone DIP proposal
  - The Company has shown willingness to file in the near-term in order to progress negotiations with stakeholders
  - The request for a DIP proposal is contemplated with potential for a June 30th filing ahead of the expiration of the bond coupon grace period

**Relevant Parties:**

- Company
  - Legal Counsel: Kirkland & Ellis
  - Financial Advisor: Lazard and Alvarez & Marsal
- RCF Bank Group
  - Admin. Agent: Citi
  - Legal Counsel: Shearman & Sterling
  - Financial Advisor: Perella Weinberg Partners
- Unsecured Noteholders Group
  - Legal Counsel: Akin Gump and Kramer Levin Naftalis & Frankel
  - Financial Advisor: Houlihan Lokey

**Citi-led DIP Rationale:**

- Provides Path to Near-term Filing
  - A near term filing reduces the pre-petition funded balance on the RC. Based on the Company's current 13-week cash flow forecast, the RC will be drawn ~$470M by week end vs. ~$547M by month end. Under a June 30th filing, interest payments of $39 million will not be made in June, reducing prepetition funded RCF.
  - Absent an acceptable DIP proposal, the Company may continue to draw on the RCF to fund cash burn and debt service costs, including $44MM interest/principal payments in July and $178MM in August
- Credit Exposure Enhancement
  - Allows RC lenders to minimize unsecured exposure by converting the ~$1.1bn of unused RC into a $500MM Superpriority DIP Exposure
- Mitigates Noteholder Controlled Process
  - A noteholder provided DIP could cause unfavorable treatment to RC lenders. The plan treatment tied to a noteholder DIP may seek to cram down RCF lenders and could prime existing RC interests

ADVISORS'-EYES ONLY



**DIP Financing Overview:**

- Citi is proposing to raise a $500 million new money DIP facility, comprised of:
  - $300 million initially available, sized to fund the first 8 months of the case with minimum cash of $50 million
  - If an acceptable restructuring support agreement ("RSA") is reached by 8 months following the Petition Date, incremental $200 million available commitment
  - L + 675 bps; 1.0% LIBOR floor
  - $5 million structuring fee to Citi / 250 bps upfront to lenders
- Proceeds will be used for incremental liquidity to fund certain working capital needs of the Debtor during the case and to pay certain costs, fees and expenses related to the case
- The facility will be secured by a superpriority, priming lien on substantially all assets of the Debtors and its Guarantors
- The tenor of the DIP facility is 12 months from Petition Date

**DIP Transaction Request:**

- We request final approval to act as Admin Agent and Lead Arranger for the new money $500 million DIP facility
  - We seek approval for a final hold of up to $82 million in the new money DIP, but expect less given ratable offer to prepetition bank group
  - We are seeking to book the $82MM hold 50/50 between CBNA/CNAI. Please refer to the CBNA booking template for additional details along with booking rationale. The other alternative would be to book 100% of DIP in CNAI.
  - We are also seeking approval for a $25 million LC fronting line and a clearing line given our role as Admin. Agent (Total Tranche – Citi Hold)

**DIP Syndication Strategy:**

- The DIP will be messaged as all banks must participate ratably. Citi anticipates broad participation as the DIP proposal enables RCF lenders to minimize unsecured exposure and control milestones during the bankruptcy case. Current unused RCF commitment of $1.1 billion will effectively convert into a Superpriority secured facility of no more than $500 million in aggregate
- We anticipate paying 250 bps upfront fees to lenders upon commitment to the DIP facility
- We are requesting that the SteerCo banks ratably backstop ~$41mm share of the DIP associated with SEB, Bank of China and NIBC in the event they are not able to commit under the accelerated timeline

**DIP Classification & Ratings:**

- Proposed Risk Ratings: ORR 5 / OLR 5- / FRR 5
- Proposed Classification: Special Mention (post-petition entity as Debtor in Possession)

4

ADVISORS'-EYES ONLY



# Corporate Structure Overview



**Valaris Plc**
Existing Senior Unsecured RCF

$113MM 4.700% Sr. Notes due 2021
$296MM 8.000% Sr. Notes due 2024
$302MM 4.500% Sr. Notes due 2024
$332MM 5.200% Sr. Notes due 2025
$987MM 7.750% Sr. Notes due 2026
$974MM 5.750% Sr. Notes due 2044

$597MM 4.875% Sr. Notes due 2022[2]
$274MM 4.750% Sr. Notes due 2024[2]
$328MM 7.375% Sr. Notes due 2025[2]
$262MM 5.400% Sr. Notes due 2042[2]
$133MM 5.850% Sr. Notes due 2044[2]

Parent Company Guaranties

**Ensco Jersey Finance Ltd[1]**
$850MM 3.000% Convertible Notes due 2024

**Ensco International Inc. [1]**
$112MM 7.200% Sr. Notes due 2027

**Rowan Companies, Ltd.**

**Pride International[1]**
Co-Borrower under RCF
$123MM 6.875% Sr. Notes due 2020
$300MM 7.875% Sr. Notes due 2040

**Rig Owning Companies – Guaranty RCF Only**

**Rig Owning Companies – Guaranty RCF Only**

**Rig Owning Company – Guaranty RCF Only**

Legal Entities
Asset(s)
Guaranty
Ownership

(1) Guaranteed by Valaris Plc
(2) Notes assumed by Valaris Plc from the Rowan Transaction

5

ADVISORS'-EYES ONLY



CITI_DIP_0000464

# 2. Valaris DIP Overview

citi®

# Proposed Deal Structure / Approvals

## Required Approvals

- Net TFA > $200mm, New Origination < $200mm and OLR of 10 – ICG CRO & CBNA CRO (Greg Frenzel)

- Citi Exposure of $142.1mm and OLR of 10 – Risk SCO L1 (Nancy Rochford), Head of PMG (Paul Coudrier) and Business SCO L1 (Jeroen Fikke)

- Transactional CSCL of $42.1mm – Risk SCO L1 (Nancy Rochford), Head of PMG (Paul Coudrier) and Business SCO L1 (Jeroen Fikke)

- JLA / Admin Agent– SSO Approvers (Richard Zogheb and William Hughes)

- DIP Facility – DIP Business Approver (Shapleigh Smith), DIP Risk Approvers (Louis Esposito, Nancy Rochford, and Peter Baumann)

- Global Capital Management – Business SCO L1 (Jeroen Fikke)

- Sponsoring Officer – Business CO (Derrick Lenz)

## Transaction Grid

$ in millions)

| Facilities | Public Ratings | FRR | Tenor | Total Tranche (1) | Citi Commitment (2) | UW Amount (3) | Best Efforts Amount (4) | Final (HFI) | To Sell (HFS/PPSD) | Total Approved Hold (5) | Stress Loss | Classification | Leveraged Tagging | Off-RAC | Cov-Lite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Hold Approval** | | | | | | | |
| New Money DIP | -- | 5 | 12M | $500.0 | $82.0 | $0.0 | $0.0 | $82.0 | $0.0 | $82.0 | $0.00 | SM | Core | TBU | TBU |
| New Fronting | -- | 1 | 12M | $100.0 | $25.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.00 | P | N/A | N/A | N/A |
| Total | | | | $600.0 | $107.0 | $0.0 | $0.0 | $82.0 | $0.0 | $82.0 | $0.00 | | | | |

## Exposure Summary

($ in millions)

| ($MM) | | | | | | TFA | | | | Relationship Exposure | | | | | | Citi Exposure | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Exposure | | | Risk Capital | | | Exposure | | | Risk Capital | | |
| GFRN | Obligor | Facility Long Description | FRR | Classifica tion | Tenor/ Maturity | Current | Change | Proposed | % of TFA | Current | Change | Proposed | Current | Change | Proposed | Current | Change | Proposed | Current | Change | Proposed |
| **Direct Facilities** | | | | | | | | | | | | | | | | | | | | | |
| TBU | VALARIS PLC - DIP | New Money DIP | 5 | SM | 12M | 0.0 | 82.0 | 82.0 | 48.8 | 0.0 | 82.0 | 82.0 | 0.0 | 2.5 | 2.5 | 0.0 | 82.0 | 82.0 | 0.0 | 2.5 | 2.5 |
| US955011-1 | VALARIS PLC | LOAN - REVOLVING | 10 | SS | 09/30/2022 | 191.3 | -138.2 | 53.1 | 31.6 | 191.3 | -138.2 | 53.1 | 0.9 | -0.4 | 0.4 | 191.3 | -138.2 | 53.1 | 1.3 | -0.9 | 0.4 |
| US2322522-1 | VALARIS PLC | LOAN - REVOLVING | 10 | SS | 09/30/2022 | 43.8 | -31.6 | 12.1 | 7.2 | 43.8 | -31.6 | 12.1 | 0.3 | -0.2 | 0.1 | 43.8 | -31.6 | 12.1 | 0.3 | -0.2 | 0.1 |
| **Total Direct** | | | | | | 235.0 | (87.8) | 147.2 | | 235.0 | (87.8) | 147.2 | 1.6 | 1.3 | 2.9 | 235.0 | (87.8) | 147.2 | 1.6 | 1.3 | 2.9 |
| **Fronting Facilities** | | | | | | | | | | | | | | | | | | | | | |
| TBU | VALARIS PLC - DIP | New Fronting Facility | 1 | P | 12M | 0.0 | 20.9 | 20.9 | 12.4 | 0.0 | | 0.0 | 0.0 | | 0.0 | 0.0 | | 0.0 | 0.0 | | 0.0 |
| US1042898-2 | VALARIS PLC | FRONTING RISK-LOANS &3+ | P | | 09/30/2022 | 42.8 | -42.8 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.3 | -0.3 | 0.0 | 0.0 | | 0.0 | 0.3 | -0.3 | 0.0 |
| **Total Fronting** | | | | | | 42.8 | (21.9) | 20.9 | | 0.0 | 0.0 | 0.0 | 0.3 | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | (0.3) | 0.0 |
| **Other Citi Exposure** | | | | | | | | | | | | | | | | | | | | | |
| Issuer Risk | | | | | | | | | | | | | | | | (5.1) | | (5.1) | | | |
| Contingent Collateral | | | | | | | | | | | | | | | | 0.0 | | 0.0 | | | |
| Equity Investments | | | | | | | | | | | | | | | | 0.0 | | 0.0 | | | |
| PSE Based Gross TFA / PSLE Exposure | | | | | | 277.8 | -109.7 | 168.1 | | 235.0 | | 147.2 | 1.9 | 1.0 | 2.9 | 229.9 | | 142.1 | 1.9 | 1.0 | 2.9 |
| PSE Based Net TFA / PSLE Exposure | | | | | | 277.8 | -109.7 | 168.1 | | 235.0 | | 147.2 | 1.9 | 1.0 | 2.9 | 229.9 | | 142.1 | 1.9 | 1.0 | 2.9 |

| Other Facilities | Current | Change | Proposed |
|---|---|---|---|
| Clearing | 0.0 | 418.0 | 418.0 |
| Settlement | 0.0 | 0.0 | 0.0 |

(1) Total Tranche = Deal Amount (2) Citi Commitment = Citi's total legal commitment to the facility/tranche (3) U/W (Underwritten Amount) = Citi Commit - Total Approved Hold (4) Best Efforts Amount = Total Tranche Amount - Total Approved Hold when Citi is Lead Arranger/Joint Lead Arranger/Bookrunner (active or passive) (5) Total Approved Hold = Final Hold (HFI) + HFS/PPSD

6

ADVISORS'-EYES ONLY

citi

## Pro Forma Capitalization

| (is in millions) | Prepetition | Adj. | At Filing | Bankruptcy Adj. | Executed RSA (8 Months) | Bankruptcy Adj. | 12 Months | Rate | Maturity | Pricing 6/17/2020 | Pricing 5/22/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 201.0 | – | 201.0 | (151.0) | 50.0 | – | 50.0 | | | | |
| Revolver Availability (net of $100mm LCs) | 992.0 | (992.0) | – | – | – | – | – | | | | |
| New DIP RCF Availability | – | 300.0 | 300.0 | (289.0) | 11.0 | 23.0 | 34.0 | | | | |
| **Total Liquidity** | **$1,193.0** | **($692.0)** | **$501.0** | **($440.0)** | **$61.0** | **$23.0** | **$84.0** | | | | |
| | | | | | | | | | | | |
| **DIP Financing** | | | | | | | | | | | |
| New $500MM DIP RCF | – | – | – | 289.0 | 289.0 | 177.0 | 466.0 | L + 675 bps | 6/30/2021 | | |
| **Total DIP Financing** | **–** | **–** | **–** | **$289.0** | **$289.0** | **$177.0** | **$466.0** | | | | |
| | | | | | | | | | | | |
| **Pre-petition Debt** | | | | | | | | | | | |
| $1.6 bn Revolving Credit Facility | 508.0 | (508.0) | – | – | – | – | – | L + 425 bps | 9/30/2022 | | |
| **Total Rig-Owning Subsidiary Guaranteed Debt** | **$508.0** | **($508.0)** | **–** | **$289.0** | **$289.0** | **$177.0** | **$466.0** | | | | |
| | | | | | | | | | | | |
| 6.875% Senior Notes due 2020 | 123.0 | (123.0) | – | – | – | – | – | 6.875% | 8/15/2020 | 10.853 | 7.630 |
| 7.875% Senior Notes due 2040 | 300.0 | (300.0) | – | – | – | – | – | 7.875% | 8/15/2040 | 11.410 | 9.930 |
| 7.200% Debentures due 2027 | 112.0 | (112.0) | – | – | – | – | – | 7.200% | 11/15/2027 | 12.252 | 8.872 |
| 3.000% Exchangable Senior Notes due 2024 | 850.0 | (850.0) | – | – | – | – | – | 3.000% | 1/31/2024 | 12.501 | 13.354 |
| **Total Guaranteed Debt** | **$1,893.0** | **($1,893.0)** | **–** | **$289.0** | **$289.0** | **$177.0** | **$466.0** | | | | |
| | | | | | | | | | | | |
| 4.700% Senior Notes due 2021 | 101.0 | (101.0) | – | – | – | – | – | 4.700% | 3/15/2021 | 9.505 | 7.986 |
| 4.875% Senior Notes due 2022 | 621.0 | (621.0) | – | – | – | – | – | 4.875% | 6/1/2022 | 13.717 | 9.392 |
| 8.000% Senior Notes due 2024 | 292.0 | (292.0) | – | – | – | – | – | 8.000% | 1/31/2024 | 10.483 | 6.772 |
| 4.750% Senior Notes due 2024 | 319.0 | (319.0) | – | – | – | – | – | 4.750% | 1/15/2024 | 11.876 | 9.672 |
| 4.500% Senior Notes due 2024 | 303.0 | (303.0) | – | – | – | – | – | 4.500% | 10/1/2024 | 10.585 | 7.995 |
| 5.200% Senior Notes due 2025 | 334.0 | (334.0) | – | – | – | – | – | 5.200% | 3/15/2025 | 11.074 | 7.893 |
| 7.375% Senior Notes due 2025 | 361.0 | (361.0) | – | – | – | – | – | 7.375% | 6/15/2025 | 14.792 | 12.271 |
| 7.750% Senior Notes due 2026 | 1,000.0 | (1,000.0) | – | – | – | – | – | 7.750% | 2/1/2026 | 9.960 | 7.406 |
| 5.400% Senior Notes due 2042 | 400.0 | (400.0) | – | – | – | – | – | 5.400% | 12/1/2042 | 13.807 | 12.018 |
| 5.850% Senior Notes due 2044 | 400.0 | (400.0) | – | – | – | – | – | 5.850% | 1/15/2044 | 11.876 | 13.527 |
| 5.750% Senior Notes due 2044 | 1,001.0 | (1,001.0) | – | – | – | – | – | 5.750% | 10/1/2044 | 9.829 | 8.951 |
| **Total Unguaranteed Debt** | **$5,132.0** | **($5,132.0)** | **–** | **–** | **–** | **–** | **–** | | | | |
| **Total Debt** | **$7,025.0** | **($7,025.0)** | **–** | **$289.0** | **$289.0** | **$177.0** | **$466.0** | | | | |
| Plus: Market Capitalization (as of 6/17/2020) | 199.8 | | | | | | | | | | |
| Less: Cash | (201.0) | | | | | | | | | | |
| **Enterprise Value** | **$7,023.8** | | | | | | | | | | |

| | Total Debt Market Value: | $1,262.0 | $1,148.4 |
|---|---|---|---|
| | Plus: Market Capitalization | 199.8 | 199.8 |
| | Less: Cash | (201.0) | (201.0) |
| | **Implied Enterprise Value:** | **$1,260.8** | **$1,147.2** |

**Financial Data**

| | | | | |
|---|---|---|---|---|
| LTM EBITDA (6/30/2021) | $81.0 | | | |
| **Credit Statistics** | **Prepetition** | **At Filing** | **Executed RSA** | **12 Months** |
| Debt / LTM EBITDA (6/30/2021) | 86.7x | N/A | 3.6x | 5.8x |
| Net Debt / LTM EBITDA (6/30/2021) | 84.2x | N/A | 3.0x | 5.1x |

ADVISORS'-EYES ONLY



CITI_DIP_0000467



**Current Debt Maturity Schedule ($MM)**

Legend: Senior Notes · Convertible Senior Notes · Revolver Drawn · Revolver Available

ADVISORS'-EYES ONLY

CITI_DIP_0000468

| | Proposed Terms (as of 06/19 Greenlight) | Company Latest Proposal (06/22) | Final Approval: Citi Latest Proposal (06/21) |
|---|---|---|---|
| Borrower: | Valaris plc, as Debtors and Debtor-in-Possessions under Chapter 11 of the U.S. Bankruptcy Code | Same as Greenlight | Same as Greenlight |
| Admin. Agent: | Citibank, N.A. | Same as Greenlight | Same as Greenlight |
| Syndicate: | Available for pro-rata participation by the same lenders as the prepetition Revolving Credit Facility | Same as Greenlight | Same as Greenlight |
| Facility[1]: | Up to $500 million Debtor-in-Possession Revolving Credit Facility ("DIP RCF")<br>• $300 million initial availability<br>• Incremental $200 million available if an acceptable RSA is reached by [8] months following the Petition Date<br>• LC sublimit $[100] million | Up to $500 million Debtor-in-Possession Revolving Credit Facility ("DIP RCF")<br>• $400 million initial availability<br>• If either (a) an acceptable RSA is executed or (b) an acceptable plan is filed by 8 months following Petition Date, incremental $100 million available commitment<br>• LC sublimit $100 million | Same as Greenlight |
| Guarantors: | Each subsidiary that is (i) a borrower or guarantor under the prepetition RCF, (ii) issuer of a prepetition bond, (iii) owner of any rig, (iv) service contract entity and (v) material entity (include the entities which hold equity in, and/or notes receivable from ARO Drilling) | Same as Greenlight, except:<br>• Clauses (iv) and (v) in respect of foreign entities subject to materiality thresholds to be reasonably agreed<br>• Delivery of foreign guarantees subject to schedule to be reasonably agreed<br>• ARO-related assets to be excluded from guarantor and collateral package and negative pledge to be granted on the same | Same as Greenlight, except:<br>• Clauses (iv) and (v) in respect of foreign entities subject to materiality thresholds to be reasonably agreed<br>• Delivery of foreign guarantees subject to schedule to be reasonably agreed |
| Security and Priority: | • Super-priority priming liens on all encumbered assets of the Borrower and Guarantors<br>• First lien on all unencumbered assets of the Borrower and Guarantors<br>  – Includes 100% equity pledge of subsidiaries of loan parties<br>  – Includes entities which hold equity in, and/or notes receivable from ARO Drilling | Same as Greenlight, except:<br>• Delivery of foreign collateral subject to materiality thresholds and schedule to be reasonably agreed<br>• ARO-related assets to be excluded from guarantor and collateral package and negative pledge to be granted on the same | Same as Greenlight, except:<br>• Delivery of foreign collateral subject to materiality thresholds and schedule to be reasonably agreed |
| Maturity: | 12 months from Petition Date | Same as Greenlight | Same as Greenlight |
| Drawn Pricing[2]: | • L + 700 bps (LIBOR Floor of 1.0%)<br>• 1.0% Unused fee | • L + 525 bps (LIBOR Floor of 1.0%)<br>• 0.5% Unused fee | • L + 875 bps (LIBOR Floor of 1.0%)<br>• 1.0% Unused fee |
| Structuring Fee to Citi: | $5 million | N/A | Same as Greenlight |
| Upfront Fee to lenders[3]: | 200 bps | 250 bps | 250 bps |
| Reporting: | • Weekly report of actual cash receipts and disbursements in consistent DIP Budget form<br>• Weekly variance report to DIP Budget (rolling updates to DIP Budget)<br>• Weekly walk-through calls with management | Same as Greenlight, except:<br>• Rolling 13-week forecast to be provided every 4 weeks<br>• Calls with Company management and / or advisors not more frequently than one call per month | Same as Greenlight, except calls with Company management and / or advisors not more frequently than one call per month |
| Financial Covenants: | • Tested weekly:<br>  – Percentage positive variance for aggregate cash disbursements and negative variance for aggregate cash receipts of no more than 10% for the prior 4 week period<br>  – Minimum liquidity of $50 million at all times | • Cash budget variance test every 4 weeks for the preceding 4-week period, with disbursements (excluding professional fees) tested on an aggregate basis. Disbursements test to be subject to a [15]% variance and to be subject to rollover provision<br>• Minimum Liquidity of $50 million tested weekly | • Cash budget variance test every 2 weeks for the preceding 4-week period, with receipts and disbursements (excluding professional fees) tested on an aggregate basis. The receipts and disbursements tests to be subject to a 20% and 15% variance, respectively<br>• Minimum Liquidity of $50 million at all times |
| Milestones: | None | None | None |
| Affirmative / Negative Covenants: | Usual and customary for DIP facilities | • Usual and customary for DIP facilities<br>• $200 million Anti-cash Hoarding Provision | • Usual and customary for DIP facilities<br>• $100 million Anti-cash Hoarding Provision |
| Conditions Precedent: | Usual and customary for DIP facilities, including, but not limited to:<br>• Receipt of latest 13-week cash flow forecast<br>• Satisfactory review of the Interim Order<br>• Satisfactory Final Order | Same as Greenlight | Same as Greenlight |

(1)  Bank group seeking approval on [8 – 9] month range for RSA to be executed
(2)  Bank group seeking approval on L + [600 – 700] bps drawn pricing range; [50 – 100] bps unused commitment fee range
9  (3)  Bank group seeking approval on [200 – 250] Upfront Fee range

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000469

| Institution | Current RCF Commitment | Current Fronting Commitment | SteerCo + BNP/BARC/GS/MS DIP Commitment | Pro-Rata DIP | DIP LC Issuing Commitment |
|---|---|---|---|---|---|
| Citi | $235,000,000 | $50,000,000 | $81,234,403 | $72,433,456 | $25,000,000 |
| DNB | 241,250,000 | 50,000,000 | 83,394,893 | 74,359,878 | 25,000,000 |
| HSBC | 220,000,000 | 50,000,000 | 76,049,228 | 67,810,044 | 25,000,000 |
| DB | 216,250,000 | 50,000,000 | 74,752,935 | 66,654,191 | 25,000,000 |
| BAML | 178,000,000 | - | 61,530,739 | 54,864,490 | - |
| BNP | 153,000,000 | - | 47,158,803 | 47,158,803 | - |
| Barclays | 90,428,571 | - | 27,872,570 | 27,872,570 | - |
| Morgan Stanley | 80,750,000 | - | 24,889,368 | 24,889,368 | - |
| Goldman | 75,000,000 | - | 23,117,060 | 23,117,060 | - |
| SEB | 50,000,000 | - | - | 15,411,374 | - |
| Bank of China | 42,500,000 | - | - | 13,099,668 | - |
| NIBC | 40,000,000 | - | - | 12,329,099 | - |
| Total | $1,622,178,571 | $200,000,000 | $500,000,000 | $500,000,000 | $100,000,000 |

## Discussion

- As Administrative Agent, Citi is seeking internal approval for a $82 million commitment of the $500 million new money DIP RCF

  - Citi anticipates serving as joint lead arranger of the DIP RCF along with the SteerCo backstop parties

  - Lenders will receive a 250 bps upfront fee for their commitment to the DIP facility

- The DIP will be messaged as all banks must participate ratably. Citi anticipates broad participation as the DIP proposal enables RCF lenders to minimize unsecured exposure and control milestones during the bankruptcy case

  - Current unused RCF commitment of $1.1 billion will effectively convert into a Superpriority secured facility of no more than $500 million in aggregate

- We are requesting that the SteerCo banks ratably backstop ~$41mm share of the DIP associated with SEB, Bank of China and NIBC in the event they are not able to commit under the accelerated timeline

ADVISORS'-EYES ONLY

CITI_DIP_0000470

▼ **Extended Bankruptcy Proceedings**

– As the Company seeks to file for bankruptcy protection under a chapter 11 bankruptcy proceeding, it is exposed to a lengthy and arduous process of dealing with various creditors.

– An extended bankruptcy could lead to Valaris funding more of its costs with the DIP facility, in-turn increasing the amount of outstanding at exit and/or running out of liquidity.

▲ **Mitigants**

– The DIP facility is structural positioned as a superiority, priming lien on substantially all assets and capital stock of the Debtors with strong coverage.

– There has also been a buffer put in place in the DIP sizing analysis with 15% cushion.

– The Company is currently undergoing active discussions with its bank group, as well as its bondholders in order to achieve a restructuring in a timely and orderly fashion. Given the Company's need for an exit facility, we expect the Banks and Company would work constructively to arrive at a consensual restructuring plan.

– The DIP includes availability of just $300 million initially.   The incremental $200 million will only be available upon entering into an RSA which will significantly de-risk the transaction (or otherwise limit exposure for a length process)

▼ **Incremental Litigation Costs**

– Any litigation costs associated with an extended chapter 11 proceeding or the failure to reach an agreement with creditors could force the Company to deplete its cash on hand and DIP availability, reducing the company's value through the extended leakage.

– Unsecured debt holders may litigate the valuation, given that they are not getting any equity and are expected to be wiped

▲ **Mitigants**

– The proposed DIP facility is sufficient with projected liquidity of $84mm at the end of a 12-month case.

– To the extent the company needs additional liquidity due to lower operating cash flow in general), we believe that liquidity need will be met by (i) further reduction in expenses, (ii) potential deferment of success related professional fees, or (iii) some combination thereof.

▼ **Weak Financial Performance and Near-Term Outlook**

– The offshore drilling industry has suffered through weak economic conditions over the past few years, driven by historically low oil prices and the supply-demand imbalance between exploration opportunities and the number of active rigs. These twin pressures have resulted in shorter, lower-priced contracts for higher-quality rigs and forced companies to lay up lower-quality ones until conditions improve.

▲ **Mitigants**

– Valaris is one of the largest offshore drilling company with its geographic and product diversification and is in a strong competitive position with a high quality customer base. The acquisitions of Atwood and Rowan have also solidified the company's geographic and asset diversity

11

ADVISORS'-EYES ONLY

**citi**

# Capital Return Summary

**Transaction Assumptions:**

## 50% Bank / 50% Corp Chain DIP Scenario (16.2% hold):

- Total financing package of $500 million:
  - Citi commits $81.2 million, or 16.2%, to a $500 million 364-day Senior Super Priority DIP Facility (FRR: 5)
    - 200 bps upfront fee
    - 100 bps undrawn fee
    - L + 675 bps drawn margin
    - $25 million fronting line
    - $5 million structuring fee
    - 60% utilization in first quarter and 100% utilization for rest of duration
    - 50% booked in CBNA and 50% booked in CNAI
  - $82 million reduction in existing exposure from $235 million with $153 million remaining (FRR: 10)

|  | Total ($MM) | Cmt / U/W ($MM) | Allocation ($MM) | Hold ($MM) | Spread (%) | Fees ($MM) |
|---|---|---|---|---|---|---|
| DIP Upfront Fee | 500.0 | 81.2 | 81.2 | 81.2 | 2.00% | 1.6 |
| Structuring Fee |  |  |  |  |  | 5.0 |
| Fees to Citi |  |  |  |  |  | $6.6 |
|  |  |  |  |  |  | RoRC |
| Lifetime Transaction Returns |  |  |  |  |  | 206.6% |
| 2-yr PF Relationship Returns |  |  |  |  |  | 194.3% |
| Lifetime PF Relationship Returns |  |  |  |  |  | 194.3% |
| 2-yr PF Revenue Gap ($MM) |  |  |  |  |  | N/A |

## 100% Corp Chain DIP Scenario (16.2% hold):

- Total financing package of $500 million:
  - Citi commits $81.2 million, or 16.2%, to a $500 million 364-day Senior Super Priority DIP Facility (FRR: 5)
    - 200 bps upfront fee
    - 100 bps undrawn fee
    - L + 675 bps drawn margin
    - $25 million fronting line
    - $5 million structuring fee
    - 60% utilization in first quarter and 100% utilization for rest of duration
    - Booked in CNAI
  - $82 million reduction in existing exposure from $235 million with $153 million remaining (FRR: 10)

|  | Total ($MM) | Cmt / U/W ($MM) | Allocation ($MM) | Hold ($MM) | Spread (%) | Fees ($MM) |
|---|---|---|---|---|---|---|
| DIP Upfront Fee | 500.0 | 81.2 | 81.2 | 81.2 | 2.00% | 1.6 |
| Structuring Fee |  |  |  |  |  | 5.0 |
| Fees to Citi |  |  |  |  |  | $6.6 |
|  |  |  |  |  |  | RoRC |
| Lifetime Transaction Returns |  |  |  |  |  | 180.5% |
| 2-yr PF Relationship Returns |  |  |  |  |  | 171.3% |
| Lifetime PF Relationship Returns |  |  |  |  |  | 171.3% |
| 2-yr PF Revenue Gap ($MM) |  |  |  |  |  | N/A |

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000472

# 3. Company Overview

# Valaris Overview

## Company Overview

- Valaris (formerly known as Ensco and EnscoRowan) is the largest offshore drilling companies globally, with diversified operations across major offshore basins including U.S. Gulf of Mexico, Brazil, North Sea, Africa, Middle East, Mediterranean and APAC/Far East

- The Company's primary business is to contract its drilling rigs, related equipment and work crews predominantly on a day-rate basis to drill oil and gas wells

- Inclusive of rigs under construction, the fleet consists of 13 drillships, 6 dynamically positioned semisubmersible rigs, and 37 jackups

- The company is a product of several recent mergers, including recently:

  - *October 2017:* Valaris acquires Atwood Oceanics for ~$865MM (4.5x LTM EBITDA) paid in stock; Atwood shareholders held 31% ownership in the PF entity

  - *April 2019:* Valaris acquires Rowan for ~$1.6Bn (25.4x LTM EBITDA) paid in stock; Rowan shareholders hold 43% ownership in the PF entity

- These 2 transactions moved Valaris from third-largest to largest fleet globally

## Fleet Utilization

## PF Historical Performance [1]



## Average Day Rates ($ '000s)



(1) Includes Rowan and Atwood performance for 2012-2018.

ADVISORS'-EYES ONLY

CITI_DIP_0000474

# Fleet Overview

## Diverse, High-Specification Fleet of <u>56</u> Highly Competitive Rigs Capable of Meeting a Broad Spectrum of Customers' Well Program Requirements

| Drillships | Semisubmersibles | Jackups |
|---|---|---|




### 13 Total
- Average age of 4.9 years
- 11 assets equipped with 2.5 Mn lbs. hookload derrick and two blowout preventers

### 6 Total
- All modern assets with sixth generation drilling equipment
- Average age of 8.5 years
  - 3 rigs capable of working in both moored and dynamically-positioned mode

### 37 Total
- Average age of 11.3 years
- 7 heavy duty ultra-harsh & 6 heavy duty harsh environment rigs
- 13 heavy duty & 11 standard duty modern benign environment rigs

Source: IHS Markit RigPoint
Rig counts include rigs leased to ARO Drilling, and exclude rigs held for sale, intended for sale, managed drilling operations and rigs owned by ARO Drilling; see subsequent slide for reconciliation

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000475



- Rigs contribute to ARO Drilling results, of which Valaris recognizes 50% of net income

(1) Down payment on each new build rig is no more than 25% before delivery. Illustrative in-service newbuild rig capital cost of $200 million would provide an average day rate of ~$165K/day for the initial eight-year contract, based on cash operating costs of $45K/day + shorebase overhead allocation of $7.5 million per year

ADVISORS'-EYES ONLY

CITI_DIP_0000476



**Dr. Thomas Burke**
**President and Chief Executive**
**Officer**

Dr. Thomas Burke became President and Chief Executive Officer, and a member of the Board of Directors, in April 2019 in connection with the EnscoRowan combination. Previously, he served as Rowan's President and Chief Executive Officer as well as a director since April 2014. He served as Rowan's Chief Operating Officer beginning in July 2011 and was appointed President in March 2013. Dr. Burke first joined Rowan in December 2009, serving as Chief Executive Officer and President of LeTourneau Technologies until the sale of LeTourneau in June 2011. From 2006 to 2009, Dr. Burke was a Division President at Complete Production Services, an oilfield services company, and from 2004 to 2006, served as its Vice President for Corporate Development. He serves on the executive committee of the International Association of Drilling Contractors. Dr. Burke received his PhD in Engineering from Trinity College, the University of Oxford, a Bachelor of Science in Engineering with Honors from Heriot-Watt University in Scotland, and an MBA from Harvard Business School, where he was awarded a Baker Scholarship.



**Jonathan Baksht**
**Executive Vice President and**
**Chief Financial Officer**

Jonathan Baksht became Executive Vice President - Chief Financial Officer in connection with the EnscoRowan combination. Previously, he served as Ensco's Senior Vice President - Chief Financial Officer since November 2015, and as Vice President - Finance and Vice President - Treasurer before his appointment as Chief Financial Officer. Prior to joining Ensco, Mr. Baksht served as a Senior Vice President at Goldman, Sachs & Co. within the Investment Banking Division where he served as a financial advisor to energy clients, oilfield services lead and a member of the Merger & Acquisitions Group. Prior to joining Goldman Sachs in 2006, he consulted on strategic initiatives for energy clients at Andersen Consulting. Mr. Baksht holds a Master of Business Administration from the Kellogg School of Management at Northwestern University and a Bachelor of Science with High Honors in Electrical Engineering from the University of Texas at Austin.



**Gilles Luca**
**Senior Vice President and**
**Chief Operating Officer**

Gilles Luca became Senior Vice President and Chief Operating Officer in December 2019. Previously, he served as Senior Vice President, Operations Support. He joined Ensco in 1997 and prior to his current position, served as Senior Vice President - Western Hemisphere since December 2014. Mr. Luca also served Ensco as Vice President - Business Development and Strategic Planning, Vice President - Brazil Business Unit and General Manager - Europe and Africa. Before joining Ensco as an Operations Engineer in The Netherlands, Mr. Luca was employed by Foramer Drilling and Schlumberger with assignments in France and Venezuela. He holds a Master Degree in Petroleum Engineering from the French Petroleum Institute and a Bachelor in Civil Engineering.

ADVISORS'-EYES ONLY

**citi**

CITI_DIP_0000477

Case 20-34114 Document 258-6 Filed in TXSB on 09/24/20   Page 21 of 61

The MODU[1] industry continued to weather the trough of the cycle through 2017-19. With the recent pullback of oil and subsequent contraction in E&P spending, the recovery timeline of the entire oil services industry is once again in the spotlight. Longer term thesis of reserve replacement and incremental oil demand to support emerging market consumption behemoths provides "right to exist", near-term, the prescription remains the same: i) refocus on cost-savings ii) utilization push iii) liquidity build iv) increased scrapping and v) capital restructuring

## Industry Summary

- Offshore drilling companies through 2015-17 have witnessed a significant reduction in their contracted orderbook positions, dayrate realization and overall fleet utilization driven primarily by three factors i) decline in energy commodity prices led by new supply from USA and normalization of production levels from marginal producers, Libya, Nigeria, Iran et al. ii) E&P spending pullback from the majors, total annual capex has declined by more than 60% vs. 2014 and iii) over capacity given aggressive capacity additions during 2010-14

- 2018-19 was a period of stable to increasing dayrates and utilization post three continuous years of declines, E&P capex for the last two years has been on the rise but hasn't seen a step-function increase to retrace 65% of the absolute amount of investment lost since 2014. Offshore capital spending was ~$320BN in 2014 and was $150-160BN a year through 2019. Fears of underspending in the last three years, stable demand outlook from Asia and geopolitical concerns have allowed oil prices to remain in the $50-60/bbl range for the majority of the last few years. However, given Covid-19 pandemic, flagging consumption growth and a fall out of discussion on supply curtailment between Russia and Saudi Arabia led to oil prices testing new lows through March 2020, putting paid to notions that offshore drillers were finding a balance to enable a strong recovery into 2021-25e

- The recent market drop is likely to reduce oil demand in 2020 by 6.7Mbd to 13.0Mbd below 2019 levels, with an additional impact beyond 2021. As a result , deepwater capital spend expected to decline 30-45% in 2020 before returning to 2019 levels by 2022.

  - This is based on IEA, EIA, and Rystad Energy

**Total E&P 2020E Capex**



### E&P Capital Expenditures - $B

ADVISORS'-EYES ONLY

CITI_DIP_0000478

# Jack-Up Supply Dynamics

*Utilization __had__ been increasing due to supply attrition and higher levels of customer demand; utilization is now expected to decline, tempered somewhat by retirements of older jackups*



# Drillship Supply Dynamics

*Utilization of drillships had been increasing due to modestly higher demand and some asset retirements; utilization is now expected to decline, with less competitive modern assets likely to be scrapped in response*



*Utilization of benign-water semisubmersibles <u>had</u> increased significantly based on substantial scrapping of older assets; utilization is now expected to fall, with less competitive assets likely to be scrapped*



IHS Market Data

ADVISORS'-EYES ONLY

CITI_DIP_0000481

citi

| (Dollars in Millions) | 12-Months Ended December 31, | | | LTM | 3-Months Ended[1] | |
|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019[1] | 03/31/20 | 03/31/19 | 03/31/20 |
| **Income / Cash Flow Statement** | | | | | | |
| Floaters | 1,143.5 | 1,013.5 | 1,048.0 | 961.3 | 266.3 | 179.6 |
| Jackups | 640.3 | 630.9 | 972.6 | 890.4 | 295.0 | 212.8 |
| Other | 59.2 | 61.0 | 209.1 | 252.2 | 21.1 | 64.2 |
| Early Termination Payment | - | - | - | - | - | - |
| **Revenues** | **$1,843.0** | **$1,705.4** | **$2,229.7** | **$2,103.9** | **$582.4** | **$456.6** |
| % Growth | ~28.3% | ~7.5% | 30.7% | | | (21.6%) |
| COGS | (1,189.5) | (1,319.4) | (1,936.8) | (1,913.4) | (494.4) | (471.0) |
| **Gross Profit** | **$653.5** | **$386.0** | **$292.9** | **$190.5** | **$88.0** | **($14.4)** |
| Gross Profit Margin | 35.5% | 22.6% | 13.1% | 9.1% | 15.1% | (3.2%) |
| SG&A | (116.6) | (61.1) | (100.9) | (90.9) | (37.6) | (27.6) |
| % Growth | 90.5% | (47.6%) | 65.1% | | | (26.6%) |
| % Revenue | 6.3% | 3.6% | 4.5% | 4.3% | 6.5% | 6.0% |
| **Adjusted EBITDA** | **$536.9** | **$324.9** | **$192.0** | **$99.6** | **$50.4** | **($42.0)** |
| EBITDA Margin | 29.1% | 19.1% | 8.6% | 4.7% | 8.7% | (9.2%) |
| Cash Interest | (199.6) | (232.6) | (448.5) | (442.2) | (119.5) | (113.2) |
| Cash Taxes | (62.8) | (58.4) | (115.6) | 2.3 | (45.4) | 72.5 |
| Change in Working Capital | 65.4 | (18.0) | (39.1) | (198.3) | 29.3 | (129.9) |
| Other[2] | (80.3) | (71.6) | 116.2 | 32.9 | 91.5 | 8.2 |
| **Cash Flow from Operations** | **$259.4** | **($55.7)** | **($295.0)** | **($505.7)** | **$6.3** | **($204.4)** |
| Maintenance Capital Expenditures[3] | (106.9) | (85.6) | (254.6) | (205.5) | (83.2) | (34.1) |
| **Normalized Free Cash Flow** | **$152.5** | **($141.3)** | **($549.6)** | **($711.2)** | **($76.9)** | **($238.5)** |
| Growth/Other Capital Expenditures | (429.8) | (341.1) | (42.8) | (28.8) | (16.2) | (0.2) |
| Cash Divestitures/(Acquisitions), net | (868.8) | 11.0 | 949.6 | 938.9 | 10.4 | (0.3) |
| Equity Issuance/(Repurchase), net | - | - | - | - | - | - |
| Dividends | (13.8) | (17.9) | (4.5) | - | (4.5) | - |
| **Free Cash Flow** | **($1,159.9)** | **($489.3)** | **$352.7** | **$198.9** | **($87.2)** | **($241.0)** |
| **Balance Sheet** | | | | | | |
| Cash and Equivalents | 885.4 | 604.1 | 97.2 | 184.9 | | |
| of which Marketable Securities | 440.0 | 329.0 | - | - | | |
| Undrawn Liquidity | 2,000.0 | 2,000.0 | 1,600.0 | 1,284.7 | | |
| Less Debt Due w/in One Year | - | - | (124.8) | (224.5) | | |
| **Total Liquidity** | **$2,885.4** | **$2,604.1** | **$1,572.4** | **$1,225.1** | | |
| Revolver Outstanding | - | - | - | 332.1 | | |
| Term Loans | - | - | - | - | | |
| Senior Bonds & Notes | 4,750.7 | 5,010.4 | 5,923.5 | 5,816.5 | | |
| **Total Debt** | **$4,750.7** | **$5,010.4** | **$5,923.5** | **$6,148.6** | | |
| Secured Debt | - | - | - | - | | |
| Unsecured Debt | 4,750.7 | 5,010.4 | 5,923.5 | 6,148.6 | | |
| **Total Debt** | **$4,750.7** | **$5,010.4** | **$5,923.5** | **$6,148.6** | | |
| Total Assets | 14,625.9 | 14,023.7 | 16,931.2 | 14,025.1 | | |
| Total Equity | 8,730.0 | 8,088.8 | 9,309.6 | 6,295.6 | | |
| **Total Capitalization** | **$13,480.7** | **$13,099.2** | **$15,233.1** | **$12,444.2** | | |
| **Credit Ratios** | | | | | | |
| Total Debt / LTM EBITDA | 8.8x | 15.4x | 30.9x | 61.7x | | |
| EBITDA / Interest Expense | 2.7x | 1.4x | 0.4x | 0.2x | | |
| Total Debt Repayment Capacity[4] | 0.5x | 0.3x | 0.1x | 0.1x | | |
| Fixed Charge Coverage Ratio[5] | 0.7x | 0.4x | 0.2x | 0.1x | | |
| Debt to Capitalization | 35.2% | 38.2% | 38.9% | 49.4% | | |

1. Pro Forma for Rowan 1Q19 performance, which is not part of Valaris consolidated financials as the merger closed on April 11, 2019
2. Other include cash portion of capitalized interest for quarterly and other expense related to currency exchange gain / losses
3. Maintenance Capex includes rig enhancements, minor updates and improvements, while growth Capex relates to new rig constructions
4. Total Debt Repayment Capacity and Senior Secured Debt Repayment Capacity Ratios calculated as Adj. EBITDA / (Cash Interest + Cash Taxes + Dividends + CapEx + 7% of Total Debt or 14% of Senior Secured Debt)
5. Fixed Charge Coverage Ratio calculated as Adjusted EBITDA/(Cash Taxes + CapEx + Dividends + Cash Interest+ Current Maturities of Long Term Debt)

**Please note FY19 and 1Q19 are on a PF basis for legacy Ensco and Rowan, with certain figures only available as of 2Q19 as the companies merged on 4/11/19**

- **Revenues** fell 21.6%, or $125.8MM, compared to 1Q19, primarily due a 20% decline in day rates from ~$199k/day to ~$95k, while rig utilization was roughly flat at 59%

  - 1Q20 Floaters Revenues decreased 32.6%, or $86.7MM compared to 1Q19, primarily driven by a 18.7% drop in average day rates ($196kpd vs. $240kpd) and a drop in utilization to 38% from 43% a year prior

  - 1Q20 Jackups Revenues fell 27.9%, or $82.2MM compared to 1Q19, primarily driven by a drop in utilization to 61% from 68% a year prior, offset by a 12.9% increase in average day rates ($81kpd vs $72kpd)

  - Management expects that the remainder of 2020 will be a challenging year for contractors as customers wait to gain additional clarity on commodity pricing and seek to reduce costs in the near-term by attempting to renegotiate existing contract terms. The current market and macro-economic conditions will create a challenging contracting environment through at least 2021

- **Adj. EBITDA** was negative in 1Q20 at $(42.0)MM, compared to $50.4MM in 1Q19. This was driven by a non-drilling incident with DS-8 that caused the rig to go off-contract and not earn a dayrate for almost a month. Combined with extra cost associated with the incident, this had a $15MM negative impact. Additionally, there was $14MM of higher repair and maintenance costs related to startup costs for jackups in the North Sea. Generally, it appears that rigs are operating at day rates just at or slightly below break-even levels

- **Normalized Free Cash Flow** declined to $(238.5)MM in 1Q20 compared to $(76.9)MM in 1Q19 due to aforementioned negative EBITDA and a $129.9MM working capital outflow related to the Rowan merger

- **Liquidity** as of 12/31/20 was $1.2Bn, comprising of $184.9MM of cash and ~$1.3Bn available under the $1.6Bn RCF, net $225MM of debt due within the next 12 months

  - Per the lender May 2020 lender presentation, $380MM is now drawn on the RCF (as of 04/24/20)

  - On 12/30/2019, Ensco received a $200MM payment from Samsung Heavy Industries (SHI) for losses incurred in connection with the DS-5 drilling services agreement with Petrobras

- **Leverage** continued to rise, increasing to 61.7x as of 1Q20 vs. 30.9x at FYE19 and 15.4x at FYE17 driven by declining EBITDA and debt incurred from the Atwood and Rowan mergers. LTM TDRC and FCCR are both below 1.0x, at 0.1x and 0.1x, respectively

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000482

# 4. DIP Model Cases

ADVISORS'-EYES ONLY

# DIP Model Assumptions

**Assumptions**
- Chapter 11 Filing Date: June 30, 2020
- Bankruptcy emergence date: June 30, 2021
- $500MM new money revolving DIP facility at L + 700 (unused commitment fee of 100 bps)
  - $100MM of cash collateralized LC required post-petition
  - Proceeds will be used for incremental liquidity purposes during the Borrower's bankruptcy proceeding, subject to budget agreed to by DIP lenders
  - The facility will be secured by a super-priority, priming lien on substantially all assets of the Debtors
- Drilling Revenue is based on invoices from weekly A/R ledger and forecast revenue from company's May 2020 outlook
  - Assumes 5% risk of post-petition drilling revenue
  - Also includes early contract termination, loss of hire insurance reimbursable capex, and ARO shareholder note interest
- Expenses
  - Includes all personnel costs by entity reflecting payroll timing
  - Contract drilling expense is based on vendor/supplier invoices from weekly A/P ledger
  - Taxes includes U.S. and foreign corporate taxes
  - Includes other expense such as insurance, Rowan pension funding, Rowan merger severance, and other non-recurring items
- Incentive/retention payments paid out according to terms
- $195MM of Professional fees are included for the Company's advisors, first lien lender group advisors, and bondholder advisors
  - This includes $28MM of transaction fess at case conclusion

ADVISORS'-EYES ONLY

**citi**

# DIP Model Base Case

# Valuation Summary

| Value Distribution Waterfall ($MM) | Advisor Base Case | Base Case | Downside Case | ROL Case | Expected Value Case |
|---|---|---|---|---|---|
| **Probability Weighting** | | 33% | 33% | 25% | 90% |
| | | | | | |
| DCF Enterprise Value | $1,778.0 | $1,621.0 | $899.8 | $395.2 | $1,020.1 |
| ARO Drilling JV Stake | 557.7 | 557.7 | 557.7 | 557.7 | 557.7 |
| Restructuring Costs | (195.0) | (195.0) | (195.0) | (195.0) | (195.0) |
| Total Distributable Value | $2,140.7 | $1,983.6 | $1,262.5 | $757.9 | $1,382.7 |
| | | | | | |
| Debtor-in-Possession Financing | $500.0 | $500.0 | $500.0 | $500.0 | $500.0 |
| Total Secured Debt | $500.0 | $500.0 | $500.0 | $500.0 | $500.0 |
| Secured Debt $ Recovery | 500.0 | 500.0 | 500.0 | 500.0 | 500.0 |
| Structurally Senior Revolver % Recovery | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | |
| Residual Value after Secured Debt | $1,640.7 | $1,483.6 | $762.5 | $257.9 | $882.7 |
| | | | | | |
| Structurally Senior Revolving Credit Facility | $508.0 | $508.0 | $508.0 | $508.0 | $508.0 |
| Total Structurally Senior Debt | $508.0 | $508.0 | $508.0 | $508.0 | $508.0 |
| Structurally Senior Revolver $ Recovery | 508.0 | 508.0 | 508.0 | 257.9 | 508.0 |
| Structurally Senior Revolver % Recovery | 100.0% | 100.0% | 100.0% | 50.8% | 100.0% |
| | | | | | |
| Residual Value after Structurally Senior RCF | $1,132.7 | $975.6 | $254.5 | $0.0 | $374.7 |
| | | | | | |
| 6.875% Senior Notes due 2020 | $124.1 | $124.1 | $124.1 | $124.1 | $124.1 |
| 3.00% Exchangeable Notes due 2024 | 707.7 | 707.7 | 707.7 | 707.7 | 707.7 |
| 7.20% Senior Notes due 2027 | 111.7 | 111.7 | 111.7 | 111.7 | 111.7 |
| 7.875% Senior Notes due 2040 | 372.8 | 372.8 | 372.8 | 372.8 | 372.8 |
| Total Guaranteed Debt | $1,316.3 | $1,316.3 | $1,316.3 | $1,316.3 | $1,316.3 |
| Guaranteed Debt $ Recovery | 1,132.7 | 975.6 | 254.5 | 0.0 | 374.7 |
| Guaranteed Debt % Recovery | 86.0% | 74.1% | 19.3% | 0.0% | 28.5% |
| | | | | | |
| Residual Value after Guaranteed Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | | | | | |
| 4.70% Senior Notes due 2021 | $100.4 | $100.4 | $100.4 | $100.4 | $100.4 |
| 4.875% Senior Notes due 2022 | 601.2 | 601.2 | 601.2 | 601.2 | 601.2 |
| 4.75% Senior Notes due 2024 | 278.6 | 278.6 | 278.6 | 278.6 | 278.6 |
| 4.50% Senior Notes due 2024 | 302.0 | 302.0 | 302.0 | 302.0 | 302.0 |
| 8.00% Senior Notes due 2024 | 295.5 | 295.5 | 295.5 | 295.5 | 295.5 |
| 5.20% Senior Notes due 2025 | 331.8 | 331.8 | 331.8 | 331.8 | 331.8 |
| 7.375% Senior Notes due 2025 | 330.2 | 330.2 | 330.2 | 330.2 | 330.2 |
| 7.750% Senior Notes due 2026 | 987.7 | 987.7 | 987.7 | 987.7 | 987.7 |
| 5.40% Senior Notes due 2042 | 263.2 | 263.2 | 263.2 | 263.2 | 263.2 |
| 5.85% Senior Notes due 2044 | 269.1 | 269.1 | 269.1 | 269.1 | 269.1 |
| 5.75% Senior Notes due 2044 | 974.2 | 974.2 | 974.2 | 974.2 | 974.2 |
| Total Unsecured Debt | $4,733.9 | $4,733.9 | $4,733.9 | $4,733.9 | $4,733.9 |
| Unsecured Debt $ Recovery | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Unsecured Debt % Recovery | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | |
| Residual Equity Value | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | | | | | |
| Implied Share Price[1] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

1. Assumes 198MM shares outstanding. Compares to Market Price of $0.92 and 52-week range of $0.29 - $9.68.

## Notes / Observations

- The proposed DIP transaction will result in our ~$1.1Bn of the currently ~$1.6Bn Structurally Senior RCF being cancelled, although primed by the $500MM DIP in the priority waterfall

- Pro Forma for the DIP and RCF cancellation, both the DIP and RCF are fully covered in both the Base Case and Expected Value Case – this will lead to a review of our prior 94.5% RCF coverage position in 3Q20

- We are using a case weighting of 33% Base Case / 33% Downside Case / 25% Risk of Loss Case, the most conservative weighting option in IRM policy, to reflect the uncertainties of the Chapter 11 outcome and widespread industry issues

- The DIP Loan-to-Value is 25% in the Base Case and 66% in the Risk of Loss Case, providing sufficient value cushion

- We have included Valaris's 50% stake in ARO in our Total Distributable Value, valued as $169MM of 2021 EBITDA at the same multiple as Valaris (6.6x)
    - The projected EBITDA is per ARO management

- The estimated restructuring costs are based on the advisor's DIP model and is in line with previous estimates based on Chapter 11 cases of similar capital structure size

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000486

# 5. Ratings and Classification Overview

ADVISORS'-EYES ONLY

# Citi Ratings Overview

## Proposed Ratings: DIP: ORR 5 / OLR 5- / FRR 5

| Public Debt Ratings | Moody's | S&P | Citi Risk Ratings | DIP |
|---|---|---|---|---|
| Corp. Family | - | - | OLR | 5- |
| Senior Unsecured | - | - | ORR | 5 |
| Outlook | - | - | FRR | 5 |
| | | | Classification | SM |

**Ratings Methodology:**

**ORR:**

- **DIP Facility (5)**: We ran a pro forma DRM for the DIP Facility on LTM 1Q20 financials assuming adjustments to the capital structure were made in the latest period. The assumption was to run the DRM assuming the Company only had the DIP as debt in its capital structure due to the First Lien First Out nature of the DIP. This resulted in a BORR of **5+**. We propose a one-notch downgrade below to reflect the short to medium term risk of the Company during the bankruptcy period, arriving at a final ORR of **5**.
  - **Near-term industry challenges (-1)**: The market condition in offshore drilling has continued to be challenging, especially with the recent volatility in the oil prices. The overcapacity in the industry is likely to remain in the near future and adversely impact operating performance of the Company.

- **OLR**: We propose a one-notch downgrade from the final ORR due to the following to arrive at a **final OLR of 5-**:
  - **Prolonged downturn in the Industry (-1)**: Prolonged downturn in offshore drilling driven by weak demand and overcapacity can lead to protracted recovery in day rates and contract signings, leading to depressed EBITDA for a sustained period of time.

- **FRR**:
  - **DIP Facility (5):** We propose to rate the DIP Facility in line with the proposed ORR of **5**. We believe no downgrade is warranted at this time due to its seniority in the capital structure as a first lien first out facility.

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000488

| | Likelihood of Emerging from Bankruptcy | Liquidity and Cash Flow | Asset Coverage and Controls |
|---|---|---|---|
| **Factors** | • Reason for bankruptcy: capital structure/operating performance/liability<br><br>• Degree of complexity in the plan of reorganization (cost cutting, asset sales, lease rejections, key contract negotiations, pensions)<br><br>• Level of pre-filing agreement: free-fall bankruptcy vs. executed RSA<br><br>• Length of time expected to be in bankruptcy | • Size of company (EBITDA) and ability to cover bankruptcy costs<br><br>• Level of cash burn projected during bankruptcy and volatility of those projections<br><br>• Supplier and customer reactions/behaviors | • Advance rates and Types of Collateral<br><br>• Stability of NOLVs<br><br>• Covenants and Milestones<br><br>• Acceptable Loan to Value (LTV) |
| **Likelihood** | High / Medium / Low | Adequate / Tight / Insufficient | Appropriate / Aggressive / Inappropriate |
| **Determination** | **Medium** | **Adequate** | **Appropriate** |
| **Justification** | • Bankruptcy is a result of low crude oil prices and tight liquidity<br><br>• Structured facility with contingent capital tied to RSA incentivizes various creditors to work together towards reaching an acceptable plan in bankruptcy<br><br>• While no RSA is in our place, the DIP will likely be taken out by an exit financing consisting of a combination of new exit credit facilities provided by the Revolver lenders and new equity provided by the bondholders, who have expressed interest but not yet quantified the amount | • The Company is projected to maintain adequate liquidity during the bankruptcy case. At all times the company will have a minimum cash balance of $50 million and ample liquidity under the DIP RCF to cover cash flow burn. Throughout the 12-month case, the company is projected to have a negative cash burn of -$151 million, and $84 million of liquidity at the end of the 12-month case<br><br>• The DIP is sized to allow an additional $200 million upon acceptable RSA<br><br>• The bankruptcy case will be guided by covenants on cash flow variance and liquidity | • The DIP facilities benefit from a superpriority, priming lien on substantially all assets of the Borrower and its Guarantors<br><br>• DIP facility includes material protections to control process, such as limit on exposure dependent on successful RSA<br><br>• The bankruptcy case will be guided by covenants on cash flow variance and liquidity<br><br>• From an LTV perspective, the DIP facility is well covered at 20-40% under the company plan[1] |

Given the above factors, we believe a **Special Mention** classification is warranted for the proposed DIP facility

(1) LTV range contemplated from WACC range of 9-11% and terminal multiple range of 3.0x-5.0x in company base case.

26

ADVISORS'-EYES ONLY

CITI_DIP_0000489

citi

# Appendix







| | **Southland Royalty** | **Arsenal Resources** | **EP Energy** |
|---|---|---|---|
| **Filing Date** | January 27th, 2020 | November 8th, 2019 | October 3rd, 2019 |
| **Admin Agent** | Citi | Citi | JP Morgan |
| **Facility** | $70 million Revolving DIP facility<br>• $35 million roll-up of the pre-petition RBL<br>• $35 million of new money | • $90 million DIP Revolver<br>  $45 million new money<br>  $45 million roll-up of pre-petition RBL on a dollar for dollar basis for lenders committing to both the DIP and Exit RBL | $314.7 million roll-up DIP Revolver<br>$50 million L/C sub-limit |
| **Ratings (Moody's / S&P)** | NA | N/A | N/A |
| **Tenor** | 6 months | 6 months | 12 months |
| **Drawn Spread** | • L + 550 bps<br>• 100 bps commitment fee | • L + 550 bps<br>• 100 bps commitment fee | • L + 350 bps<br>• 50 bps commitment fee |
| **LIBOR Floor** | N/A | N/A | N/A |
| **OID/Upfront Fee** | 125 bps | 200 bps | N/A |
| **Milestones** | • Within 5 days following the Petition Date, entry of the Interim DIP Order<br>• Within 35 days following the Petition Date, entry by the Bankruptcy Court of a final order authorizing the DIP facility<br>• No later than February 3, 2020, circulation of a "teaser" for the marketing and sale of the Debtor's assets and properties to potential buyers<br>• Within 100 days following the Petition Date, entry of either (i) Approved Sale; or (ii) Approved Plan of Reorganization to the DIP Agent and Required DIP lenders, and a Disclosure Statement acceptable to the DIP Agent<br>• Within 170 days following the Petition Date, consummation of the Approved Sale (unless an Approved Plan of Reorganization approved by the DIP Agent and Required DIP Lenders) | • Approval of the Interim Order within 5 days of the Petition Date;<br>• Approval of the Final Order within 30 days of the Petition Date;<br>• Within 75 days of the Petition Date, either (i) entry of the Confirmation Order or (ii) approval of the Approved Bidding Procedures; and<br>• Within 170 days of the Petition Date, either (i) the Plan or (ii) an Approved Sale is consummated | N/A |
| **Financial Covenants** | Tested twice a month for the preceding four-week period<br>• Permitted variances for Disbursements (excluding professional fees, post-petition taxes, debt service and all royalty and working interest obligations during such Testing Period) no more than 15% | Tested twice a month for the preceding four-week period<br>• Permitted variance on Total Operating Disbursements (excluding professional fees, debt service and royalty, working interest and other similar obligations) of no more than 15% | Tested twice a month for the preceding four-week period<br>• Minimum liquidity of $15 million<br>• Asset Coverage Ratio of 1.25 :1.00x<br>• Written notice of any variance in operating disbursements over $25 million |

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000491



**Sanchez Energy**



**Halcon Resources**



**Legacy Reserves**

| | Sanchez Energy | Halcon Resources | Legacy Reserves |
|---|---|---|---|
| **Filing Date** | August 11th, 2019 | August 7th, 2019 | June 18, 2019 |
| **Admin Agent** | Wilmington Trust | Wilmington Trust | Wells Fargo |
| **Facility** | • $350 million delayed-draw DIP term loan facility, comprised of a $175 million roll-up of the pre-petition senior secured notes and $175 million of new money<br>• $50 million Interim amount | $35 million junior DIP facility, comprised of a delayed-draw term loan provided by existing noteholders | • $350 million DIP facility, comprised of a $250 million roll-up of the pre-petition RBL and $100 million of new money<br>• LC sublimit: $1 million<br>• $87.5 million Interim amount |
| **Ratings (Moody's / S&P)** | N/A | N/A | N/A |
| **Tenor** | 9 months | 6 months | 8 months |
| **Drawn Spread** | • L + 725 bps (roll-up)<br>• L + 800 bps (new money)<br>• 50 bps commitment fee | • L + 550 bps<br>• 100 bps commitment fee | • L + 350 bps (old money)<br>• L + 425 bps (new money)<br>• 100 bps unused |
| **LIBOR Floor** | N/A | N/A | N/A |
| **OID/Upfront Fee** | N/A | 200 bps | 175 bps |
| **Milestones** | • Within 5 days following the Petition Date, entry of the Interim Order<br>• Within 40 days following the Petition Date, entry of Final DIP Order<br>• Within 110 days after the Petition Date, filing of a proposed Plan of Reorganization and related Disclosure Statement<br>• Within 155 days of the Petition Date, entry of Order approving the Disclosure Statement<br>• Within 225 days of Petition Date, confirmation of Plan of Reorganization<br>• Within 255 days following the Petition Date, the effective date of a confirmed Acceptable Plan of Reorganization | • Within 30 days following the Petition Date, entry of Final DIP Order<br>• Within 75 days of the Petition Date, entry of Order approving Plan<br>• Within 95 days of Petition Date, Plan Effective Date | • Within 30 days following the Petition Date, (i) filing of an RSA in form an substance acceptable to the Lenders and (ii) within 60 days following the Petition Date, obtain an order from the Bankruptcy Court authorizing the entry into the RSA<br>• Within 150 days following the Petition Date, filing of an Acceptable Plan of Reorganization and Disclosure Statement<br>• Within 180 days following the Petition Date, entry by the Bankruptcy Court of an order confirming the Acceptable Plan of Reorganization<br>• No later than 210 days following the Petition Date, the Approved Plan of Reorganization shall be effective |
| **Financial Covenants** | Tested twice a month for the preceding four-week period<br>• Permitted variances for Disbursements (excluding professional fees) no more than 15% (or 25% solely in the case of the operating disbursements related to the line item titled "midstream" | Tested twice a month for the preceding four-week period<br>• Minimum liquidity of $15 million<br>• Permitted variances for Disbursements (excluding professional fees) no more than 20% | Tested twice a month for the preceding four-week period<br>• Permitted variances for Disbursements (excluding professional fees) no more than 15% |

ADVISORS'-EYES ONLY

CITI_DIP_0000492

**citi**

# Select E&P DIP Financings (cont'd)







|  | **Vanguard Natural Resources** | **Parker Drilling** | **Gastar Exploration** |
|---|---|---|---|
| **Filing Date** | March 31, 2019 | December 12, 2018 | October 31, 2018 |
| **Admin Agent** | Citi | BofA | Ares |
| **Facility** | • $130 million Revolving DIP Revolver <br> ○ $65 million roll-up of the pre-petition RBL <br> ○ $65 million of new money | $50 million DIP-to-Exit Revolver provided by BofA and Deutsche | $383.9 million DIP Term Loan provided by Ares |
| **Ratings (Moody's / S&P)** | N/A | N/A | N/A |
| **Tenor** | 9 months | 4 months (DIP) <br> 4 years (Exit) | 3.5 months |
| **Drawn Spread** | L + 550 bps | L + 400 bps (DIP) <br> L + 225-275 bps (Exit) <br> 50 bps unused fee | L + 750 bps |
| **LIBOR Floor** | N/A | N/A | 2.0% |
| **OID/Upfront Fee** | 75 bps | N/A | 175 bps |
| **Milestones** | • Within 30 days following the Petition Date, filing of an Acceptable Plan of Reorganization and Disclosure Statement <br> • Within 35 days following the Petition Date, entry by the Bankruptcy Court of a final order authorizing the DIP facility, in substantially the same form as the Interim DIP Order subject to modifications satisfactory to the Administrative Agent <br> • Within 80 days following the Petition Date, entry by the Bankruptcy Court of an order approving a Disclosure Statement <br> • Within 110 days following the Petition Date, entry by the Bankruptcy Court of an order confirming the Acceptable Plan of Reorganization <br> • No later than 120 days following the Petition Date, the Approved Plan of Reorganization shall be effective | • 45 days after the Petition Date: Approval of the Disclosure Statement and Rights Offering Procedures <br> • 91 days after the Petition Date: Entry of the Confirmation Order <br> • 106 days after the Petition Date: Effectiveness of the Plan | • 30 days after the Petition Date: Approval of the Final Order <br> • 60 days after the Petition Date: Approval of the Acceptance Plan and Disclosure Statement ("Confirmation Date") <br> • 20 days after Confirmation Date: Effectiveness of the Plan |
| **Financial Covenants** | Tested twice a month for the preceding four-week period <br> • Permitted variances for Disbursements (excluding professional fees) no more than 15% <br> • Minimum Liquidity of $10 million from Interim Facility Effective Date to 30 days after, $15 million from 30 days after Interim Facility Effective Date to the Final Facility Effective Date, $25 million thereafter | • Minimum liquidity of $25 million <br> • Permitted Variance for Disbursements (excluding professional fees) no more than 20% | Tested weekly for the preceding four-week period <br> • Permitted Variances for Capex no more than cumulative budgeted amount for such period <br> • Permitted Variances for Disbursements no more than cumulative budgeted amount for such period |

ADVISORS'-EYES ONLY

CITI_DIP_0000493







| | Pacific Drilling | Fieldwood | Exco |
|---|---|---|---|
| **Filing Date** | September 25, 2018 (closing date) | February 15, 2018 | January 15, 2018 |
| **Admin Agent** | Wilmington Trust | Cortland | Hamblin Watsa Investment Counsel |
| **Facility** | $85 million multi-draw DIP Term Loan provided by certain existing ad hoc secured lenders | $60 million Junior DIP Term Loan provided by certain pre-petition second lien lenders | $250 million DIP Revolver provided by Fairfax and certain pre-petition Secured Lenders |
| **Ratings (Moody's / S&P)** | N/A | N/A | N/A |
| **Tenor** | 4 months | 6 months | 12 months |
| **Drawn Spread** | Prime + 600 bps<br>100 bps unused fee | 10%<br>100 bps unused fee | L + 400 bps<br>50 bps unused fee |
| **LIBOR Floor** | N/A | N/A | 0.0% |
| **OID/Upfront Fee** | 200 bps | 300 bps | 100 bps |
| **Milestones** | • Approval of Rights Offering and Private Placement Procedures<br>• Approval of DIP Financing<br>• Approval of the Acceptance Plan and Disclosure Statement<br>• Confirmation and Effectiveness of the Plan | • 90 days after the Petition Date: Approval of the Acceptance Plan and Disclosure Statement ("Confirmation Date")<br>• 20 days after Confirmation Date: Effectiveness of the Plan | • July 1, 2018: Seek a hearing to consider the sale of all or substantially all of the debtor's properties |
| **Financial Covenants** | Tested weekly for the preceding four-week period<br>• Permitted Variances for Capex no more than cumulative budgeted amount for such period<br>• Permitted Variances for Disbursements no more than cumulative budgeted amount for such period | Tested twice a month for the preceding four-week period<br>• Permitted Variances for Receipts no more than 15%<br>• Permitted Variances for Disbursements no more than 15% | Tested twice a month for the proceeding four-week period<br>• Permitted Variances for Disbursements (excluding professional fees) no more than 20% |

ADVISORS'-EYES ONLY

CITI_DIP_0000494

# Preliminary Business Plan Assumptions

| | 2020E | | 2021E | | 2022E | | 2023E | | 2024E | | 2025E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dayrate ($K) | Utilization (%) | Dayrate ($K) | Utilization (%) | Dayrate ($K) | Utilization (%) | Dayrate ($K) | Utilization (%) | Dayrate ($K) | Utilization (%) | Dayrate ($K) | Utilization (%) |
| Dual Activity Drillships | 176 | 38% | 165 | 27% | 160 | 25% | 175 | 25% | 225 | 25% | 250 | 39% |
| 8500s | 97 | 22% | 150 | 26% | | 0% | | 0% | | 0% | 150 | 33% |
| Other Modern Semis | 220 | 31% | 202 | 40% | 200 | 42% | 200 | 42% | 200 | 42% | 200 | 85% |
| Heavy Duty Ultra-Harsh Environment | 123 | 79% | 130 | 64% | 133 | 61% | 149 | 71% | 153 | 88% | 170 | 90% |
| Heavy Duty Harsh Environment | 79 | 45% | 79 | 54% | 90 | 57% | 96 | 57% | 107 | 73% | 117 | 75% |
| Heavy Duty - Modern | 70 | 45% | 69 | 45% | 65 | 38% | 73 | 38% | 87 | 57% | 97 | 86% |
| Standard Duty - Modern | 67 | 53% | 67 | 38% | 74 | 28% | 75 | 26% | 81 | 39% | 86 | 67% |
| Standard Duty - Legacy | 63 | 69% | 70 | 94% | 67 | 94% | 80 | 83% | 90 | 90% | 90 | 90% |
| Legacy Drillships | | 0% | | | | | | | | | | |
| Legacy Semis | 111 | 89% | | | | | | | | | | |
| Total Fleet, excl. ARO & Managed Platforms | 98 | 47% | 101 | 45% | 103 | 39% | 118 | 38% | 127 | 49% | 139 | 67% |
| ARO Bareboat Charter | 26 | 100% | 25 | 100% | 22 | 98% | 22 | 96% | 23 | 98% | 28 | 95% |
| Managed Platforms | 91 | 100% | 85 | 100% | 106 | 100% | 107 | 100% | 107 | 100% | 107 | 100% |

| | 2020E | | 2021E | | 2022E | | 2023E | | 2024E | | 2025E | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Rig Count | Active Rig Count | Total Rig Count | Active Rig Count | Total Rig Count | Active Rig Count | Total Rig Count | Active Rig Count | Total Rig Count | Active Rig Count | Total Rig Count | Active Rig Count |
| Dual Activity Drillships | 11 | 4 | 12 | 4 | 13 | 4 | 13 | 4 | 13 | 4 | 13 | 7 |
| 8500s | 3 | 1 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 2 |
| Other Modern Semis | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 2 |
| Heavy Duty Ultra-Harsh Environment | 6 | 5 | 6 | 5 | 6 | 5 | 6 | 5 | 6 | 6 | 6 | 6 |
| Heavy Duty Harsh Environment | 6 | 4 | 6 | 4 | 6 | 4 | 6 | 4 | 6 | 5 | 6 | 5 |
| Heavy Duty - Modern | 12 | 6 | 12 | 6 | 12 | 5 | 12 | 5 | 12 | 8 | 12 | 12 |
| Standard Duty - Modern | 7 | 3 | 7 | 2 | 7 | 2 | 7 | 2 | 7 | 3 | 7 | 5 |
| Standard Duty - Legacy | 4 | 4 | 3 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Legacy Drillships | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Legacy Semis | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Fleet, excl. ARO and Managed Platforms | 51 | 28 | 51 | 25 | 50 | 22 | 50 | 22 | 50 | 28 | 50 | 40 |
| ARO Bareboat Charter | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 6 | 6 |
| Managed Platforms | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

**Day Rates & Utilization**
- Floaters day rates decline in 2021 and remain relatively flat through 2022, with utilization and day rates increasing more meaningfully in the 2023 to 2025 period, leading to rig reactivations in 2025.
- Jackup day rates remain relatively flat through 2022, with rates increasing in the 2023 to 2025 period. Reactivations for higher spec rigs expected beginning in 2023.

**Existing Contract Adjustments**
- Existing contracts are assumed to take the most likely outcome based on customers' termination provisions and reflect latest expectations.

**Newbuilds**
- DS-13 and DS-14 are delivered in 2021 and 2022, respectively, and both rigs begin working after 2025. Milestone payments and accrued interest are assumed to be paid in full in 2022.

**Rig Retirements**
- Three second-tier drillships and five semisubmersibles retired in 2020.
- 11 legacy standard duty jackups are retired as their contracts expire over the forecast period, and two heavy duty jackups retired in 2020.

**Cost Reductions**
- Assume significant reductions in rig operating expenses along with reductions to shore-based G&A and support costs.

**Other**
- ARO makes no payments on the shareholder loan principal but pays interest each year.
- Cash taxes are assumed based on the location the rigs are assumed to be working.
- Assumes a June 30, 2020 filing and a 12-month case.

ADVISORS'-EYES ONLY

CITI_DIP_0000495

| $M | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|
| Floaters | $ 376 | $ 283 | $ 243 | $ 266 | $ 333 | $ 634 |
| Jackups | 657 | 554 | 515 | 550 | 796 | 1,072 |
| Managed Platforms | 67 | 62 | 77 | 78 | 78 | 78 |
| ARO Drilling leased revenue | 85 | 82 | 72 | 70 | 74 | 57 |
| Other revenue[1] | 176 | 44 | 33 | 36 | 48 | 71 |
| Amortization revenue | 32 | 34 | 4 | 0 | 0 | 0 |
| **Total revenue** | 1,393 | 1,060 | 945 | 1,000 | 1,329 | 1,913 |
| Floaters | 442 | 248 | 188 | 187 | 188 | 325 |
| Jackups | 533 | 347 | 334 | 319 | 412 | 500 |
| Managed Platforms | 47 | 42 | 54 | 54 | 54 | 54 |
| Daily rig opex | 1,021 | 636 | 576 | 560 | 654 | 879 |
| Stacking costs[2] | 58 | 52 | 65 | 67 | 58 | 37 |
| Preservation costs | 41 | 10 | - | - | - | - |
| Reactivation costs | 6 | 10 | – | 38 | 108 | 144 |
| Rig-based opex | 1,126 | 708 | 641 | 665 | 820 | 1,060 |
| Reimbursable expense | 91 | 33 | 25 | 24 | 32 | 48 |
| Amortization Expense | 49 | 34 | 4 | 0 | 0 | 0 |
| **Total Expense** | 1,266 | 775 | 671 | 689 | 852 | 1,108 |
| Operating margin | 126 | 285 | 274 | 311 | 477 | 805 |
| G&A/Support costs | 261 | 170 | 156 | 152 | 175 | 215 |
| Net amortized items[3] | 16 | (1) | (1) | (0) | (0) | - |
| Other operating income[4] | 119 | 1 | 1 | 0 | 0 | - |
| **EBITDA** | $ 0 | $ 115 | $ 119 | $ 159 | $ 302 | $ 590 |
| EBITDARP[5] | 47 | 135 | 119 | 197 | 410 | 734 |
| EBITDARPS[6] | 106 | 187 | 184 | 263 | 468 | 771 |

[1] Other revenue includes $53M of contract termination fees in 2020, along with approx. $123 million of revenue for items such as ARO, mobilizations, personnel, equipment, catering and other reimbursable costs.

[2] Stacked costs include annual costs associated with preservation stacked rigs only. The average preservation stacking cost on an annual basis is approximately $3.7M for a drillship, $1.8M for a semi and $1.3M for a jackup.

[3] Adjustment to add back amortized expenses (e.g. amortized mobilization costs) and remove amortized revenue (e.g. mobilization revenue) that are excluded from EBITDA, EBITDARP & EBITDARPS calculations.

[4] Other operating income includes the insurance proceeds from the DS-8 contract termination.

[5] EBITDA excluding reactivation and preservation costs.

[6] EBITDA excluding reactivation, preservation, and stacking expenses.

ADVISORS'-EYES ONLY

| $M | 2020E | | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|
| EBITDA | $ | 0 $ | 115 $ | 119 $ | 159 $ | 302 $ | 590 |
| | | | | | | | |
| Maintenance capex | | (50) | (41) | (40) | (39) | (46) | (61) |
| Rig survey and related costs | | (57) | (86) | (38) | (91) | (105) | (114) |
| Newbuild costs | | (9) | (25) | (362) | - | - | - |
| Reimbursed capex | | 11 | - | - | - | - | - |
| Cash Taxes | | (60) | (32) | (38) | (41) | (59) | (102) |
| Tax refunds/penalties | | - | 18 | 21 | - | - | - |
| Working capital changes | | 1 | 48 | 5 | 24 | (6) | (155) |
| Costs to achieve recurring savings[7] | | (54) | (7) | (3) | (3) | (3) | - |
| Restructuring fees[8] | | (84) | (142) | - | - | - | - |
| Transaction costs[9] | | (45) | (1) | - | - | - | - |
| Share-based compensation | | 22 | 19 | 20 | 20 | 20 | 20 |
| Pension payments | | (28) | (21) | (30) | (36) | (39) | (36) |
| Cash interest from ARO | | 18 | 18 | 18 | 18 | 18 | 18 |
| Other cash adjustments[10] | | (42) | 46 | (2) | - | - | - |
| Proceeds from asset sales | | 47 | 1 | 1 | - | 1 | - |
| Unlevered cash flow[11] | $ | (329) $ | (91) $ | (330) $ | 11 $ | 83 $ | 160 |
| | | | | | | | |
| H2 2020+ Cumulative UCF | $ | (91) $ | (182) $ | (512) $ | (501) $ | (419) $ | (258) |
| H2 2020+ Cumulative UCF (excl. newbuilds)[12] | | (91) | (157) | (124) | (108) | (18) | 150 |
| | | | | | | | |
| Active rigs[13] | | | | | | | |
| Drillships | | 4 | 4 | 4 | 4 | 4 | 7 |
| Semisubmersibles | | 2 | 1 | 1 | 1 | 1 | 4 |
| Jackups | | 22 | 20 | 17 | 17 | 23 | 29 |
| ARO leased[14] | | 9 | 9 | 9 | 9 | 9 | 6 |
| Total | | 37 | 34 | 31 | 31 | 37 | 46 |

[7] Includes non-recurring severance and implementation costs along with professional fees.

[8] Assumes a 12-month case.

[9] Includes merger integration costs and fees associated with a shareholder matter.

[10] Other cash adjustments include a settlement with a legacy company partner, impress inventory and other adjustments.

[11] Unlevered cash flow excludes estimated 1H 2020 cash interest costs for senior notes and revolving credit facility of approximately $160 million, does not include $39 million of June interest payments for senior notes.

[12] Excludes holding costs, interest, final milestone payments and stacking costs for DS-13 and DS-14

[13] Active rigs at the end of each calendar year; excludes cold stacked rigs. Active rig count at the end of 2019 was 9 drillships, 6 semisubmersibles, 37 jackups, and 9 ARO leased jackups.

[14] ARO leased rigs Charles Rowan, Rowan Middletown, and Arch Rowan assumed to be retired at the end of 2024.

Note: Estimated revolving credit facility balance on June 30, 2020 of approximately $510 million, with approximately $200 million of cash on hand, exclusive of $39 million of June interest payments for senior notes

ADVISORS'-EYES ONLY

CITI_DIP_0000497

# WACC Analysis

**WACC Calculation Inputs**

| | Rating | 5/1/2020 |
|---|---|---|
| Date of Market Data | | 5/1/2020 |
| Median Capital Structure of Comparables | Rating | 62.35% |
| Target Capital Structure | CCC | 70.00% |
| Debt Beta | | 0.30 |
| Median of Comparables Asset Beta | | 1.16 |
| Unlevered Asset Beta | | 1.16 |

| **Cost of Equity** | Low | High |
|---|---|---|
| U.S. Risk Free Rate (20-Year CMT Bond) | 1.04% | 1.04% |
| Assumed Equity Market Risk Premium | 6.50% | 7.50% |
| Relevered Equity Beta | 2.68 | 2.68 |
| Unadjusted Cost of Equity | 18.49% | 21.17% |
| Country Risk Premium | 0.00% | 0.00% |
| Inflation Differential | 0.00% | 0.00% |
| Small Cap Risk Premium | 0.00% | 0.00% |
| Idiosyncratic Risk Premium | 0.00% | 0.00% |
| **Adjusted Cost of Equity** | **18.49%** | **21.17%** |

| **Cost of Debt** | Low | High |
|---|---|---|
| Expected Long-Term Yield | 15.45% | 15.45% |
| Country Risk Premium | 0.00% | 0.00% |
| Inflation Differential | 0.00% | 0.00% |
| Idiosyncratic Risk Premium | 0.00% | 0.00% |
| Adjusted Cost of Debt | 15.45% | 15.45% |
| Effective Marginal Tax Rate | 24.1% | 24.1% |
| **Adjusted After-Tax Cost of Debt** | **11.73%** | **11.73%** |

| **Weighted Average Cost of Capital** | | **14.16%** |
|---|---|---|

- Current market 10-year UST rate and 20-year US CMT rate for cost of debt and equity risk free rates, respectively

- Equity market premium range of 6.5%-7.5% per FSG guidance

- Asset beta of 1.16, based on the "Oilfield Services/Equipment" industry beta per NYU Stern research, as of January 2020

- Debt beta of 0.3 per FSG guidance for HY companies

- Target leverage of 70%, roughly in line with the median of the comparable companies

- Cost of debt sourced from Citi's Energy Service Index (May 1, 2020). The WACC analysis shown here assumes a credit rating of CCC in line with peers leveraged at approximately 70%

- No PRP assumed given offshore assets with majority assets operating in developed economies

- No inflation differential as all report in USD with majority of revenues, costs and investments made in USD

- For WACC, Valaris effective marginal tax rate of 24.5% is based on geographic operational mix, with 2019 revenues as a proxy
  - Valaris is a UK-domiciled company, subject to tax of the jurisdiction in which an asset is operating
  - Corporate tax rates were based on Deloitte 2019 corporate tax estimates

- Ensco's WACC has risen from ~10.6% in March 2019 to ~14.0% due to the significant rise in credit spreads for offshore drilling borrowers, from 7.0% to 14.9%
  - This change properly reflects the increased concern in the credit markets regarding the viability of high-yield offshore energy issuers, concerns regarding liquidity of Valaris (average yield of >100%) and its peers, and a historically weak oil price environment

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000498

# DCF - Base Case

**Valaris**

| 5-Year DCF Analysis ($MM) | \multicolumn Year Ended December 31, | | | | | | | | | | | '19-'25 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | |
| Total Revenue | $3,934.4 | $2,571.4 | $1,843.0 | $1,705.4 | $2,229.7 | $1,397.0 | $1,410.4 | $1,762.1 | $1,916.9 | $2,228.4 | $2,494.7 | 1.6% |
| Contract Drilling Expense | (1,869.6) | (1,301.0) | (1,189.5) | (1,319.4) | (1,936.8) | (1,432.7) | (1,369.8) | (1,519.8) | (1,588.2) | (1,755.6) | (1,886.3) | |
| SG&A | (78.2) | (61.2) | (116.6) | (61.1) | (100.9) | (87.0) | (88.9) | (91.0) | (93.1) | (95.2) | (97.4) | |
| Adjusted EBITDA | $1,986.6 | $1,209.2 | $536.9 | $324.9 | $192.0 | ($122.8) | ($48.3) | $151.3 | $235.6 | $377.6 | $511.0 | 15.0% |
| Margin % | 50.5% | 47.0% | 29.1% | 19.1% | 8.6% | -8.8% | -3.4% | 8.6% | 12.3% | 16.9% | 20.5% | |
| Depreciation & Amortization | (572.5) | (445.3) | (444.8) | (478.9) | (609.7) | (671.6) | (617.0) | (620.0) | (611.0) | (606.0) | (608.0) | |
| Adjusted EBIT | $1,414.1 | $763.9 | $92.1 | ($154.0) | ($417.7) | ($794.4) | ($665.3) | ($468.7) | ($375.4) | ($228.4) | ($97.0) | NM |
| Margin % | 35.9% | 29.7% | 5.0% | -9.0% | -18.7% | -56.9% | -47.2% | -26.6% | -19.6% | -10.2% | -3.9% | |
| Cash Taxes @ 24.1% | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Unlevered Net Income | | | | | | ($794.4) | ($665.3) | ($468.7) | ($375.4) | ($228.4) | ($97.0) | NM |
| Margin % | | | | | | -56.9% | -47.2% | -26.6% | -19.6% | -10.2% | -3.9% | |
| Depreciation & Amortization | | | | | | 671.6 | 617.0 | 620.0 | 611.0 | 606.0 | 608.0 | |
| Change in Net Working Capital | | | | | | 48.9 | (13.6) | (85.2) | (37.2) | (70.3) | (61.9) | |
| Capital Expenditures | | | | | | (137.0) | (143.0) | (326.0) | (127.0) | (140.0) | (159.0) | |
| Reactivation Costs | | | | | | 0.0 | 0.0 | 0.0 | (90.0) | (300.0) | 0.0 | |
| Restructuring Costs | | | | | | (70.0) | (21.0) | (9.0) | 0.0 | 0.0 | 0.0 | |
| Asset Sales | | | | | | 42.0 | 0.0 | 1.0 | 0.0 | 1.0 | 0.0 | |
| Other | | | | | | (25.0) | 10.0 | (7.0) | (12.0) | (9.0) | (5.0) | |
| Unlevered Free Cash Flow | | | | | | ($263.9) | ($216.0) | ($274.9) | ($30.5) | ($140.7) | $285.1 | |

**Terminal Value - EBITDA Multiple Method**

| | | |
|---|---|---|
| Terminal Forward EBITDA (2026) | $638.5 | |
| Forward EBITDA Multiple | 6.6x | |
| Terminal Value in 2025 | $4,218.9 | |
| PV of 2020-2025 Cash Flows | ($575.8) | -35.5% |
| PV of Terminal Value | 2,196.8 | 135.5% |
| Cash Adjustments[1] | 0.0 | 0.0% |
| Enterprise Value | $1,621.0 | 100.0% |
| EV / 2023P EBITDA | 6.9x | |

**Enterprise Value**

| Discount Rate | Terminal Forward EBITDA Multiple | | | | |
|---|---|---|---|---|---|
| | 5.6x | 6.1x | 6.6x | 7.1x | 7.6x |
| 13.2% | $1,364.3 | $1,537.2 | $1,710.2 | $1,883.1 | $2,056.1 |
| 13.7% | 1,325.9 | 1,495.5 | 1,665.0 | 1,834.6 | 2,004.1 |
| 14.2% | 1,288.5 | 1,454.7 | 1,621.0 | 1,787.2 | 1,953.4 |
| 14.7% | 1,252.0 | 1,415.0 | 1,578.0 | 1,741.0 | 1,904.0 |
| 15.2% | 1,216.4 | 1,376.2 | 1,536.0 | 1,695.9 | 1,855.7 |

1. Cash Adjustments calculated as $184.9MM cash on hand less assumed appropriate minimum operating cash balance (35% sales), if amount is greater than zero.

ADVISORS'-EYES ONLY

CITI_DIP_0000499

**Valaris**

| 5-Year DCF Analysis ($MM) | 2015 | 2016 | 2017 | 2018 | 2019 | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | '19-'25 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $3,934.4 | $2,571.4 | $1,843.0 | $1,705.4 | $2,229.7 | $1,345.9 | $1,028.8 | $1,323.1 | $1,624.9 | $1,740.1 | $1,820.7 | (2.9%) |
| Contract Drilling Expense | (1,869.6) | (1,301.0) | (1,189.5) | (1,319.4) | (1,936.8) | (1,411.8) | (1,109.6) | (1,198.0) | (1,354.2) | (1,402.7) | (1,429.9) | |
| SG&A | (78.2) | (61.2) | (116.6) | (61.1) | (100.9) | (87.0) | (88.9) | (91.0) | (93.1) | (95.2) | (97.4) | |
| **Adjusted EBITDA** | $1,986.6 | $1,209.2 | $536.9 | $324.9 | $192.0 | ($152.9) | ($169.7) | $34.1 | $177.6 | $242.2 | $293.4 | 6.2% |
| Margin % | 50.5% | 47.0% | 29.1% | 19.1% | 8.6% | -11.4% | -16.5% | 2.6% | 10.9% | 13.9% | 16.1% | |
| Depreciation & Amortization | (572.5) | (445.3) | (444.8) | (478.9) | (609.7) | (671.6) | (617.0) | (620.0) | (611.0) | (606.0) | (608.0) | |
| **Adjusted EBIT** | $1,414.1 | $763.9 | $92.1 | ($154.0) | ($417.7) | ($824.5) | ($786.7) | ($585.9) | ($433.4) | ($363.8) | ($314.6) | NM |
| Margin % | 35.9% | 29.7% | 5.0% | -9.0% | -18.7% | -61.3% | -76.5% | -44.3% | -26.7% | -20.9% | -17.3% | |
| Cash Taxes @ 24.1% | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| **Unlevered Net Income** | | | | | | ($824.5) | ($786.7) | ($585.9) | ($433.4) | ($363.8) | ($314.6) | NM |
| Margin % | | | | | | -61.3% | -76.5% | -44.3% | -26.7% | -20.9% | -17.3% | |
| Depreciation & Amortization | | | | | | 671.6 | 617.0 | 620.0 | 611.0 | 606.0 | 608.0 | |
| Change in Net Working Capital | | | | | | 61.4 | 64.3 | (73.3) | (65.3) | (26.6) | (19.6) | |
| Capital Expenditures | | | | | | (119.0) | (106.7) | (89.5) | (111.5) | (112.0) | (127.2) | |
| Reactivation Costs | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Restructuring Costs | | | | | | (70.0) | (21.0) | (9.0) | 0.0 | 0.0 | 0.0 | |
| Asset Sales | | | | | | 42.0 | 0.0 | 1.0 | 0.0 | 1.0 | 0.0 | |
| Other | | | | | | (25.0) | 10.0 | (7.0) | (12.0) | (9.0) | (5.0) | |
| **Unlevered Free Cash Flow** | | | | | | ($263.5) | ($223.2) | ($143.7) | ($11.1) | $95.6 | $141.6 | |

| Terminal Value - EBITDA Multiple Method | | |
|---|---|---|
| Terminal Forward EBITDA (2026) | $374.7 | |
| Forward EBITDA Multiple | 6.6x | |
| **Terminal Value in 2025** | $2,475.8 | |
| | | |
| PV of 2020-2025 Cash Flows | ($389.3) | -43.3% |
| PV of Terminal Value | 1,289.1 | 143.3% |
| Cash Adjustments[1] | 0.0 | 0.0% |
| **Enterprise Value** | $899.8 | 100.0% |
| | | |
| EV / 2023P EBITDA | 5.1x | |

**Enterprise Value**

| Discount Rate | Terminal Forward EBITDA Multiple | | | | |
|---|---|---|---|---|---|
| | 5.6x | 6.1x | 6.6x | 7.1x | 7.6x |
| 13.2% | $751.7 | $853.2 | $954.7 | $1,056.2 | $1,157.7 |
| 13.7% | 728.0 | 827.5 | 926.9 | 1,026.4 | 1,125.9 |
| 14.2% | 704.7 | 802.3 | 899.8 | 997.4 | 1,094.9 |
| 14.7% | 682.1 | 777.7 | 873.4 | 969.0 | 1,064.7 |
| 15.2% | 660.0 | 753.8 | 847.6 | 941.3 | 1,035.1 |

1. Cash Adjustments calculated as $184.9MM cash on hand less assumed appropriate minimum operating cash balance (35% sales), if amount is greater than zero.

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000500

# DCF – Risk of Loss Case

| Valaris | | | | | | Year Ended December 31, | | | | | | '19-'25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-Year DCF Analysis ($MM) | 2015 | 2016 | 2017 | 2018 | 2019 | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | CAGR |
| Total Revenue | $3,934.4 | $2,571.4 | $1,843.0 | $1,705.4 | $2,229.7 | $1,294.0 | $965.1 | $1,113.8 | $1,261.9 | $1,475.2 | $1,592.3 | (4.7%) |
| Contract Drilling Expense | (1,869.6) | (1,301.0) | (1,189.5) | (1,319.4) | (1,936.8) | (1,344.2) | (1,039.5) | (1,047.1) | (1,102.4) | (1,228.8) | (1,286.3) | |
| SG&A | (78.2) | (61.2) | (116.6) | (61.1) | (100.9) | (87.0) | (88.9) | (91.0) | (93.1) | (95.2) | (97.4) | |
| Adjusted EBITDA | $1,986.6 | $1,209.2 | $536.9 | $324.9 | $192.0 | ($137.2) | ($163.4) | ($24.4) | $66.4 | $151.2 | $208.6 | 1.2% |
| Margin % | 50.5% | 47.0% | 29.1% | 19.1% | 8.6% | -10.6% | -16.9% | -2.2% | 5.3% | 10.2% | 13.1% | |
| Depreciation & Amortization | (572.5) | (445.3) | (444.8) | (478.9) | (609.7) | (671.6) | (617.0) | (620.0) | (611.0) | (606.0) | (608.0) | |
| Adjusted EBIT | $1,414.1 | $763.9 | $92.1 | ($154.0) | ($417.7) | ($808.8) | ($780.4) | ($644.4) | ($544.6) | ($454.8) | ($399.4) | NM |
| Margin % | 35.9% | 29.7% | 5.0% | -9.0% | -18.7% | -62.5% | -80.9% | -57.9% | -43.2% | -30.8% | -25.1% | |
| Cash Taxes @ 24.1% | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Unlevered Net Income | | | | | | ($808.8) | ($780.4) | ($644.4) | ($544.6) | ($454.8) | ($399.4) | NM |
| Margin % | | | | | | -62.5% | -80.9% | -57.9% | -43.2% | -30.8% | -25.1% | |
| Depreciation & Amortization | | | | | | 671.6 | 617.0 | 620.0 | 611.0 | 606.0 | 608.0 | |
| Change in Net Working Capital | | | | | | 67.1 | 66.8 | (42.6) | (35.3) | (43.7) | (25.8) | |
| Capital Expenditures | | | | | | (119.0) | (106.7) | (89.5) | (111.5) | (112.0) | (127.2) | |
| Reactivation Costs | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Restructuring Costs | | | | | | (70.0) | (21.0) | (9.0) | 0.0 | 0.0 | 0.0 | |
| Asset Sales | | | | | | 42.0 | 0.0 | 1.0 | 0.0 | 1.0 | 0.0 | |
| Other | | | | | | (25.0) | 10.0 | (7.0) | (12.0) | (9.0) | (5.0) | |
| Unlevered Free Cash Flow | | | | | | ($242.1) | ($214.3) | ($171.5) | ($92.4) | ($12.5) | $50.6 | |

| Terminal Value - EBITDA Multiple Method | | | | Discount | | | Enterprise Value | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Terminal Forward EBITDA (2026) | $279.5 | | | Discount | | | Terminal Forward EBITDA Multiple | | | |
| Forward EBITDA Multiple | 6.6x | | | Rate | 5.6x | 6.1x | 6.6x | 7.1x | 7.6x | |
| Terminal Value in 2025 | $1,847.1 | | | 13.2% | $280.6 | $356.3 | $432.0 | $507.7 | $583.5 | |
| | | | | 13.7% | 264.9 | 339.2 | 413.4 | 487.6 | 561.9 | |
| PV of 2020-2025 Cash Flows | ($566.5) | -143.3% | | 14.2% | 249.7 | 322.5 | 395.2 | 468.0 | 540.8 | |
| PV of Terminal Value | 961.7 | 243.3% | | 14.7% | 234.8 | 306.2 | 377.5 | 448.9 | 520.3 | |
| Cash Adjustments[1] | 0.0 | 0.0% | | 15.2% | 220.3 | 290.3 | 360.3 | 430.3 | 500.2 | |
| Enterprise Value | $395.2 | 100.0% | | | | | | | | |
| EV / 2023P EBITDA | 5.9x | | | | | | | | | |

1. Cash Adjustments calculated as $184.9MM cash on hand less assumed appropriate minimum operating cash balance (35% sales), if amount is greater than zero.

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000501

# Preliminary Cash Preservation Business Plan Assumptions

## *Cash Preservation: Base*

### DAYS WORKING

| Total Days | Q4'20 | Q4'21 | Q4'22 | Q4'23 | Q4'24 | Q4'25 |
|---|---|---|---|---|---|---|
| Floaters | 460 | 424 | 410 | 457 | 469 | 653 |
| DS | 368 | 314 | 332 | 379 | 390 | 497 |
| 8500 | 92 | 20 | – | – | – | – |
| Modern Semi | – | 90 | 78 | 78 | 78 | 156 |
| Legacy Semi | – | – | – | – | – | – |
| Jackups | 1,797 | 1,452 | 1,287 | 1,288 | 1,740 | 2,105 |
| HDUHE | 459 | 273 | 314 | 372 | 473 | 499 |
| HDHE | 276 | 275 | 275 | 322 | 416 | 416 |
| HDM | 366 | 445 | 342 | 333 | 507 | 673 |
| SDM | 337 | 183 | 181 | 178 | 261 | 433 |
| SDL | 359 | 276 | 176 | 83 | 83 | 83 |

### REVENUE

| Revenue | Q4'20 | Q4'21 | Q4'22 | Q4'23 | Q4'24 | Q4'25 |
|---|---|---|---|---|---|---|
| Floaters | 65 | 65 | 69 | 82 | 103 | 155 |
| DS | 59 | 47 | 53 | 66 | 88 | 124 |
| 8500 | 7 | 1 | – | – | – | – |
| Modern Semi | – | 17 | 16 | 16 | 16 | 31 |
| Legacy Semi | – | – | – | – | – | – |
| Jackups | 142 | 118 | 110 | 133 | 193 | 243 |
| HDUHE | 52 | 31 | 38 | 56 | 73 | 85 |
| HDHE | 23 | 23 | 24 | 31 | 45 | 49 |
| HDM | 24 | 32 | 23 | 26 | 46 | 65 |
| SDM | 20 | 13 | 13 | 13 | 21 | 37 |
| SDL | 22 | 19 | 12 | 7 | 7 | 7 |

### IMPLIED W.A. DAY RATES

| Implied WA Day Rates | Q4'20 | Q4'21 | Q4'22 | Q4'23 | Q4'24 | Q4'25 |
|---|---|---|---|---|---|---|
| Floaters | 142 | 154 | 168 | 179 | 221 | 238 |
| DS | 160 | 150 | 160 | 175 | 225 | 250 |
| 8500 | 73 | 59 | – | – | – | – |
| Modern Semi | – | 190 | 200 | 200 | 200 | 200 |
| Legacy Semi | – | – | – | – | – | – |
| Jackups | 79 | 81 | 86 | 103 | 111 | 115 |
| HDUHE | 114 | 115 | 121 | 151 | 155 | 170 |
| HDHE | 84 | 84 | 88 | 96 | 107 | 117 |
| HDM | 65 | 72 | 67 | 78 | 91 | 97 |
| SDM | 61 | 70 | 73 | 75 | 81 | 86 |
| SDL | 62 | 68 | 69 | 80 | 90 | 90 |

**Cash Preservation vs Base Case**

- The Cash Preservation Case was created in an effort to evaluate a financeable business plan that mitigates cash burn in the next five years, while preserving optionality and upside in the event of material day rate improvement

  – As a result of the changes, the Company burns $453M less in the projection period through 2025, with cash troughing earlier and at a lower level

- Key changes to the business plan include:

  – Scrapping of eleven additional rigs

  – No additional milestone payments on the DS-13 and DS-14

  – Additional marketed / utilized 7th generation drillship

    - One additional working drillship illustratively reflected as DS-7

    - Additional contracting assumption based on historical utilization of high-specification drillships and marketing given fewer stacked rigs and more resources devoted to remaining 7th generation drillship fleet

- Despite the increased scrapping, the Company maintains optionality to the upside under the Cash Preservation Case with 8 7th generation drillships remaining in the fleet, including two preservation stacked rigs available for future reactivation

38

ADVISORS'-EYES ONLY

citi

*($ in millions)*

| Cash Preservation Case, Base | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Floater | $370 | $318 | $290 | $319 | $403 | $573 |
| Jack-Up | 646 | 532 | 459 | 529 | 753 | 952 |
| ARO | 85 | 82 | 72 | 70 | 74 | 57 |
| Managed Rig | 67 | 62 | 77 | 78 | 78 | 78 |
| **Rig Revenue** | **$1,168** | **$994** | **$899** | **$996** | **$1,308** | **$1,660** |
| Reimbursable Revenue | 173 | 45 | 31 | 35 | 48 | 71 |
| Other Revenue | 32 | 29 | 4 | 0 | 0 | 0 |
| **Total Revenue** | **$1,373** | **$1,067** | **$934** | **$1,031** | **$1,355** | **$1,730** |
| Rig Opex | (1,076) | (701) | (637) | (621) | (699) | (817) |
| Preservation Costs | (32) | (6) | – | – | – | – |
| Reactivation Costs | (6) | (10) | – | (38) | (63) | (56) |
| Other Opex | (131) | (60) | (29) | (24) | (32) | (48) |
| **Total Rig-Based Opex** | **($1,245)** | **($776)** | **($665)** | **($683)** | **($793)** | **($921)** |
| *GM %* | *9%* | *27%* | *29%* | *34%* | *41%* | *47%* |
| G&A | (267) | (175) | (165) | (168) | (190) | (230) |
| **EBITDA** | **($139)** | **$116** | **$103** | **$180** | **$372** | **$579** |
| Adjustments | 18 | (1) | 0 | 0 | – | – |
| DS-8 Insurance Recovery | 118 | – | – | – | – | – |
| **Adjusted EBITDA** | **($2)** | **$115** | **$103** | **$180** | **$372** | **$579** |
| (+) Proceeds from Retirements | 42 | 1 | 1 | – | 1 | – |
| (+) WC Changes | (60) | (30) | (5) | 1 | 6 | (110) |
| (+) Reimbursed Capex | 11 | – | – | – | – | – |
| (+) ARO Cash Interest | 18 | 18 | 18 | 18 | 18 | 18 |
| (+) SBC | 20 | 19 | 20 | 20 | 20 | 20 |
| (-) DS-13 Int. | (9) | (2) | (9) | – | – | – |
| (-) Maint. Capex | (44) | (42) | (42) | (41) | (48) | (55) |
| (-) Special Surveys | (56) | (63) | (32) | (95) | (92) | (49) |
| (-) Newbuild Costs | – | – | – | – | – | – |
| (-) Cash Taxes | (57) | (43) | (48) | (55) | (73) | (100) |
| (-) Tax Penalties | – | 18 | 21 | – | – | – |
| (-) RX Fees | (84) | (142) | – | – | – | – |
| (-) Transaction Costs | (37) | (1) | – | – | – | – |
| (+) Impress Inventory | 20 | 20 | – | – | – | – |
| (+/-) Insurance Timing | (13) | 9 | – | – | – | – |
| (+/-) R&I Timing | (4) | 4 | – | – | – | – |
| (-) Inpex Adjustment | (9) | 9 | – | – | – | – |
| (-) Costs for RX Savings | (58) | (4) | – | – | – | – |
| (-) Pension | (28) | (21) | (29) | (41) | (32) | (25) |
| (-) Al Rashaid Settlement | (28) | – | – | – | – | – |
| **ULFCF** | **($378)** | **($135)** | **($2)** | **($13)** | **$173** | **$279** |

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000503

Primary assumption of the forecasts is standard execution of the contracted backlog per latest fleet report (April 2020) through all the cases. We incorporate the IRM Offshore dayrate curve for the uncontracted portion in all the Cases. Sensitivities include revenue efficiency and timing of restart

| | Base Case | Downside Case | Risk of Loss Case |
|---|---|---|---|
| Contracted [Firm / Options] | Continues to perform on contracted basis, with minimal sensitivities applied as majority of the contracted drillships/jackups are now at market dayrates ($150-200k/day) and not the 2014/15 rates of $400k/day+ and thus have limited risk of being repriced, additionally the majority of the contracts are with large highly rated E&P majors Total, BP, and Saudi Aramco. We assume options are not exercised given the market uncertainties. Current contract information is sourced from the 04/26/2020 fleet status report | | |
| Un-contracted [or Options] | Valaris has identified ~21 off-contract rigs to be scrapped in the near-term. We have assumed high quality modern rigs, measured through the CIRA CCI scores and age of construction, to find new and meaningful contract as the cycle recovery takes place through 2024-25. All rigs that come off-contract in 2020-2021 are hot stacked for 6 months until the next contract is available | Rigs scheduled to come off-contract in 2020-21 see a 12-month delay in finding its next project. In addition to the already planned rig reductions, Valaris also scraps higher quality rigs that have been cold stacked long enough that it is not economically viable to re-start. | Rigs scheduled to come off-contract in 2020-21 see a 12-month delay in finding its next project. As in the Downside Case, all vessels currently cold stacked are eventually retired. Additionally, lower quality rigs coming off contract in the next 2 years are cold stacked and eventually scrapped as well as the market continues to suffer from a supply-demand imbalance. |
| Dayrates | Same for all cases. We are relying on the basic IRM framework (explained in the Industry section). The extrapolation into specific asset is based on the historical differentials seen in the Morgan Stanley reports in 2016-18. We note that current dayrates for the 6G and Jackups continue to average $150-200k/day and $65-95k/day, respectively. Our dayrate assumptions are inline with this slow recovery in rates, dayrate recovery for floaters and JUs are assumed to climb to $370k / $125k as utilization levels increase (continuing decline in marketable fleet as long stacked MODUs become old and obsolete coupled with exorbitant costs for reactivation) | | |
| Utilization / revenue days active as a proportion of total days | Revenue efficiency assumed to be 97% in the Base Case – which is slightly below 2019 performance and below peak quarterly and annual efficiency of 100% and 99%, respectively. Valaris has evidenced strong uptime in the past and we assume will be able to maintain at the same level in the future | Utilization of the contracted rig assumed at 80% vs. 90% in Base Case for 2020-2022, then 85% through 2026. Uptime is assumed to be 95% as a sensitivity to the Base Case. Uptime has a high sensitivity to revenues and ability to maintain client relations, thus our sensitivity is adequate given long term historical uptime has been of ~98-99% | Utilization of the contracted rig assumed at 70% vs. 90% in Base Case for 2020-2023, then 80% through 2026. Uptime is assumed to be 94% as a sensitivity to the Base Case. Uptime has a high sensitivity to revenues and ability to maintain client relations, thus our sensitivity is adequate given long term historical uptime has been of ~98-99% |
| Operating Expenditures ("OpEx"): | Broadly in line with reported historical levels, we assume OpEx of the drillships and jackups rigs to be ~$140k/day and ~$55k/day, respectively, plus annual U.S. inflation per IMF forecasts. SG&A costs as a % of revenue peak in the near-term as revenue decline, then fall back towards normalized levels. Shore costs are assumed to be ~$7.5MM per rig plus annual inflation, based on management commentary regarding its ARO fleet | | |
| Stack Costs | Warm / Cold stack costs of $40k/day / $10k/day for drillships ands $20k/$5k for jackups in line with industry and Management guidance for floaters. Note that stacking can be done at much cheaper dayrate levels by clubbing pool of assets and moving them to more salubrious climes, but we do not account for this upside in our projections | | |
| Reactivation Costs | Assumed to be on average $50MM per drillship and $15MM per JU after one year and $75MM and $30MM if stacking is greater than a year. Restart costs are highly dependent on technical requirement specifics and quality of warm/cold stack as well as the SPS classification certification required. E.g., Ensco in 2017 reactivated a (1yr+) preserve stack rig DS-4 with $28MM of expenses and $15MM in capital upgrades. On the higher end, Diamond Offshore in 2018 reactivated and retooled the victory class semi-sub, Endeavor (cold stacked since 3Q 2016), for a $200MM+ project spread over 2-years which includes spares, testing, demobilization and SPS. We assume this will be accounted for as a Capital Expenditure rather than an operating expense | | |
| Capital Expenditures | Maintenance CapEx is calculated based on management guidance in the Base Case and on an implied per active rig basis for the Downside and Risk of Loss cases. Valaris has 2 rigs under construction at this time, due in 2022 and 2023, although the 2023 is assumed by management to be cancelled. We have assumed the 2022 delivery is cancelled in the Downside and Risk of Loss cases. | | |
| Market Data | WACC assumed at 14%, which is higher by ~350 bps from the March 2019 valuation due to credit yields widening for OFS companies from ~10% to ~15%. The trading range of large offshore drillers through the last three years have trended higher with the markets supporting asset values despite material declines in NTM EBITDA. The recent three years have added a lot of noise to the trading multiples, given i) expectation of recovery and depressed EBITDAs ii) M&A action and iii) large moves on the oil market. The average trading multiples from 2004 to 2016 (12-years excluding recent period) stands at 6.6x as against the 7.7x seen in the recent 10-year period. Additionally using a 15-year data set and stripping out FY18-20 multiples, the average of the comps remains 6.6x, which is the figure we used in our Terminal Multiple calculation | | |

ADVISORS'-EYES ONLY

**Still Too Many Rigs**



**IRM Assumption Notes**

- Even on bullish case the total additional floater requirement could be up to 60 new deployment through 2020-26e vs. 100+ of supply (including new builds). Midpoint new additions through the next five years are ~30 new rig placements
- Similarly for Jackups – additional mid-point requirement of 90-100 new JUs to be contracted vs. ~150 new build placements
- Positively, many of the large drillers have shown good capital discipline by cancelling new build orders through 2018-19 (VAL, RIG and SDRL earlier)
- Note we apply the dayrates to the uncontracted portion of the forecast. The dayrate assumptions are an amalgamation of research reports (including CIRA) and IRM adjustments to reflect the protracted nature of recovery and the wide misses to forecasts / guidance registered by both Offshore drilling companies and Equity research. Our 2020P rates are in-line with current recorded dayrates for specific asset classes and increase to cycle averages by 2023-24P as more FIDs get sanctioned and given the time period, the overcapacity in the MODU fleet dissipates (scrapping, inability to market, technical obsolescence etc.)
- Shallow water assets over the last two years have fared better given the lower initial investments and quicker discovery to extraction timelines. Almost all projects over the last 3-5years have registered significant costs savings with structural changes in the per barrel cost of offshore barrel. With that in mind, our Jackup rate discount to industry estimates is around the 10% vs. Floater dayrate discounts of up to 32%. That being said, there are several high quality rigs with long-standing relationship with client and field knowledge which can enable much higher rates vs. averages and our forecasts do build on that wherever possible
- Aside from very select transactions in the market, the broad range of rates in the floater market continues to be in the $150-200k/day for 2019-20e contracts and this situation will only improve as Tier-1 & 2 floater assets are locked along top long-term contracts forcing new contracts to be signed at significantly higher rates or trading down the Tier
- The current supply-demand picture for MODUs appears challenging with oil demand in a recessionary environment coupled with Covid-19 outages suggestive of extremely limited contracting activity in 2020 except for those already sanctioned for lucrative long-tail assets8.25

**IRM Dayrate Forecasts ($ k/day)**

| Dayrate Summary ($k/day) | 2017A | 2018A | 2019A | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | 2026P |
|---|---|---|---|---|---|---|---|---|---|---|
| **Floaters** | | | | | | | | | | |
| 7G | 176 | 173 | 185 | 210 | 200 | 235 | 265 | 290 | 315 | 340 |
| 6G | 155 | 156 | 170 | 190 | 180 | 215 | 240 | 265 | 290 | 310 |
| 5G | 134 | 139 | 150 | 150 | 135 | 175 | 175 | 175 | 180 | 195 |
| **Jackups** | | | | | | | | | | |
| Standard Jackup | 57 | 57 | 60 | 60 | 55 | 60 | 70 | 70 | 70 | 75 |
| High Spec Jackup | 77 | 77 | 80 | 80 | 75 | 90 | 95 | 105 | 110 | 120 |

Forecasts for floaters on average 20% below industry and 10% below for Jackups. Industry continues to factor a multi-year step function jump in rates to arrive at long-term averages

**Industry Forecast Snapshot and Variation to IRM**

| | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| **Transocean Sep 2019 Dayrates** | | | | | |
| 7G/6G Dual BOP | 180 | 275 | 350 | 400 | 420 |
| 7G/6G Dual Activity | 180 | 275 | 350 | 400 | 420 |
| 6G Standard | 160 | 265 | 325 | 375 | 375 |
| 5G Dual Activity | 150 | 245 | 300 | 350 | 350 |
| 5G Standard | 125 | 195 | 285 | 285 | 285 |
| Deepwater | 160 | 220 | 250 | 250 | 250 |
| HSHE Semis | 375 | 420 | 475 | 503 | 434 |
| HE Semi | 245 | 300 | 330 | 345 | 295 |
| Midwater | 150 | 170 | 200 | 200 | 200 |
| **Seadrill Oct 2019 Dayrates** | | | | | |
| Floater BE | 190 | 230 | 275 | 350 | 400 |
| Floater HE | 203 | 240 | 275 | 450 | 500 |
| Jackup BE | 83 | 90 | 100 | 105 | 115 |
| Jackup HE | 200 | 209 | 226 | 246 | 246 |
| **Other Dayrates** | | | | | |
| JPM Floaters 2Q 2019 | 150 | 175 | 210 | 300 | 350 |
| QGOG Constellation BR Floaters Jan 2019 | 175 | 230 | 260 | 280 | 340 |
| Clarksons 2Q19 Mid Floaters | 170 | 225 | 280 | 335 | 350 |
| Valaris Nov 2019 Floaters | 90 | 181 | 200 | 263 | 297 |
| Valaris Nov 2019 Jackups | 70 | 96 | 106 | 121 | 125 |
| Morgan Stanley 6G+ Dec 2019 | 213 | 288 | 325 | 375 | 400 |
| Morgan Stanley Pre 6G+ Dec 2019 | 153 | 193 | 213 | 225 | 250 |
| MS Standard JU [Old >20yrs age] | 55 | 60 | 65 | 70 | 70 |
| MS Premium JU | 70 | 85 | 100 | 120 | 120 |
| MS Hi Spec JU | 90 | 110 | 125 | 150 | 150 |
| **Averages in Model Format** | | | | | |
| **Floaters** | | | | | |
| 7G | 194 | 270 | 325 | 406 | 435 |
| 6G | 165 | 220 | 256 | 302 | 331 |
| 5G | 142 | 193 | 246 | 275 | 283 |
| Standard Jackup | 69 | 82 | 90 | 99 | 103 |
| Premium Jackup / HiSpec | 80 | 98 | 113 | 135 | 135 |
| Jackup Harsh Enviroment / Hi Spec | 124 | 136 | 150 | 167 | 170 |
| **Current Dayrates Assumptions vs. Industry Forecast Avg.** | | | | | |
| 7G | (4.6%) | (22.1%) | (32.3%) | (32.3%) | (24.1%) |
| 6G | 2.8% | (13.5%) | (21.9%) | (17.3%) | (9.3%) |
| 5G | 5.9% | (17.0%) | (28.9%) | (27.1%) | (20.5%) |
| Standard Jackup | (6.2%) | (8.5%) | (11.4%) | (8.8%) | (3.2%) |
| High Spec Jackup | 0.0% | (7.7%) | (6.7%) | (18.5%) | (7.4%) |

ADVISORS'-EYES ONLY

**citi**

CITI_DIP_0000505

# IRM Assumptions – Macros and Mendoza

In order to determine which MODUs come back online / are viable for restarts and re-contracting in the recovery phase of the offshore drilling market, we have utilized CIRA's proprietary CCI score methodology

## Notes

- Transocean, Diamond, Valaris, Noble, Seadrill Group, Odjfell, Saipem, Vantage, Maersk and Borr own around 3/4th of the contracted offshore drilling rigs, the remaining rigs are owned by small / independent (<10 rigs) operators. The fragmentation of the industry has materially declined through 2014 given three large M&A (RIG+Songa, RIG+ORIG, ESV+RDC)
- Dayrate recovery, utilization and the absolute number of rigs which are reactivated or scrapped are co-dependent of each other. For e.g., scrapping of technically adequate but stacked rigs by the main operators will have a positive impact on rates and conversely reactivating rigs earlier than demand uptick can lead to more protracted recovery in rates
- We believe the critical success factors for OFS Driller Cos continues to be a) asset type (age and yard build) b) utilization and dayrates c) backlog d) newbuild, restart capex e) relationship with international E&P majors f) regional diversity and g) liquidity
- For determining which rigs have the highest probability of getting new contracts during the estimated 2020-26P upcycle, we utilize the Mendoza curve established through the **Citi Complexity Index (CCI)**
    - **CCI** is calculated by CIRA regressing historical dayrates generated by each rig the based on various factors that outline below in the table. For the Mendoza Line, the intersection of the supply curve with demand highlights the threshold below which an Offshore Driller is increasingly challenged to justify a rig's existence in its fleet. Ultimately, CIRA's analysis indicates which rigs are most likely to work and which face more competition for a very limited set of opportunities
    - This does not imply that rigs above the watermark don't get work and have to be scrapped, but the justification for deploying is greater and probability of contracting lower. Similarly, not all rigs below the mark will be automatically deployed, rate, tenure and potential investment negotiations will form a large part of the equation

**Floaters**



**Jackups**



### Key Variations Noted through 2018

- The total floater demand is expected to remain flattish around the 130-140 rigs mark in 2019/20P given current state of contracting
- New deployment through 2020P not as bullish as previously expected
- Rigs on the right of the Mendoza line finding short-term work and competing on rates
- Management noting new requirements for technical qualification and subsequently reinvesting in assets to compete effectively

Source: The Offshore Driller Mendoza Line How to Assess Rig Quality in Potential, Citi Research, March 2017

ADVISORS'-EYES ONLY



CITI_DIP_0000506



## Standard

*Currency*   USD ▼

### Debt Calculation

**Senior Debt**

| | |
|---|---|
| RCF (drawn + undrawn commitment) | 500.0 |
| TLA | |
| TLB | |
| Senior Notes | |
| Other | |
| **Total Senior Committed Facilities** | 500.0 |

**Subordinated Debt**

| | |
|---|---|
| Subordinated Debt | |
| Structurally Subordinted Debt | |
| Other | |
| **Total Subordinated Debt** | - |

| | |
|---|---|
| **Total Committed Facilities** | 500.0 |

### Adjusted EBITDA Calculation

| | |
|---|---|
| Net Income | |
| Interest Expense | |
| Income Taxes | |
| Depreciation | |
| Amortization | |
| **Unadjusted/Reported EBITDA** | |

| | |
|---|---|
| Non-Cash Charges | |
| Non-Recurring Adjustments | |
| Pro Forma Adjustments | |
| Synergies/Cost Savings (#4 on RAC Checklist) | |
| **NTM Base Case EBITDA** | 118.9 |

### Leverage Ratio Test

| | | Leverage Obligor |
|---|---|---|
| Senior Committed Facilities / EBITDA > 3.0x | 4.21 | |
| Total Committed Facilities / EBITDA > 4.0x | 4.21 | Y |

### Core Test

| | |
|---|---|
| Is the client a Term Loan B or High Yield Bond issuer? | Yes ▼ |
| Does the client have an underwriting commitment or bridge commitment from Citi? | No ▼ |
| Does the client have material private equity ownership? | No ▼ |

### Leverage Bucket

| Facility/GFRN | FRR | Leverage Tag |
|---|---|---|
| VAL DIP - GFRN TBD | 5 or Worse | Core |

Note that leveraged ratios are calculated based on forward Base Case EBITDA per guidance from Leveraged Lending Portfolio Head in April 2020.

43

ADVISORS'-EYES ONLY



CITI_DIP_0000507

## RAC Checklist / Direct Leveraged Lending - HIGH GRADE

| UNDERWRITING STANDARDS | | Check (On/Off) |
|---|---|---|
| **Repayment Capacity** | Base Case forecast demonstrates ability to repay at least 50% of total debt or 100% of senior secured debt in 5-7 years **OR** Adjusted TDRCR > 1. Not applicable to i) workouts/restructurings, ii) sectors characterized by "long lived assets" (e.g., utilities, towers), iii) obligors where financing terms are being improved | *Met* |
| **Sound Business Practices** | Extensive due diligence and financial analysis has been completed and reasonable Loan-to-Value appropriate to the industry and related cash flow characteristics has been reflected in structure and terms | *Met* |
| **If #1 OR 2 is NOT MET, facility is OFF-RAC** | | |
| **Leverage not > 6.0x** | Leverage does not exceed 6.0x (not applicable to Reg Power & Utilities sector) | *Met* |
| **Limitations on EBITDA Add-backs** | Cost savings and synergies addbacks in determining Adjusted EBITDA may not exceed 25% of Adjusted EBITDA and must be realized within 24 months from the date the underlying actions are taken | *Met* |
| **Meaningful Amortization** | Institutional Term Loan benefits from 1% amortization p.a. and Excess Cash Flow Sweep (not required for structures with required amortization of 25% or more within the first 5 years); TLAs with tenor > 3 year must amortize at least 20% prior to maturity | *Met* |
| **Debt/Enterprise Value** | Funded Debt/Enterprise Value not > 75%. To the extend the loan is part of a new LBO, cash equity NOT < 25% | *Met* |
| **Maximum Tenor** | RCF 5 years (6 years for Europe). Tenor not to exceed 6 years for non-institutional term loan (7 years for APAC and EMEA), 8 years for institutional term loan | *Met* |
| **Maximum Commitment Period for Underwritten Loans** | Not greater than 9 months with 6 month extension for regulatory approval and when greater than 7 months, escrow or full spread ticking fees | *Met* |
| **Meaningful Covenants** | A minimum of 1 maintenance covenant with cushion not greater than 35% when Funded Debt/EBITDA is greater than 4.0x | *Met* |
| **Equity Cure** | A provision in a facility agreement which permits the shareholders of the borrower to inject additional equity into the borrower to "cure" a financial covenant breach arising because of a shortfall in cashflow or, sometimes, EBITDA. To the extend the loan has equity cures, not more than 2 in any 4 consecutive fiscal quarters and not more than 5 over the life of the facility | *Met* |
| **Incremental facility** | "Free and Clear" baskets limited to one full turn of Adjusted EBITDA measured by reference to the last 4 consecutive fiscal quarters prior to the closing date. "Free and Clear" basket refers to a fixed dollar amount of incremental loans (accordions) permitted under the credit agreement without regard to a leverage ratio or similar | *Met* |
| **Limitation on Dilution, Sale or exchange of Collateral of cash flow producing assets without Lender consent** | Appropriately structured collateral package for secured loans and restriction on liens and fundamental changes (e.g., sale of assets, merger) for unsecured loans | *Met* |
| **Cross Payment Default or Cross Acceleration** | The credit agreement must include relevant language | *Met* |
| **Change of Control** | Repayment should be required upon a change of control. N/A for loans with FRR 4+ or better | *Met* |
| **Assignments** | Assignments permitted with Borrower consent not to be unreasonably withheld unless there is a payment default or bankruptcy in which case Borrower consent in not required | *Met* |
| **Or if more than 5 criterion is NOT MET from #3-15, facility is OFF-RAC** | | *0 Exceptions* |

| *Final RAC Conclusion* | ON-RAC |
|---|---|

| *Tranche Type* | RCF |
|---|---|

ADVISORS'-EYES ONLY

**citi**

CITI_DIP_0000508

**DRAFT** VALARIS PLC — Ratings Report

GFCID:1001704539  SIC Code:1381  Currency: USD-United States dollar  Analyst:TY51138-Tian Yu
GFPID:1001704539  SIC Name:DRILLING OIL AND GAS WELLS  Scaling:Millions (MM)  Date of Incorporation(MM/YYYY):01/1975
NAICS Code and Name:213111 - Drilling Oil and Gas Wells

Printed:17/06/2020 13:37  Country:GB-UNITED KINGDOM  Operating Country:US-UNITED STATES

| BALANCE SHEET ITEMS: | 03/2020 Historical | 03/2021 Forecast | Historical | Historical | Historical | INCOME/BALANCE | 03/2020 Historical | 03/2021 Forecast | Historical | Historical | Historical |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [Audited]/[Unaudited]---> | Unaudited | Unaudited | | | | Total Equity | 6292.900 | 11591.600 | 0.000 | 0.000 | 0.000 |
| Cash and Equivalents | 184.900 | 184.900 | 0.000 | 0.000 | 0.000 | CAT Total Liabilities and Equity | 14022.400 | 14022.400 | 0.000 | 0.000 | 0.000 |
| Financial Investments/Mktbl. Secs. | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Balance Sheet Check | 2.700 | 2.700 | 0.000 | 0.000 | 0.000 |
| Total Cash & ST Investments | 184.900 | 184.900 | 0.000 | 0.000 | 0.000 | | | | | | |
| Accounts Receivable | 493.200 | 493.200 | 0.000 | 0.000 | 0.000 | INCOME STATEMENT: | 03/2020 | 03/2021 | | | |
| Allowance for Doubtful Accounts | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Revenues | 2103.900 | 2103.900 | 0.000 | 0.000 | 0.000 |
| Total Receivables | 493.200 | 493.200 | 0.000 | 0.000 | 0.000 | Other Revenues | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Inventory | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Total Revenues | 2103.900 | 2103.900 | 0.000 | 0.000 | 0.000 |
| Prepaid Expense | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Cost of Goods Sold | 1949.400 | 1949.400 | 0.000 | 0.000 | 0.000 |
| Intercompany Current Assets | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Gross Profit | 154.500 | 154.500 | 0.000 | 0.000 | 0.000 |
| Current Deferred Tax Assets | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Selling General & Admin Expenses | 212.700 | 212.700 | 0.000 | 0.000 | 0.000 |
| Other Operating Current Assets | 427.500 | 427.500 | 0.000 | 0.000 | 0.000 | Rental Expense | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Other Non-Operating Current Assets | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | R&D Expense | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Total Current Assets | 1105.600 | 1105.600 | 0.000 | 0.000 | 0.000 | Depreciation | 649.200 | 649.200 | 0.000 | 0.000 | 0.000 |
| Gross Property, Plant & Equipment | 14461.900 | 14461.900 | 0.000 | 0.000 | 0.000 | Amortization | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Accumulated Depreciation | -2304.700 | -2304.700 | 0.000 | 0.000 | 0.000 | Other Operating Expense / (Income) | 18.900 | 18.900 | 0.000 | 0.000 | 0.000 |
| Net Property, Plant & Equipment | 12157.200 | 12157.200 | 0.000 | 0.000 | 0.000 | Other Op Expense/(Income) NonCash | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Capital Value of Finance Leases | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Other Operating Expenses, Total | 880.800 | 880.800 | 0.000 | 0.000 | 0.000 |
| Intercompany Non-Current Assets | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Operating Income | -726.300 | -726.300 | 0.000 | 0.000 | 0.000 |
| Goodwill & Other Intangibles | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Interest Expense | -460.500 | -27.500 | 0.000 | 0.000 | 0.000 |
| Non Current Deferred Tax Assets | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Interest Expense Of Finance Lease | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Other Operating Long-Term Assets | 187.000 | 187.000 | 0.000 | 0.000 | 0.000 | Interest Income | 29.400 | 0.000 | 0.000 | 0.000 | 0.000 |
| Other Non-Operating LT Assets | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Net Interest Expense | -431.100 | -27.500 | 0.000 | 0.000 | 0.000 |
| Equity & Other Investments | 575.300 | 575.300 | 0.000 | 0.000 | 0.000 | Currency Exchange Gain (Loss) | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| CAT Total Assets | 14025.100 | 14025.100 | 0.000 | 0.000 | 0.000 | Other Non-Operating Inc/Exp | 822.900 | 822.900 | 0.000 | 0.000 | 0.000 |
| Curr. Income Taxes Payable | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Income/(Loss) from Affiliates | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Dividends Payable | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | EBT Excl Unusual Items | -334.500 | 69.100 | 0.000 | 0.000 | 0.000 |
| Accts Payable & Accrued Expenses | 660.700 | 660.700 | 0.000 | 0.000 | 0.000 | Goodwill Writeoff | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Intercompany Current Liabilities | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Legal Settlements | 179.700 | 179.700 | 0.000 | 0.000 | 0.000 |
| Short-Term Borrowings | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Other Unusual Items | -2912.200 | -2912.200 | 0.000 | 0.000 | 0.000 |
| Current Portion of L.T. Debt | 224.500 | 525.000 | 0.000 | 0.000 | 0.000 | EBT Incl Unusual Items | -3067.000 | -2663.400 | 0.000 | 0.000 | 0.000 |
| Current Portion of Cap. Leases | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Income Tax Expense | 53.100 | 53.100 | 0.000 | 0.000 | 0.000 |
| Other Operating Current Liabs | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Minority Interest in Earnings | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Current Deferred Tax Liabilities | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Earnings from Cont. Ops. | -3120.100 | -2716.500 | 0.000 | 0.000 | 0.000 |
| Other Non-Operating Curr Liabs | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | CAT Earnings from Cont. Ops. | -3120.100 | -2716.500 | 0.000 | 0.000 | 0.000 |
| Total Current Liabilities | 885.200 | 1185.700 | 0.000 | 0.000 | 0.000 | Earnings-Discontinued Operations | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Intercompany Non Current Liabs | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Extraordinary Item & Acctg Change | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Senior Long-Term Debt | 6148.600 | 0.000 | 0.000 | 0.000 | 0.000 | CAT Net Income | -3120.100 | -2716.500 | 0.000 | 0.000 | 0.000 |
| Subordinated Debt | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Pref. Dividends and other Adj. | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Capital Leases | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Common Dividends | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Def. Tax Liability Non-Curr. | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | NI to Common Incl. Extra Items | -3120.100 | -2716.500 | 0.000 | 0.000 | 0.000 |
| Pension Provisions | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Income Statement Check | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Long Term Provisions | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | | | | | | |
| Other Operating LT Liabilities | 695.700 | 1245.700 | 0.000 | 0.000 | 0.000 | OTHER ITEMS: | 03/2020 | 03/2021 | | | |
| Other Non-Operating LT Liabilities | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Capital Expenditure (CITI) | 234.300 | 234.300 | 0.000 | 0.000 | 0.000 |
| CAT Total Liabilities | 7729.500 | 2431.400 | 0.000 | 0.000 | 0.000 | Deferred Tax Expense | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Minority Interest | -2.700 | -2.700 | 0.000 | 0.000 | 0.000 | Interest Capitalized | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Preferred Stock | 6295.600 | 11593.700 | 0.000 | 0.000 | 0.000 | LIFO Reserve | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Common Stock | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Contingent Liabilities | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Additional Paid-In Capital | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Guarantee Liabilities | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Treasury Stock | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Specific Income | 2.800 | 0.000 | 0.000 | 0.000 | 0.000 |
| Retained Earnings | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Unrealized Gain | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Other Reserves (incl. compr. Inc) | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Unrealized Loss | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Revaluation Surplus | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | PP&E Depreciation | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Total Common Equity | 6295.600 | 11593.700 | 0.000 | 0.000 | 0.000 | Pension Costs | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| CAT Total Common Equity | 6292.900 | 11591.000 | 0.000 | 0.000 | 0.000 | Derivative Assets Current | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |

ADVISORS'-EYES ONLY — CITI_DIP_0000509

**DRAFT**

**VALARIS PLC**    **Ratings Report**

GFCID:1001704539
GFPID:1001704539
NAICS Code and Name:213111 - Drilling Oil and Gas Wells

SIC Code:1381
SIC Name:DRILLING OIL AND GAS WELLS

Currency: USD-United States dollar
Scaling:Millions (MM)

Date of Incorporation(MM/YYYY):01/1975

Analyst:TY51136-Tian Yu

Printed:17/06/2020 13:37
Country:GB-UNITED KINGDOM
Operating Country:US-UNITED STATES

| OTHER ITEMS: | 03/2020 | 03/2021 | | | | Critical Ratios | 03/2020 | 03/2021 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Derivative Assets Long-Term | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Tangible Net Worth In USD MM | 6295.6000 | 11593.7000 | | |
| LTD Derivative Instruments | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Growth In Leverage | -999.0000 | -0.6787 | | |
| Curr Port-LTD Derivative Instr. | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Net Worth to Liabilities | 0.8065 | 4.6220 | | |
| Accrued Interest Payable | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Reported Net Income to Costs | -1.4431 | -1.2564 | | |
| Gain (Loss) from Inflation | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | Debt Service Capacity Ratio | 0.1202 | 1.2389 | | |
| Deflator Rate | 0.000000 | 0.000000 | 0.000000 | 0.000000 | 0.000000 | Cash Ratio | 0.2067 | 0.1547 | | |
| Exchange Rate 2 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0000 | Interest Coverage Ratio | 0.0329 | 0.0022 | | |
| Tax Rate | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | |
| Exchange Rate | 1.0000 | 1.0000 | 0.0000 | 0.0000 | 0.0000 | Comp Values In Relative Rank % | 03/2020 | 03/2021 | | |
| Inflation Rate | 0.0229 | 0.0229 | 0.0000 | 0.0000 | 0.0000 | Tangible Net Worth In USD MM | 95 | 95 | | |
| Year Weight | 0.20 | 0.80 | 0.00 | 0.00 | 0.00 | Growth In Leverage | 85 | 85 | | |
| | | | | | | Net Worth to Liabilities | 50 | 90 | | |
| OPERATING LEASE: | 03/2020 | 03/2021 | | | | Reported Net Income to Costs | 30 | 30 | | |
| Min Lease Payments Next Year | 25.400 | 25.400 | 0.000 | 0.000 | 0.000 | Debt Service Capacity Ratio | 30 | 80 | | |
| Min Lease Payments Next Year + 1 | 18.400 | 18.400 | 0.000 | 0.000 | 0.000 | Cash Ratio | 40 | 30 | | |
| Min Lease Payments Next Year + 2 | 12.600 | 12.600 | 0.000 | 0.000 | 0.000 | Interest Coverage Ratio | 25 | 85 | | |
| Min Lease Payments Next Year + 3 | 10.700 | 10.700 | 0.000 | 0.000 | 0.000 | | | | | |
| Min Lease Payments Next Year + 4 | 8.100 | 8.100 | 0.000 | 0.000 | 0.000 | Yearly Financial Ranking % | 48 | 72 | | |
| All Years Thereafter | 17.200 | 17.200 | 0.000 | 0.000 | 0.000 | Overall Financial Ranking % | 67 | | | |
| Sum of Future Payments | 92.400 | 92.400 | 0.000 | 0.000 | 0.000 | Baseline ORR | BB+ | 5+ | | |
| Estimated Life | 7.000 | 7.000 | 0.000 | 0.000 | 0.000 | | | | | |
| Debt Service Requirement | 13.200 | 13.200 | 0.000 | 0.000 | 0.000 | | | | | |
| Asset Value | 76.965 | 76.965 | 0.000 | 0.000 | 0.000 | 3 Yr Probability of Default | 5 | | | |
| Interest Component | 3.687 | 3.687 | 0.000 | 0.000 | 0.000 | | | | | |
| Depreciation Component | 9.513 | 9.513 | 0.000 | 0.000 | 0.000 | | | | | |

Industry:MIN-Mining

**NOTE THIS MODEL PRODUCES RATING BASED ON A 1-YEAR PD**

ADVISORS'-EYES ONLY

CITI_DIP_0000510



## Additional Information

- Assumes current pre-petition OLR of 10

- Per ICG Risk Policy, new transactions to IRM Managed or Co-managed relationships with an OLR of 6 or worse do not require TFA, Relationship Exposure, Investment Exposure and Third Party Support approval since they are captured in IRM Policy.

- Per ICG Risk Policy, for Relationships with an OLR of 7+ or worse, we referred to the Problem Recognition and Remedial Management Policy ("IRM Policy").

- Per ICG Risk Policy, only the category of Exposure on the Credit Approval Grid which applies for relationships with an OLR of 7+ or worse is Citi Exposure.

- Per IRM Policy, Business approval requirements for Obligors with OLRs of 7+ or worse are the same as Business approvals if the OLR was 6-.

- Per IRM Policy, Industry Specialist or Leveraged Lending Approvals are not required for facilities that are IRM Direct Managed or IRM Co- managed.

| Facilities ($mm) | TFA | Total OSUC | Total Risk Capital |
|---|---|---|---|
| New Money DIP Facility | $82.0 | $82.0 | $2.5 |
| Pre-petition RCF | 65.2 | 65.2 | 0.4 |
| Fronting under DIP Facility | 20.9 | 0.0 | 0.1 |
| **Pro Forma Gross Total** | **$168.1** | **$147.2** | **$3.0** |
| Risk Mitigation Adjustment (UW/Br/PPSD) | 0.0 | 0.0 | 0.0 |
| **Pro Forma Net Total** | **$168.1** | **$147.2** | **$3.0** |
| Post UW Relationship Exposure (OLR 10) | 125.0 | 50.0 | 12.0 |
| **Relationship Exposure or Risk Capital (Exception) / Availability** | **($43.1)** | **($97.2)** | **$9.0** |



CITI_DIP_0000511

**NAM Booking Model Template** *(This template should be completed and included in the Appendix of all related Credit Approval memos)*

| | Proposed | Expected | | |
|---|---|---|---|---|
| Obligor / Project Name | Project Verge | | Template User | Rayne Yu |
| GPCID (put N/A if new client) | 1032341825 | | PAM | Derrick Lenz |
| Region | North America | | Portfolio Manager | Peter Baumann |
| Commitment Level (%) | 16.5% | 14.5% | Domicile of Borrower | United States |
| Distribution Stress Loss ($MM) | 0.0 | 0.0 | Multiple Currencies? | No |
| Aggregate Risk Capital ($MM) | 2.5 | 2.2 | Currency | USD |

| | | |
|---|---|---|
| Is there Tying? (based on the Anti-Tying Worksheet) | No | Anti-tying restrictions not breached. |
| Facility Classification | Special Mention | Consult Risk before determining the booking vehicle. |
| CBNA Lending Principle Analysis Required? | Yes | Complete remainder of template to justify and document why transaction is appropriate for CBNA. |
| CBNA CRO Approval Required? | Yes | CBNA CRO must be included as an approver in the Credit Approval memo for 'Material CBNA Exposure'. |
| | | Engage CBNA management early in the process to consider revenue attribution and distribution of risk. |

---

**CBNA Lending Principle Analysis** *(Please refer to the CBNA Lending Principles - Part 2 released in Nov 2017)*

*Proposed Commitment - 50% Underwrite*

| (iii) List the facility or facilities to be approved | Proposed Commitment ($MM) | Proposed Distribution Stress Loss ($MM) | Proposed HFI Amount (if fully syndicated, put $0) ($MM) | Number of legal entities the facility will be booked across | Citigroup legal entity where the facility will be booked | Commitment to be booked in this entity | Additional Citigroup legal entity where the facility will be booked | Commitment to be booked in this entity |
|---|---|---|---|---|---|---|---|---|
| (Facility 1) Revolving DIP Credit Facility | 82.0 | 0.0 | 82.0 | 2 | CBNA | 41.0 | CNAI | 41.0 |

| | Proposed Commitment ($MM) | Proposed Distribution Stress Loss ($MM) | Proposed HFI Amount (if fully syndicated, put $0) ($MM) |
|---|---|---|---|
| Total | 82.0 | 0.0 | 82.0 |

ADVISORS'-EYES ONLY

CITI_DIP_0000512

citi

(v) *CBNA Lending Standards*

**Standard 1: CBNA will not underwrite transactions that are in excess of its risk appetite. As such, the following conditions should apply:**

1. High confidence in distribution / syndication of CBNA's underwriting exposure

2. Successful distribution will bring the position back into limits

3. Credit profile and outlook for the obligor are acceptable

The following free form box should be used to explain **why the excess size is appropriate for CBNA** (keeping in mind that CBNA is smaller than Citigroup). Please discuss any distribution or credit concerns from a CBNA perspective and include discussion of the mitigation strategy (i.e., why are we comfortable with the amount and how quickly do we expect to get back within limits). Please also address the logic in splitting up the facility or facilities across legal entities, if applicable. There is no need to repeat information in the credit memo and please do not reference non-CBNA business as this should not form part of the rationale for booking on CBNA.

*Please refer to Rationale on following slide.*

**Standard 2: Loans extended by CBNA will be to clients that have an existing CBNA relationship. If it is a new client, the transaction will result in future business opportunities for CBNA**

1. Returns are acceptable. There is either a meaningful existing revenue stream that flows to CBNA or the transaction has a high likelihood (>75% probability) of resulting in future business opportunities for CBNA.

**I confirm that the statement(s) above are true and that Standard 2 has been met in order to justify the booking of this commitment on CBNA.** | Yes |

**Standard 2 should apply to all loans extended by CBNA. If Standard 2 is not applicable, please explain why the transaction is still appropriate for CBNA. If Standard 2 is applicable, this box can also be used (but is not required) for any other information which will help the approver understand why booking on CBNA is appropriate.**

**Standard 3: CBNA will avoid extending, or participating in, loans that will result in a loss for CBNA, even if extended on the premise to protect a client relationship**

1. The transaction will have a positive Profit & Loss impact to CBNA (i.e., CBNA will earn enough to cover expected loss, costs of sell down, etc.)

**I confirm that the statement(s) above are true and that Standard 3 has been met in order to justify the booking of this commitment on CBNA.** | Yes |

**Standard 3 should apply to all loans extended by CBNA. If Standard 3 is not applicable, please explain why the transaction is still appropriate for CBNA. If Standard 3 is applicable, this box can also be used (but is not required) for any other information which will help the approver understand why booking on CBNA is appropriate.**

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000513

As discussed on the RDAC call, and after have re-grouping with GCM, Risk, and IRM given the implicit "self-help" nature of the transaction and material benefit CBNA would receive as a result. We are recommending a 50/50 booking across CBNA and CNAI based on the following rationale.

## History on Existing Exposure / Booking Units

- Citi is currently the Admin Agent and currently holds $235MM in the Valaris $1.6Bn Unsecured RCF (guaranteed by rig owning subsidiaries).
  - $191.25MM of exposure is booked in CBNA and $43.75MM booked in CNAI.
  - The $191.25MM of CBNA exposure stems from our long standing lending relationship with Valaris when it was an investment grade rated offshore driller. In 2017 in exchange for a two-year extension, upstream guarantees covering 85% of rig-owning entities were offered to lenders (in addition to commitment reductions and other structural enhancements). Approval was received to keep the exposure in CBNA as Valaris was a Fallen Angel and the transaction offered significant structural enhancements to our position ahead of scheduled maturity.
  - The incremental $43.75MM was approved in April 2019, in conjunction with Valaris' merger with another Citi client, Rowan Companies. Net, net, Citi received significant commitment reductions (Citi was a lender in the Rowan standalone RCF with a $113MM) of ~$69MM as well as other structural enhancements (guarantees from Rowan rig owning entities and increased minimum coverage covenants). This exposure was booked in CNAI given it was deemed to be an origination of classified exposure.

## Rationale for the booking of the DIP in CBNA

1. DIP commitment provides clear path to a filing / Limiting CBNA's pre-petitions exposure
   - The current $1.6Bn Unsecured RCF has $500MM drawn and $1.1Bn of availability. This $1.1Bn can still be used to fund operating losses and debt service costs. Including $39MM of bond interest payments on June 30th, $44MM interest/principal payments in July, and $178MM in August
   - The existing facility does not have any terms which would limit Valaris' access in the near term. Should the company elect to do so, the above payments will be made along with additional borrowings to fund negative free cash flow
   - While the DIP will be a new credit facility (and separate commitment), we are effectively converting the $1.1Bn of remaining of unsecured availability into secured super-priority DIP (net reduction of ~$600MM)
     - Citi will reduce its $235MM in current exposure by ~$88MM to ~$147MM.
       - ☐ The new ~$147MM of total exposure will consist of ~$65MM of pre-petition unsecured RCF and ~$82MM of secured super-priority DIP facility (i.e. reducing unsecured exposure and adding secured exposure).
         - ❖ The tenor of the prepetition exposure is also longer with ~2.25 years remaining (September 2022) vs the 12 month DIP tenor
   - We view the transaction, taken as a whole, to be a material structural enhancement to the existing facility as it effectively shifts the burden of funding from the pre-petition, unsecured RCF to the secured super-priority DIP
2. A bank led DIP facility (vs. noteholder provided DIP) will enable us to have greater control through the bankruptcy case, timing and ultimately how Citi's pre-petition exposure is dealt with upon emergence of bankruptcy keep the banks interest at hand.
   - We view the biggest risk to our pre-petition exposure is a potential cram down of our debt into an unfavourable piece of paper upon emergence. The noteholders are proposing a competing DIP facility, which if successful, will increase the risk of a future cram-down strategy.

ADVISORS'-EYES ONLY

**citi**

CITI_DIP_0000514

3. Material revenues for CBNA:
   - o Citibank, N.A. has a historical relationship with Valaris and has earned significant revenues for the bank chain will be compensated for its services as a lender on a secured super-priority DIP.

| VAL Historical Revenue ($000') | LTM Apr 20 | FY 19 | FY 18 | FY 17 |
|---|---|---|---|---|
| M + A | - | 2,500.0 | - | - |
| CMO | 1,783.0 | 2,771.5 | 3,479.5 | 2,440.2 |
| Markets & Securities Services | 11.4 | 91.4 | 52.1 | 53.7 |
| Treasury and Trade Solutions | 855.0 | 992.0 | 1,875.0 | 2,651.5 |
| Corporate Portfolio Management | 2,373.4 | 2,556.1 | 2,472.9 | 1,452.0 |
| **Total Client Revenue** | **5,022.8** | **8,911.0** | **7,879.6** | **6,597.5** |

- • LTM Valaris earned ~$1MM in TTS and ~$2.4MM in CPM revenues. These CBNA revenue streams accounted for ~60% of Valaris LTM revenues.
- • Under the current unsecured RCF Lenders are paid L + 425 with an unused fee of 75 bps. Under the new secured super-priority DIP lenders will be paid L + [600-700], an increase of [175 – 275 bps], and unused commitment will increase 25 bps to 100 bps.
- • We expect fees paid to the bank to include:
  - ❑ Corp Chain Entities:
    - ❖ $5mm - $7.5mm structure fee
    - ❖ $3mm - $4mm of interest / upfront fees (assuming 50% of the DIP in booked in CNAI)
  - ❑ Bank Chain Entities
    - ❖ $3mm - $4mm of interest / upfront fees (assuming 50% of the DIP in booked in CNAI)
    - ❖ $400k - $500k of TTS related revenues based on the existing run rate
- • The DIP will be done on a best efforts basis and will not be underwritten, eliminating CBNA/CNAI from having an outsized hold
- • Overall transaction returns are expected to be in excess of 150%
- o Based on historical revenues and expected revenues earned through the 12 months bankruptcy process, we are proposing a split booking across CBNA and CNAI of 50% each

ADVISORS'-EYES ONLY

citi

CITI_DIP_0000515

| Franchise Risk Assessment Template | | Appendix 6B |
|---|---|---|

| Credit Approval Package for | Project Verge | DATE | June 2020 |
|---|---|---|---|

*This is a mandatory component of all Credit Approval Packages.*

### 1. Franchise Risk Assessment
**Are there any potential franchise risk issues with this name?**
Consider all relevant issues/risks/transactions included but not limited to the NPAC Policy, Structures Finance Policy, Tax Policy, ESRM Policy, Carbon Principles, AML Policy.

NO **X** (Proceed to Step 2)          YES ☐ (Proceed to Step 3)

### 2. No Franchise Risk Attestation
If it is deemed that there is no franchise risk, confirm and expand on the following [1]

a) There are no known transactions that fall under the scope of the Structured Finance policy because (e.g. "the client is not a covered client", "we provide no financing" or "all financing transactions are account for as debt"):          **CONFIRM** **X**
*Rationale:*   All financing transactions are accounted for as debt.

b) Since the last review, there have been no transactions with this client requiring NPAC review/approval.          **CONFIRM** **X**
*Rationale:*   Since the last review, there have been no transactions with this client requiring NPAC approval.

c) There are no other known legal or regulatory issues in relation to this client or our relationship with the client.          **CONFIRM** **X**
*Rationale:*   There are no other known legal or regulatory issues in relation to this client our relationship with the client.

[1] *If any time cannot be confirmed as, please go to Step 3 and explain.*

### 3. Franchise Risk Exists
An explanation of the franchise risk and any mitigation or disclosure is required. Topics that should be included in the franchise risk discussion where relevant are:
- Description of any transactions requiring NPAC approval
- Discussion of the ways that the franchise risk could manifest itself (loss of other clients, exposures to the press etc)
- Any mitigants that may exist

ESRM -   We are not aware of any material social and environmental issues related to the Company.

**Anti-tying Policy Worksheet & Certification**
You should consult with Legal if you have any questions on how to complete this Anti-tying Policy Worksheet & Certification.

**Definition of "Extension of Credit":** For the purposes of this Anti-tying Policy Worksheet & Certification, an **"Extension of Credit"** means a loan, letter of credit or financing lease; a renewal, rollover or restatement of a loan, letter of credit or financing lease; or an amendment that changes the amount, tenor or interest rate for a loan, letter of credit or financing lease. Without limitation, the term "financing leases" includes leveraged leases.

**Non-U.S. Customer:**
**Definition of "Non-U.S. Customer":** Appendix Four of the Anti-tying Control Procedures ("Determination of Non-U.S. Customer and Related Exceptions") provides guidance as to when an Extension of Credit may be booked in a Bank Chain Vehicle in reliance on the Non-U.S. Customer Exception. A corporate "Non-U.S. Customer" is a company that is incorporated or organized in a non-U.S. jurisdiction and has its principal place of business in a non-U.S. jurisdiction. Notwithstanding the foregoing, the Non-U.S. Customer Exception does not apply in each of the following situations: (i) a Non-U.S. Customer does not include a corporate customer the "non-U.S." identity of which is derived from its headquarters or principal business location, but which has a significant majority of its operations in the U.S., (ii) a Non-U.S. Customer does not include a non-U.S. finance company the principal function of which is to remit funds to, or provide financing for, the U.S. operations of its parent or affiliates, or (iii) if a U.S. entity provides a guaranty or letter of credit supporting an Extension of Credit to a Non-U.S. Customer, and the credit decision for the Extension of Credit is based entirely on such guaranty or letter of credit from the U.S. entity, then the Non-U.S. Customer Exception will not apply. Based on these guidelines, the following question should be answered:

Does the Non-U.S. Customer Exception (per the guidelines set forth in Appendix Four to the Anti-tying Control Procedures as described above) apply to every borrower to whom the Extension of Credit is being extended? NOTE: If the Non-U.S. Customer Exception applies to every borrower, answer "Yes" to the below question; if the Non-U.S. Customer Exception does not apply to one or more borrowers, answer "No" to the below question.

___ Yes; _X_ No. If the answer to this question is "Yes," then the Sponsoring Officer need not complete the remaining questions in this Anti-tying Policy Worksheet & Certification of the credit approval memorandum.

**Tying Issues:**
1. Indicate whether or not the Extension of Credit is being made available and/or the pricing is being varied on the condition that the Company take another product or service from any Citi entity, i.e., the facility is "tied" to another transaction (indicate "Yes" even if an exception to the Anti-tying Rules applies): ___Yes; _X_ No
        If Yes:
        o  Confirm that Legal was consulted regarding the choice of booking vehicle. ___Yes
        o  Set forth which exception to the Anti-tying Rules was relied on:
           Corporate Chain Exception: ___
           Traditional Bank Product Exception: ___
           One Product Exception: ___
           Customer-initiated Exception: ___
           Joint/Non-tied Exception: ___
**Note:** If the facility is offered to a classified customer, be particularly sensitive to the appearance of a tie.

2. Indicate if the Extension of Credit is (i) a bridge loan, (ii) an acquisition financing, or (iii) sponsored or managed by the Leveraged Finance Department or the Real Estate Finance Department ___Yes; _X_ No
        If Yes:
        o  Confirm that Legal was consulted regarding the choice of booking vehicle. ___Yes

3. Indicate if the Extension of Credit (the "Refinancing Extension of Credit") amends, replaces or will be used to refinance an existing Extension of Credit (the "Existing Extension of Credit") that is booked in a Corporate Chain Vehicle. _X_ Yes; ___No.
        If Yes:
        o  Indicate if the booking vehicle for the Refinancing Extension of Credit will be a Bank Chain Vehicle: ___Yes; _X_ No
        o  **If Yes:** Confirm that Legal approved booking the Refinancing Extension of Credit in a Bank Chain Vehicle: ___Yes

NOTE: If the Existing Extension of Credit is booked in a Corporate Chain Vehicle, you must book the Refinancing Extension of Credit in a Corporate Chain Vehicle unless Legal approves otherwise.

4. Indicate if the Extension of Credit is on market terms: _X_ Yes; ___No. If the answer is "No", confirm that Legal was consulted: ___Yes

_X_ Check this box to indicate the Sponsoring Officer's certification that the Extension of Credit has not been illegally tied. Name of Sponsoring Officer certifying: Derrick Lenz

ADVISORS'-EYES ONLY

citi

*IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of any transaction contemplated hereby ("Transaction"). Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.*

*In any instance where distribution of this communication is subject to the rules of the US Commodity Futures Trading Commission ("CFTC"), this communication constitutes an invitation to consider entering into a derivatives transaction under U.S. CFTC Regulations § § 1.71 and 23.605, where applicable, but is not a binding offer to buy/sell any financial instrument.*

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the information contained herein and the existence of and proposed terms for any Transaction.

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citi corporate bond research, fixed income strategy or economic and market analysis, Citi policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citi has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2020 Citigroup Global Markets Inc. Member SIPC. All rights reserved. Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

© 2020 Citibank, N.A. All rights reserved. Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

Citi believes that sustainability is good business practice. We work closely with our clients, peer financial institutions, NGOs and other partners to finance solutions to climate change, develop industry standards, reduce our own environmental footprint, and engage with stakeholders to advance shared learning and solutions. Citi's Sustainable Progress strategy focuses on sustainability performance across three pillars: Environmental Finance; Environmental and Social Risk Management; and Operations and Supply Chain. Our cornerstone initiative is our $100 Billion Environmental Finance Goal – to lend, invest and facilitate $100 billion over 10 years to activities focused on environmental and climate solutions.



CITI_DIP_0000518