**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| VALARIS PLC, *et al.*,[1] | Case No. 20-34114 (MI) |
| Debtors. | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF DMITRY KRIVIN IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC AND CERTAIN OF ITS AFFILIATES TO PROVIDE CERTAIN ORDINARY COURSE CONSULTING SERVICES TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF**

I, Dmitry Krivin, declare as follows:

1. I am employed as a partner at McKinsey & Company, Inc. United States ("McKinsey US") with an office at 175 Greenwich Street, New York City, NY, 10007. McKinsey & Company, Inc. ("McKinsey & Co.") is the ultimate parent company of McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS") and its consulting affiliates (collectively with McKinsey RTS, "McKinsey").[2] I am duly authorized to make this supplemental declaration (this "Second Supplemental Declaration") which is being submitted to supplement my Initial Declaration filed on September 18, 2020, and my Supplemental Declaration filed on

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.stretto.com/Valaris. The location of Debtor Ensco Incorporated's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5847 San Felipe Street, Suite 3300, Houston, Texas 77057.

[2] The term "McKinsey" includes any McKinsey entity that provides consulting (including bankruptcy advisory) services. The term "McKinsey" does not include investment affiliate MIO Partners, Inc. and its affiliated investment and advisory services related entities or their employees because they do not provide consulting and bankruptcy advisory services.

October 2, 2020 (collectively with the Initial Declaration and the Second Supplemental Declaration, the "Declarations"), in support of the Application.[3]

2.     As noted in my prior declarations, the Proposed Professionals have undertaken to endeavor to supplement the prior disclosures attached to my Declarations in the event they become aware of any relationship or other information that requires disclosure.

3.     Consistent with this undertaking and the Protocol, MIO has updated the results of its prior connection checking process to update its disclosures that were set forth on Schedule 3 to my Supplemental Declaration. MIO's counsel then delivered the results of this comparison, which are set forth on **Schedule A**, attached hereto. Bolded connections are updates to the prior Schedule 3. Based on the results provided by MIO, to the best of my knowledge, none of these relationships result in any Proposed Professional holding an interest adverse to the Debtors.

4.     The Proposed Professionals will continue to endeavor to further supplement the Declarations in the event they become aware of any relationship or other information that requires disclosure.

[*Remainder of page left intentionally blank*]

---

[3] All capitalized terms used but not defined herein shall have the meanings set forth in the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of McKinsey Recovery & Transformation Services U.S., LLC and Certain of its Affiliates to Provide Certain Ordinary Course Consulting Services to the Debtors Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 233] (the "Application") and the *Supplemental Declaration of Dmitry Krivin in Support of the Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of McKinsey Recovery & Transformation Services U.S., LLC and Certain of its Affiliates to Provide Certain Ordinary Course Consulting Services to the Debtors Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 302] (the "Supplemental Declaration"), as applicable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:   October 26, 2020
         New York, NY

By: _____
    Dmitry Krivin
    Partner
    McKinsey & Company, Inc. United States

## **Schedule A**

MIO's Connections to Interested Parties

|  | **Interested Party Name** | **MIO Connection Name[1]** | **Connection Type** |
|---|---|---|---|
| 1. | Ace Insurance Company | Chubb Atlantic | Vendor |
|  |  | Chubb Bermuda Insurance Ltd | Vendor |
|  |  | New York Life Insurance and Annuity Corporation | Vendor |
| 2. | AIG Asia Pacific Insurance Pte. Ltd.<br>AIG Australia Limited<br>AIG Egypt Insurance Company S.A.E.<br>AIG Europe S.A.<br>AIG Malaysia Insurance Berhad<br>AIG Seguros Brasil S.A. | AIG-related Securities | Investment |
|  |  | Illinois National Insurance Company | Vendor |
|  |  | United States Life Insurance Company in the City of New York | Vendor |
| 3. | Allianz Global Corporate & Specialty SE<br>Allianz Global Risks US Insurance Company<br>Allianz Nigeria Insurance plc | Pacific Investment Management Company, LLC | Investment |
|  |  | PIMCO | Investment |
|  |  | Rothschild Inc | Vendor |
| 4. | American International Group UK Limited | AIG-related Securities | Investment |
|  |  | Illinois National Insurance Company | Vendor |
|  |  | United States Life Insurance Company in the City of New York | Vendor |
| 5. | Argo Re LTD. | Argonaut Insurance Co. | Vendor |
| 6. | AT&T | Time Warner Cable (Spectrum) | Vendor |
| 7. | AXA Mansard Insurance<br>AXA Seguros SA de CV | Alliancebernstein Global High Income Fund | Investment |
|  |  | AXA-related Securities | Investment |
|  |  | Highfields Capital II Fund | Investment |
|  |  | Highfields Capital LTD | Investment |
|  |  | Highfields Capital Management LP | Investment |
| 8. | Baker Tilly MKM & Ayad Al Seraihi CPA<br>Baker Tilly Virchow Krause LLP | Baker Tilly Virchow Krause, LLP | Vendor |
| 9. | Banc of America Credit Products Inc.<br>Bank of America<br>Bank of America Merrill Lynch<br>Bank of America, N.A. | **Bank of America** | **Counterparty** |
|  |  | **Bank of America Corp.** | **Counterparty** |
|  |  | **Bank of America Merrill Lynch** | **Counterparty** |
|  |  | Bank of America National Association Charlotte | Counterparty |

[1] Where MIO was not able to confirm whether an entity on the Expanded Interested Party List was, in fact, the same entity to which MIO has a connection, MIO included such possible connections in its report to the Proposed Professionals.

|  | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|---|---|---|---|
|  |  | Bank of America, N.A. | Counterparty |
|  |  | **BofA Securities LLC** | **Counterparty** |
|  |  | **BofA Securities, Inc.** | **Counterparty** |
|  |  | BofA-related Securities | Investment |
|  |  | BRV Capital Management | Investment |
|  |  | First Republic Bank | Counterparty |
|  |  | **Merrill Lynch** | **Counterparty** |
|  |  | **Merrill Lynch & Co., Inc.** | **Counterparty** |
|  |  | **Merrill Lynch Capital Services, Inc.** | **Counterparty** |
|  |  | **Merrill Lynch Financial Markets, Inc.** | **Counterparty** |
|  |  | **Merrill Lynch Government Securities Inc.** | **Counterparty** |
|  |  | **Merrill Lynch International** | **Counterparty** |
|  |  | **Merrill Lynch International, BofA Securities, Inc.** | **Counterparty** |
|  |  | Merrill Lynch International, London | Counterparty |
|  |  | Merrill Lynch Intl Equity Derivatives | Counterparty |
|  |  | **Merrill Lynch Professional Clearing Corp.** | **Counterparty** |
|  |  | **Merrill Lynch, Pierce, Fenner & Smith Incorporated** | **Counterparty** |
|  |  | **The Toronto-Dominion Bank** | **Counterparty** |
| 10. | Bankers Trust Co. Corporate Trust & Agency Group | Deutsche Bank AG | Counterparty |
|  |  | Deutsche Bank AG, London | Counterparty |
|  |  | Deutsche Bank AG, New York | Counterparty |
|  |  | **Deutsche Bank AG, Seoul Branch** | **Counterparty** |
|  |  | **Deutsche Bank S.A.** | **Counterparty** |
|  |  | **Deutsche Bank Securities Inc.** | **Counterparty** |
|  |  | **Deutsche Bank Trust Company** | **Counterparty** |
|  |  | Deutsche Bank Trust Company Americas | Vendor |

|     | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
| --- | --- | --- | --- |
|     |     | Deutsche Bank, NY | Counterparty |
|     |     | **Deutsche Securities Korea Co.** | **Counterparty** |
|     |     | **Industrial and Commercial Bank of China Financial Services LLC** | **Counterparty** |
| 11. | Barclays Bank plc | Barclays Bank PLC | Counterparty |
|     |     | Barclays Bank Plc Wholesale London | Counterparty |
|     |     | **Barclays Capital Inc.** | **Counterparty** |
|     |     | **Barclays Capital Securities Limited** | **Counterparty** |
|     |     | Tradeweb LLC | Vendor |
| 12. | BDO LLP | BDO Audit S.A. | Vendor |
| 13. | BlackRock Inc. | Blackrock Institutional Trust Company, NA | Counterparty |
|     |     | **Blackrock, Inc.** | **Counterparty** |
|     |     | New Relic | Vendor |
| 14. | BNP Netherlands | BNP Paribas | Counterparty |
|     |     | BNP Paribas Asset Management USA Inc | Investment |
|     |     | **BNP Paribas Prime Brokerage, Inc.** | **Counterparty** |
|     |     | **BNP Paribas Securities Corp** | **Counterparty** |
|     |     | BNP Paribas Securities Services | Counterparty |
| 15. | BNP Paribas | BNP Paribas | Counterparty |
|     |     | BNP Paribas Collateral Management | Counterparty |
|     |     | **BNP Paribas Securities Corp** | **Counterparty** |
| 16. | BNP Paribas NY & Johannesburg | BNP Paribas | Counterparty |
|     |     | BNP Paribas Asset Management USA Inc | Investment |
|     |     | **BNP Paribas Prime Brokerage, Inc.** | **Counterparty** |
|     |     | **BNP Paribas Securities Corp** | **Counterparty** |
|     |     | BNP Paribas Securities Services | Counterparty |
| 17. | CBRE | Societe Generale | Counterparty |

|  | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|---|---|---|---|
|  |  | Societe Generale International Limited | Counterparty |
| 18. | Chevron<br>Chevron U.S.A. Inc., through its division Chevron North America Exploration and Production Company | Oxane Materials Securities | Investment |
| 19. | CIC | Meituan Dianping-related Securities | Investment |
| 20. | **Circadian Investments Limited** | **Canadian Imperial Bank of Commerce** | **Counterparty** |
| 21. | Citco (Bermuda) Limited | Citco | Vendor |
| 22. | Citibank<br>Citibank Egypt Tax Account<br>Citibank, N.A.<br>Citicorp North America, Inc.<br>Citigroup | **Citibank Distribuidora De Titulos E Valores Mobiliarios S.A.** | **Counterparty** |
|  |  | **Citibank Europe PLC** | **Counterparty** |
|  |  | Citibank NA | Counterparty |
|  |  | **Citibank, NA** | **Counterparty** |
|  |  | **Citigroup Global Markets Inc.** | **Counterparty** |
|  |  | Citigroup Global Markets Limited | Counterparty |
|  |  | Credit Suisse AG | Counterparty |
|  |  | DocuSign | Vendor |
|  |  | Kenna Security | Vendor |
|  |  | Square Inc. Securities | Investment |
|  |  | State Street Bank and Trust Company | Counterparty |
|  |  | State Street Global Advisors | Investment |
| 23. | Comcast | Eden Technologies | Vendor |
| 24. | Deloitte & Touche | Deloitte & Touche | Vendor |
|  |  | Deloitte Belastingconsulenten | Vendor |
| 25. | Deutsche Bank<br>Deutsche Bank Abu Dhabi<br>Deutsche Bank AG<br>Deutsche Bank AG New York Branch<br>Deutsche Bank as Trustee of 3.000% Exchangeable Senior Notes Due 2024<br>Deutsche Bank as Trustee of 4.500% Senior Notes Due 2024 | Deutsche Bank AG | Counterparty |
|  |  | Deutsche Bank AG, London | Counterparty |
|  |  | Deutsche Bank AG, New York | Counterparty |
|  |  | **Deutsche Bank AG, Seoul Branch** | **Counterparty** |
|  |  | **Deutsche Bank Securities Inc.** | **Counterparty** |
|  |  | **Deutsche Bank S.A.** | **Counterparty** |

|  | **Interested Party Name** | **MIO Connection Name[1]** | **Connection Type** |
|---|---|---|---|
|  | Deutsche Bank as Trustee of 4.700% Senior Notes Due 2021 | **Deutsche Bank Trust Company** | **Counterparty** |
|  | Deutsche Bank as Trustee of 5.200% Senior Notes Due 2025 | Deutsche Bank Trust Company Americas | Vendor |
|  | Deutsche Bank as Trustee of 5.750% Senior Notes Due 2044 | Deutsche Bank, NY | Counterparty |
|  |  | **Deutsche Securities Korea Co.** | **Counterparty** |
|  | Deutsche Bank as Trustee of 7.200% Debentures Due 2027 |  |  |
|  | Deutsche Bank as Trustee of 7.750% Senior Notes Due 2026 |  |  |
|  | Deutsche Bank as Trustee of 8.000% Senior Notes Due 2024 |  |  |
|  | Deutsche Bank Riyadh Branch |  |  |
| 26. | DIRECTV | Time Warner Cable (Spectrum) | Vendor |
| 27. | DNB Bank<br>DNB Bank ASA<br>DNB Capital LLC | Carlson Capital LP | Investment |
| 28. | Endurance Worldwide Insurance Ltd. | Endurance American Insurance Company | Vendor |
| 29. | Ernst and Young LLP | Ernst & Young | Vendor |
|  |  | Thomson Reuters | Vendor |
| 30. | Fidelity | BestBuy.Com | Vendor |
|  |  | MongoDB-related Securities | Investment |
|  |  | **National Financial Services, LLC** | **Counterparty** |
|  |  | SS&C Technologies | Vendor |
| 31. | Fin Insurance | Alliancebernstein Global High Income Fund | Investment |
|  |  | AXA-related Securities | Investment |
|  |  | Highfields Capital II Fund | Investment |
|  |  | Highfields Capital LTD | Investment |
|  |  | Highfields Capital Management LP | Investment |
| 32. | First Liberty Insurance Corp. | Great American Insurance Co. | Vendor |
| 33. | Fragomen Global LLP | Fragomen, Del Rey, Bernsen & Loewy, LLP | Vendor |
| 34. | Ginkgo Tree, LLC | **Cheniere Energy, Inc.** | **Counterparty** |
|  |  | Credit Suisse International | Counterparty |
|  |  | Credit Suisse Securities USA LLC | Counterparty |

|     | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
| --- | --- | --- | --- |
|     |     | Industrial & Commercial Bank of China | Counterparty |
|     |     | **Industrial and Commercial Bank of China Financial Services LLC** | **Counterparty** |
|     |     | Meituan Dianping-related Securities | Investment |
|     |     | Titan | Vendor |
|     |     | Zoom | Vendor |
| 35. | Goldman Sachs Bank USA<br>Goldman, Sachs & Co. | Capula Investment Management LLP | Investment |
|     |     | FIS Investment Systems, LLC (formerly Sungard) | Vendor |
|     |     | Genesis Capital | Investment |
|     |     | **Goldman, Sachs & Co.** | **Counterparty** |
|     |     | Goldman Sachs and Co | Counterparty |
|     |     | **Goldman Sachs Bank USA** | **Counterparty** |
|     |     | Goldman Sachs International | Counterparty |
|     |     | Impilo AB | Investment |
|     |     | MongoDB-related Securities | Investment |
|     |     | Square Inc. Securities | Investment |
|     |     | SunGard Investment Systems, LLC US | Vendor |
|     |     | **The Goldman Sachs Group, Inc.** | **Counterparty** |
|     |     | Tradeweb LLC | Vendor |
| 36. | Grant Thornton LLP | Grant Thornton LLP | Vendor |
| 37. | Hartford Casualty Insurance Company | Hartford-related Securities | Investment |
| 38. | HM Revenue & Customs<br>HM Revenue and Customs<br>HMRC - UK Tax Authority | HM Revenue & Customs | Vendor |
| 39. | Hogan Lovells US LLP | Hogan Lovells | Vendor |
|     |     | Hogan Lovells International LLP | Vendor |
| 40. | Houlihan Lokey | Houlihan Lokey Financial Advisors, Inc. | Vendor |
| 41. | HSBC<br>HSBC Bank USA | HSBC Bank PLC | Counterparty |
|     |     | Kenna Security | Vendor |

| | **Interested Party Name** | **MIO Connection Name[1]** | **Connection Type** |
|---|---|---|---|
| | HSBC Bank USA, N.A.<br>HSBC Middle East<br>HSBC Middle East, Qatar<br>HSBC Qatar | Macquarie Bank Limited | Counterparty |
| | | QBE Insurance Corporation | Vendor |
| | | Saracen Capital LP | Investment |
| | | Societe Generale | Counterparty |
| | | Societe Generale International Limited | Counterparty |
| 42. | Insurance Co. of the State of PA | AIG-related Securities | Investment |
| | | Illinois National Insurance Company | Vendor |
| | | United States Life Insurance Company in the City of New York | Vendor |
| 43. | JLT | Mercer (US) Inc | Vendor |
| 44. | K and L Gates | K&L Gates | Vendor |
| 45. | KPMG | KPMG LLP | Vendor |
| 46. | Level 3 Communications, LLC | Level 3 Communications, LLC | Vendor |
| 47. | Liberty Mutual Insurance Company<br>Liberty Speciality Markets Agency Limited<br>Liberty Specialty Markets Bermuda Limited | Great American Insurance Co. | Vendor |
| 48. | Lloyd's Syndicate 1183 through Validus Specialty Underwriting Services, Inc. | AIG-related Securities | Investment |
| | | Illinois National Insurance Company | Vendor |
| | | United States Life Insurance Company in the City of New York | Vendor |
| 49. | Luminus Energy Partners Master Fund Ltd.<br>Luminus Management LLC | Luminus Energy Partners LTD | Investment |
| | | Luminus Management LLC | Investment |
| 50. | M&T Bank | Limited Life Assets Issuance PLC | Investment |
| 51. | Manta Ray Limited | Baltic Exchange | Vendor |
| | | Barclays Bank PLC | Counterparty |
| | | Cymulate | Vendor |
| | | Meituan Dianping-related Securities | Investment |
| 52. | Marsh Limited<br>Marsh USA, Inc. Houston | Mercer (US) Inc | Vendor |
| 53. | Mckinsey & Company Inc. | McKinsey & Company, Inc. | MIO Affiliate |
| | | McKinsey & Company, Inc. | MIO Affiliate |

|     | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|-----|---|---|---|
|     |     | Money Purchase Pension Plan |     |
|     |     | McKinsey & Company, Inc. Profit Sharing Retirement Plan | MIO Affiliate |
|     |     | McKinsey & Company, Inc. Supplemental Retirement Plan | MIO Affiliate |
|     |     | McKinsey Master Retirement Trust | MIO Affiliate |
|     |     | MIO Group, Inc. | MIO Affiliate |
|     |     | MIO Partners (EU) Limited | MIO Affiliate |
|     |     | MIO Partners (Guernsey) Limited | MIO Affiliate |
|     |     | MIO Partners, Inc. | MIO Affiliate |
|     |     | New Stream Capital LLC | Investment |
|     |     | New Stream Secured Capital Fund | Investment |
| 54. | MetLife Metropolitan Life Insurance Co | AIG-related Securities | Investment |
|     |     | MetLife-related Securities | Investment |
| 55. | Microsoft Corporation | Intellectual Ventures Management, LLC | Investment |
|     |     | LinkedIn Corporation | Vendor |
|     |     | Microsoft | Vendor |
| 56. | Morgan Stanley<br>Morgan Stanley & Co LLC<br>Morgan Stanley Senior Funding, Inc. | Morgan Stanley | Counterparty |
|     |     | Morgan Stanley & Co. | Counterparty |
|     |     | Morgan Stanley & Co. International PLC | Counterparty |
|     |     | Morgan Stanley Capital Services | Counterparty |
|     |     | Morgan Stanley Prime Brokerage | Vendor |
|     |     | Morgan Stanley Securities Limited | Counterparty |
|     |     | Prime Dealer Services Corp. | Counterparty |
|     |     | Tradeweb LLC | Vendor |
| 57. | MUFG Bank, Ltd. | Morgan Stanley | Counterparty |
|     |     | Morgan Stanley & Co. | Counterparty |
|     |     | Morgan Stanley Securities Limited | Counterparty |
| 58. | National Union Fire Insurance Company of Pittsburgh, PA | AIG-related Securities | Investment |
|     |     | Illinois National Insurance Company | Vendor |
|     |     | United States Life Insurance Company in the City of New York | Vendor |

|  | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| 59. | NEM Insurance | Pacific Investment Management Company, LLC | Investment |
|  |  | PIMCO | Investment |
|  |  | Rothschild Inc | Vendor |
| 60. | Oaktree | Doubleline Income Solutions Fund | Investment |
| 61. | One | Computer Design & Integration | Vendor |
| 62. | Onepath | Zurich American Insurance Company | Vendor |
| 63. | Oracle USA, Inc. | SAP | Vendor |
| 64. | Pacific Investment Management Company LLC | Pacific Investment Management Company, LLC | Investment |
|  |  | PIMCO | Investment |
|  |  | Rothschild Inc | Vendor |
| 65. | Pandora Select Partners, LP | Whitebox Pandora Select Fund | Investment |
| 66. | PIMCO | Pacific Investment Management Company, LLC | Investment |
|  |  | PIMCO | Investment |
|  |  | PIMCO Commodity Alpha Fund | Investment |
|  |  | PIMCO Commodity Risk Premia Onshore Fund | Investment |
|  |  | PIMCO Dynamic Credit Fund | Investment |
|  |  | PIMCO Global Inflation Linked Bond Fund | Investment |
|  |  | Rothschild Inc | Vendor |
| 67. | PKY San Felipe Plaza, LP<br>PKY-San Felipe Plaza L.P. | FIS Investment Systems, LLC (formerly Sungard) | Vendor |
|  |  | Meituan Dianping-related Securities | Investment |
|  |  | SunGard Investment Systems, LLC US | Vendor |
| 68. | PricewaterhouseCoopers LLP | InfoTech Solutions LLC | Vendor |
| 69. | QBE UK Limited | QBE Insurance Corporation | Vendor |
| 70. | Regus | Regus Hamburg Spitalerhof GmbH | Vendor |
|  |  | Regus Management Group, LLC | Vendor |
| 71. | RIPSA | Rothschild Inc | Vendor |

|  | **Interested Party Name** | **MIO Connection Name[1]** | **Connection Type** |
|---|---|---|---|
| 72. | Shearman & Sterling<br>Shearman and Sterling LLP | Shearman & Sterling (London) LLP | Vendor |
| 73. | Siem | Digital Guardian, Inc. | Vendor |
| 74. | **Skandinaviska Enskilda Banken AB (Publ)** | **Skandinaviska Enskilda Banken AB** | **Counterparty** |
| 75. | Storebrand Livforsikring AS | Cubera Private Equity AS | Investment |
| 76. | T. Rowe Price | Amazon.com, Inc. | Vendor |
|  |  | New Relic | Vendor |
|  |  | PagerDuty | Vendor |
| 77. | The Bank of New York<br>The Bank of New York Mellon Trust Company, NA<br>The Bank of New York Mellon Trust Company, NA as Trustee of 6.875% Senior Notes Due 2020<br>The Bank of New York Mellon Trust Company, NA as Trustee of 7.875% Senior Notes Due 2040 | **Bank of New York Mellon** | **Counterparty** |
|  |  | Barclays Bank PLC | Counterparty |
|  |  | BNY Mellon | Counterparty |
|  |  | **BNY Mellon Asset Servicing** | **Counterparty** |
|  |  | **Pershing LLC** | **Counterparty** |
|  |  | The Bank of New York Mellon | Counterparty |
| 78. | TWC Telecom Holdings Inc. | Time Warner Cable (Spectrum) | Vendor |
| 79. | U.S. Bank Equipment Finance<br>U.S. Bank Equipment Finance, a Division of U.S. Bank National Association | Sunrun-related Securities | Investment |
| 80. | UBS Financial Services | Apex | Vendor |
|  |  | Tradeweb LLC | Vendor |
|  |  | **UBS AG** | **Counterparty** |
|  |  | UBS AG Zurich | Counterparty |
|  |  | UBS Europe SE | Counterparty |
|  |  | UBS London AG | Counterparty |
|  |  | **UBS Securities LLC** | **Counterparty** |
|  |  | UBS-related Securities | Investment |
| 81. | United States Treasury | US Government-related Securities | Investment |
| 82. | US Bank<br>US Bank as Trustee of 4.750% Senior Notes Due 2024<br>US Bank as Trustee of 4.875% Senior Notes Due 2022<br>US Bank as Trustee of 5.400% Senior Notes | Sunrun-related Securities | Investment |

|  | **Interested Party Name** | **MIO Connection Name[1]** | **Connection Type** |
|---|---|---|---|
|  | Due 2042 |  |  |
|  | US Bank as Trustee of 5.850% Senior Notes Due 2044 |  |  |
|  | US Bank as Trustee of 7.375% Senior Notes Due 2025 |  |  |
|  | US Bank NA |  |  |
| 83. | Vanguard Group Inc. | Goldman Sachs and Co | Counterparty |
|  |  | JPMorgan Chase & Co. | Counterparty |
|  |  | JPMorgan Chase Bank | Counterparty |
|  |  | **The Goldman Sachs Group, Inc.** | **Counterparty** |
|  |  | Vanguard Exchange-Traded Funds | Investment |
| 84. | Vetco Gray | Sunrun-related Securities | Investment |
| 85. | Walkers Corporate Limited | Walkers | Vendor |
| 86. | Wells Fargo<br>Wells Fargo Bank, National Association | Delaware Trust Company | Vendor |
|  |  | **Wachovia Bank, N.A.** | **Counterparty** |
|  |  | Wells Fargo Bank NA | Counterparty |
|  |  | **Wells Fargo Securities International** | **Counterparty** |
|  |  | **Wells Fargo Securities, LLC** | **Counterparty** |
| 87. | Whitebox<br>Whitebox Asymmetric Partners, LP<br>Whitebox Caja Blanca Fund, LP | Whitebox Advisors, LLC | Investment |
| 88. | Whitebox Credit Partners, LP | Whitebox Advisors, LLC | Investment |
|  |  | Whitebox Credit Arbitrage Fund | Investment |
| 89. | Whitebox GT Fund, LP | Whitebox Advisors, LLC | Investment |
| 90. | Whitebox Multi-Strategy Partners, LP | Whitebox Advisors, LLC | Investment |
|  |  | Whitebox Multi-Strategy Fund | Investment |
| 91. | Whitebox Relative Value Partners, LP | Whitebox Advisors, LLC | Investment |
| 92. | XL Bermuda Ltd.<br>XL Seguros Brazil S.A. | Alliancebernstein Global High Income Fund | Investment |
|  |  | AXA-related Securities | Investment |
|  |  | Highfields Capital II Fund | Investment |
|  |  | Highfields Capital LTD | Investment |
|  |  | Highfields Capital Management LP | Investment |
| 93. | Zayo Bandwidth | Zayo | Vendor |

|  | **Interested Party Name** | **MIO Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| 94. | Zurich Insurance plc (UK Branch) <br> Zurich North America | Zurich American Insurance Company | Vendor |