

ENTERED
11/26/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| VALARIS PLC, *et al.*,[1] | ) Case No. 20-34114 (MI) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket Nos. 598, 599 |

**STIPULATION AND AGREED ORDER
REGARDING MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

On November 3, 2020, Devin Schonewitz filed *Devin Schonewitz's Motion to Lift Stay* [Docket No. 598] and Buckey Stewart (together with Devin Schonewitz, the "Movants") filed *Buckey Stewart's Motion to Lift Stay* [Docket No. 599] (together with Devin Schonewitz's Motion, the "Motions").

On November 25, 2020, by docket entry, the Court set the Motions for hearing on December 2, 2020, at 9:30 a.m. The Debtors and the Movants are working toward a resolution of the Motions and have agreed to waive the automatic termination of the stay under 11 U.S.C. § 362(e) and continue the hearing on December 2, 2020.

It is THEREFORE ORDERED THAT

1. The Debtors and the Movants agree that automatic termination of the stay is waived under 11 U.S.C. § 362(e).

2. The hearing set for December 2, 2020, at 9:30 a.m. is cancelled. The Movants will contact the Court if a further hearing is required.

Signed: November 26, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.stretto.com/Valaris. The location of Debtor Ensco Incorporated's principal place of business and the Debtors' service address in these chapter 11 cases is 5847 San Felipe Street, Suite 3300, Houston, Texas 77057.

26539036v.2

Houston, Texas
November 25, 2020

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Kristhy M. Peguero (TX Bar No. 24102776) | Anup Sathy, P.C. (admitted *pro hac vice*) |
| Genevieve Graham (TX Bar No. 24085340) | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | Spencer A. Winters (admitted *pro hac vice*) |
| Houston, Texas 77010 | 300 North LaSalle Street |
| Telephone:    (713) 752-4200 | Chicago, Illinois 60654 |
| Facsimile:    (713) 752-4221 | Telephone:   (312) 862-2000 |
| Email:         mcavenaugh@jw.com | Facsimile:   (312) 862-2200 |
|                    kpeguero@jw.com | |
|                    ggraham@jw.com | |
| | |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

/s/ *Brendan Fradkin (w/p)*

Brendan Fradkin
VB Attorneys
6363 Woodway Drive, Suite 400
Houston, Texas 77057
713-224-7800
713-224-7801 (facsimile)
brendan@vbattorneys.com

## Certificate of Service

I certify that on November 25, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

27471873v.1