UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VALARIS PLC, *et al.*,[1] | ) ) | Case No. 20-34114 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF SERVICE OF INITIAL EXPERT REPORTS OF CREDITOR,
DAEWOO SHIPBUILDING & MARINE ENGINEERING CO., LTD.**

Pursuant to the parties' agreement to extend the deadline set forth in the *Stipulation Regarding Scheduling for the Confirmation Hearing Related to the Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 774], Creditor, Daewoo Shipbuilding & Marine Engineering Co., Ltd. ("Daewoo"), hereby confirms that on January 20, 2021, it served copies of the following initial expert reports on counsel for the Debtors, counsel for the RCF Administrative Agent, counsel for the Official Committee of Unsecured Creditors, and counsel for the Ad Hoc Group of Unsecured Noteholders:

1. Expert Report of Christopher J. Kearns;

2. Expert Report of George Koutouras; and

3. Expert Report of Scott Baxter.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.stretto.com/Valaris. The location of Debtor Ensco Incorporated's principal place of business and the Debtors' service address in these chapter 11 cases is 5847 San Felipe Street, Suite 3300, Houston, Texas 77057.

| | |
|---|---|
| Dated:  January 21, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | *Maxim B. Litvak* |
| | Maxim B. Litvak (TX Bar No. 24002482) |
| | Pachulski Stang Ziehl & Jones LLP |
| | 150 California Street, 15th Floor |
| | San Francisco, CA 94111 |
| | Telephone:  (415) 263-7000 |
| | Facsimile:   (415) 263-7010 |
| | Email:  mlitvak@pszjlaw.com |
| | |
| | Bradford J. Sandler |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:   (212) 561-7777 |
| | Email:  bsandler@pszjlaw.com |
| | |
| | Shirley S. Cho |
| | Alan J. Kornfeld |
| | 10100 Santa Monica Blvd., 13th Fl. |
| | Los Angeles, CA  90067 |
| | Telephone:  (310) 277-6910 |
| | Facsimile:   (310) 201-0760 |
| | Email:  scho@pszjlaw.com |
| |        akornfeld@pszjlaw.com |
| | |
| | *Counsel for Daewoo Shipbuilding & Marine Engineering Co., Ltd.* |
| | |
| | - and – |
| | |
| | LIMNEXUS LLP |
| | Jed Donaldson (*Pro Hac Vice* application pending) |
| | 1050 Connecticut Ave. NW, Suite 500 |
| | Washington, DC 20036 |
| | Telephone:  (202) 772-1077 |
| | Email:   Jed.donaldson@limnexus.com |
| | |
| | *Co-Counsel for Daewoo Shipbuilding & Marine Engineering Co., Ltd.* |