**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| VALARIS PLC, *et al.*,[1] | Case No. 20-34114 (MI) |
| Debtors. | (Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF DMITRY KRIVIN**
**IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF**
**AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF**
**MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC AND**
**CERTAIN OF ITS AFFILIATES TO PROVIDE CERTAIN ORDINARY COURSE**
**CONSULTING SERVICES TO THE DEBTORS EFFECTIVE AS OF THE**
**<u>PETITION DATE AND (II) GRANTING RELATED RELIEF</u>**

I, Dmitry Krivin, declare as follows:

1.      I am employed as a partner at McKinsey & Company, Inc. United States

("<u>McKinsey US</u>") with an office at 175 Greenwich Street, New York City, NY, 10007.

McKinsey & Co.[2] is the ultimate parent company of McKinsey RTS and its consulting affiliates

(collectively with McKinsey RTS, "<u>McKinsey</u>").[3]  I am duly authorized to make this

supplemental declaration (this "<u>Third Supplemental Declaration</u>"), which is being submitted to

supplement my Initial Declaration filed on September 18, 2020 [Docket No. 233-2], my

---

[1]      A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.stretto.com/Valaris.  The location of Debtor Ensco Incorporated's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5847 San Felipe Street, Suite 3300, Houston, Texas 77057.

[2]      All capitalized terms used but not defined herein shall have the meanings set forth in the Application and the Initial Declaration.

[3]      The term "McKinsey" includes any McKinsey entity that provides consulting (including bankruptcy advisory) services.  The term "McKinsey" does not include investment affiliate MIO Partners, Inc. and its affiliated investment and advisory services related entities or their employees because they do not provide consulting and bankruptcy advisory services.

Supplemental Declaration filed on October 2, 2020 [Docket No. 302], and my Second

Supplemental Declaration filed on October 26, 2020 [Docket No. 550] (collectively, the "Prior

Declarations") in support of the Application [Docket No. 233].

2.      I submit this Declaration in accordance with sections 327(a) and 328(a) of the

Bankruptcy Code, Rules 2014(a), 2016, and 5002 of the Federal Rules of Bankruptcy Procedure,

and Rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas.

3.      Except as otherwise noted, the statements set forth herein are based on knowledge

I have from my employment position and diligence undertaken by me or professionals working

with me and, if called and sworn as a witness, I would testify competently thereto.

**Disclosure Regarding Disinterestedness of the Proposed Professionals**

Client Connections

4.      As described in more detail in my Prior Declarations, the Proposed Professionals[4]

undertook a comprehensive process to determine whether they had any connections or other

relationships that might cause them to hold or represent an interest adverse to the Debtors, and

connections previously identified were disclosed in my Prior Declarations.

5.      Subsequent to filing the Second Supplemental Declaration, Debtors' counsel

provided counsel for the Proposed Professionals with the names of additional potential parties in

interest, which the Working Group added to the Consolidated Interested Parties List, resulting in

a further "Updated Consolidated Interested Parties List".  The Updated Consolidated Interested

Parties List is attached hereto as **Schedule 1**.  The Working Group used the same process

described in paragraph 12 of the Initial Declaration to expand the list of additional interested

---

[4]     The Proposed Professionals are McKinsey RTS, McKinsey RTS UK, McKinsey US, McKinsey UK, McKinsey Austria, McKinsey Shanghai and, as described in paragraph 11, the German office of McKinsey & Company, Inc. ("McKinsey & Company Germany").

parties to include all corporate affiliates that shared a common parent with each of the additional interested parties.  This list was added to the Consolidated Expanded IPL, resulting in the "Updated Consolidated Expanded IPL."  The people and entities listed on the Updated Consolidated Expanded IPL are the "Updated Consolidated Expanded Interested Parties".[5]  In sum, this process expanded the 134 unique additional interested parties into 14,609  unique parties.

6.      The Working Group also used the same process described in the Initial Declaration to compile an updated Client List, using an "Updated Look-Back Period" starting on May 26, 2017 and ending on November 30, 2020 (the "Updated Client List").

7.      The Working Group then used the same process described in the Initial Declaration to check the names on the Updated Client List against the Updated Consolidated Expanded IPL, and the scope of the check was intentionally broad and inclusive.  This search captured both connections to the additional interested parties and any new connections on the Updated Client List.  The resulting matches not previously included in the Prior Declarations are set forth on **Schedule 2** attached hereto.

8.      To the best of my knowledge, based on the results of the surveys, McKinsey's connections set forth in the Prior Declarations and herein (a) do not constitute interests adverse to the Debtors and (b) except as otherwise set forth in the Prior Declarations or below, involve matters unrelated to the Debtors.

<u>Vendor Connections and Banking Relationships</u>

9.      The Working Group also compared McKinsey's records of ordinary-course vendor and banking relationships during the Updated Look-Back Period against the Updated

---

[5]      Because of the voluminous nature of the various lists, they are not attached to this Third Supplemental Declaration.  Copies are available upon request to the Proposed Professionals' counsel.

Consolidated Expanded IPL, and the resulting matches not previously included in the Prior Declarations are set forth on **Schedule 2** attached hereto.  To the best of my knowledge, as ordinary-course vendor and banking relationships, none of these relationships constitute interests adverse to the Debtors.

Surveys

10.     In addition, the Working Group sent out supplemental surveys to supplement the results of the Surveys described in the Prior Declarations.  The results of these supplemental surveys, to the extent not previously disclosed in the Prior Declarations, are reflected in the disclosures set forth herein.

Engagement Team

11.     The Working Group also used the same process described in the Initial Declaration to determine whether any McKinsey employees had been added to the Engagement Team since the preparation of the Supplemental Declaration and to further determine whether any such additional employees resulted in any new Retained Affiliates.[6]  Two of the new members that were added to the Engagement Team are employees of McKinsey & Company Germany, which was not one of the Proposed Professionals previously identified in my Initial Declaration.[7]  Such additional Engagement Team members were included in the connection checking process described herein.

---

[6]     More specifically, the Working Group confirmed whether any McKinsey employees had been added to the Engagement Team during the period from September 1, 2020 through September 30, 2020, when McKinsey's services for the Debtors terminated.

[7]     As noted in the Prior Declarations, connections of all McKinsey consulting entities were previously searched and disclosed, including McKinsey & Company Germany.

4

<u>MIO Disclosures</u>

12.     In addition, consistent with the Protocol, counsel for the Proposed Professionals sent the Updated Consolidated Interested Parties List and the Updated Consolidated Expanded IPL to counsel for MIO to facilitate MIO's search for connections.  MIO then compared such lists to a list, compiled to the best of its knowledge, of its third-party investment managers, direct investments, financial counterparties and service providers (such as vendors) for the Updated Look-Back Period.  Counsel for MIO then delivered the results of this comparison to counsel for the Proposed Professionals, and the resulting matches not previously included in the Prior Declarations are set forth on **Schedule 3** attached hereto.  Based on the results provided by MIO, to the best of my knowledge, none of these relationships result in any of the Proposed Professionals holding or representing an interest adverse to the Debtors.

13.     To the best of my knowledge, based on the results of the surveys, no member of the Engagement Team served on the MIO board of directors, or worked with any members of that board in their capacities as board members, during the Updated Look-Back Period.  For completeness, I note that Sandra Scharf, one of the new members of the Engagement Team, previously worked for companies where current and former MIO board members were also employed; however, since joining McKinsey Ms. Scharf has not interacted, nor served any clients, with any MIO board members.

14.     As a correction to my Prior Declarations, the current composition of the MIO board of directors includes current McKinsey & Co. partners employed by McKinsey US and McKinsey & Company Germany, as well as other McKinsey affiliates.

15.     As noted in my Initial Declaration, one or more McKinsey consulting affiliates have invested funds with MIO solely for the purpose of satisfying obligations to guarantee benefits to Pension Participants in defined-benefit pension plans in Germany and Japan.

McKinsey & Company Inc., as Plan Sponsor, maintains investments in certain MIO funds in order to backstop the defined benefit obligations of McKinsey & Company Germany to participants in the German Pension Promise, all of whom are former or current employees of McKinsey & Company Germany.

Other Disclosures

16.     Other than the Debtors and as otherwise disclosed below, no client listed on **Schedule 2** attached hereto accounted for more than 1.00% of the gross revenue of McKinsey or any of the Proposed Professionals during the period from December 1, 2019 through November 30, 2020 (the "Updated Revenue Period").  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

17.     To the best of my knowledge, no clients accounted for more than 1.00% of McKinsey's gross revenue during the Updated Revenue Period.

18.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey RTS's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

> a.     Aegon N.V., Covetrus, Inc., Freeport-McMoRan Inc., Goldman Sachs Group, Koch Industries, Inc., Laureate Education, Inc., NRG Energy Inc., Royal Dutch Shell, Sirona Dental Systems Inc., and The Hartford Financial Services Group Inc. accounted for 1.01–3.00% of McKinsey RTS's gross revenue during the Updated Revenue Period.

b.      American International Group (AIG) and Dow DuPont accounted for 5.01–9.00% of McKinsey RTS's gross revenue during the Updated Revenue Period.

19.      To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey RTS UK's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

a.      Brose Fahrzeugteile Gmbh, Siemens AG, and Sirona Dental Systems Inc. accounted for 1.01–3.00% of McKinsey RTS UK's gross revenue during the Updated Revenue Period.

b.      Banco Santander SA and Resolute Forest Products, Inc. accounted for 3.01–5.00% of McKinsey RTS UK's gross revenue during the Updated Revenue Period.

c.      American International Group (AIG) accounted for 9.01–12.00% of McKinsey RTS UK's gross revenue during the Updated Revenue Period.

20.      To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey US's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

a.      AT&T, Bristol-Myers Squibb Company, and Citigroup Inc. accounted for 1.01–3.00% of McKinsey US's gross revenue during the Updated Revenue Period.

21.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey UK's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

  a.     Banco Santander SA, Bank Of Ireland, BP p.l.c., BT Group plc, DXC Technology Company, Nationwide Building Society, NOKIA, Royal Bank of Scotland Group plc, Royal Dutch Shell, Society of Lloyd's, and Tata Sons accounted for 1.01–3.00% of McKinsey UK's gross revenue during the Updated Revenue Period.

22.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Austria's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

  a.     ams AG, Daimler AG, Deutsche Telekom AG, Fresenius SE & Co. KGaA, Inchcape Plc, Merck KGAA, News Corporation, NOKIA, OMV AG, Siemens AG, and Volkswagen AG accounted for 1.01–3.00% of McKinsey Austria's gross revenue during the Updated Revenue Period.

  b.     Allianz and Brose Fahrzeugteile Gmbh accounted for 3.01–5.00% of McKinsey Austria's gross revenue during the Updated Revenue Period.

23.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey Shanghai's gross revenue during the Updated Revenue Period.  To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.      Bank of China, China Construction Bank (CCB), China Minsheng Banking Co Ltd, Du Xiaoman Financial, Hitachi Ltd., HSBC Holdings plc, and Mylan Inc. accounted for 1.01–3.00% of McKinsey Shanghai's gross revenue during the Updated Revenue Period.

      b.      Ping An Insurance (Grp) Co of China Ltd. accounted for 3.01–5.00% of McKinsey Shanghai's gross revenue during the Updated Revenue Period.

24.     To the best of my knowledge, the following clients accounted for more than 1.00% of McKinsey & Company Germany's gross revenue during the Updated Revenue Period.[8] To the best of my knowledge, based on the results of the surveys, none of the services provided to any of these clients is or was related to the Debtors or their Chapter 11 Cases.

      a.      Brose Fahrzeugteile Gmbh, Daimler AG, Siemens AG and Sirona Dental Systems Inc. accounted for 1.01–3.00% of McKinsey & Company Germany's gross revenue during the Updated Revenue Period.

      b.      Allianz and Volkswagen AG accounted for 3.01–5.00% of McKinsey & Company Germany's gross revenue during the Updated Revenue Period.

25.     As described in more detail in the Prior Declarations, McKinsey's consulting affiliates provide services to an array of clients in restructuring and turnaround engagements.  To the best of my knowledge, (i) all such relationships during the Updated Look-Back Period are set forth in the Prior Declarations, described herein or listed on **Schedule 2** hereto, and (ii) based on the review process conducted, as described in more detail in the Prior Declarations, (a) none of these relationships constitute interests adverse to the Debtors and (b) except as otherwise set

---

[8]    McKinsey & Company Germany is a German branch of McKinsey & Company, Inc., and is not a distinct legal entity from McKinsey & Company, Inc.  Nonetheless, out of an abundance of caution, McKinsey used the gross annual revenue of McKinsey & Company Germany, which is less than that of McKinsey & Company, Inc. as a whole and provides a lower threshold for disclosure in order to provide additional transparency.

forth in the Prior Declarations or below, all of these relationships involved consulting matters unrelated to the Debtors.

26.     As described in more detail in the Prior Declarations, from time to time, McKinsey provides overall strategic analysis and advice to companies that operate in the oil, electric power, and natural gas industries in which the Debtors operate, which analysis and advice could include review of and comment on strategic considerations with respect to the Debtors, among others, based on publicly available information.  To the best of my knowledge, (i) all such relationships during the Updated Look-Back Period are set forth in the Prior Declarations, described herein or listed on **Schedule 2** hereto, and (ii) based on the review process conducted, as described in more detail in the Prior Declarations, (a) none of these relationships constitute interests adverse to the Debtors and (b) except as otherwise set forth in the Prior Declarations or below, all of these relationships involved consulting matters unrelated to the Debtors.

27.     As described in more detail in the Prior Declarations, as part of its practice, McKinsey provides support to clients on purchasing and supply management relating to direct and indirect materials and services, including in the oil, electric power, and natural gas sectors. To the best of my knowledge, (i) all such relationships during the Updated Look-Back Period are set forth in the Prior Declarations, described herein or listed on **Schedule 2** hereto, and (ii) based on the review process conducted, as described in more detail in the Prior Declarations, (a) none of these relationships constitute interests adverse to the Debtors and (b) except as otherwise set forth in the Prior Declarations or below, all of these relationships involved consulting matters unrelated to the Debtors.

28.     Certain McKinsey consulting affiliates, from time to time, have received non-cash compensation (such as equity securities or equity-like interests in a client) pursuant to alternative fee arrangements.  To the best of my knowledge, McKinsey has no such relationship with any entity on the Updated Consolidated Interested Parties List, but nonetheless note that McKinsey has such relationships with the following entities on the Updated Consolidated Expanded IPL: Fair Financial Corp, Fortis Healthcare Limited, General Fusion Inc., Infotel Argentina S A,[9] InfoTel Communications,[10] OnMobile Global Limited,[11] and Zymergen Inc.

29.     I also note that on January 7, 2021, Microsoft Corp. and Pacific Investment Management Company, LLC, parties in interest that were listed on Schedule 2 to the Initial Declaration, entered into a joint venture with Man Group plc, IHS Markit Ltd. and State Street Corp. that provides modular infrastructure for asset managers' middle and back office functions. McKinsey has been retained to provide consulting services to this joint venture.

30.     Based on the results of the surveys, no professional employed by McKinsey holds or held interests in equity securities issued by the Debtors while McKinsey was engaged to do work for the Debtors (including prepetition).

31.     To the best of my knowledge based on the results of the surveys, no other professional of McKinsey is related or connected to, any United States Bankruptcy Judge for the Southern District of Texas or the United States Trustee, or any employee in the Office of the United States Trustee for Region 7, except in each case as described in the Prior Declarations.

---

[9]     McKinsey's connection is to (Infotel) Informacion Y Telecomunicaciones, S.A., which may be affiliated with Infotel Argentina S A.

[10]    McKinsey's connection is to (Infotel) Informacion Y Telecomunicaciones, S.A., which may be affiliated with Infotel Communications.

[11]    McKinsey's connection is to OnMobile Systems, Inc., which may be affiliated with OnMobile Global Limited.

32.     As described in the Supplemental Declaration, in the ordinary course of business, McKinsey is at times engaged to serve as a subcontractor on a larger service contract for a client. For completeness, (i) the ultimate end clients for services during the Updated Look-Back Period are set forth in the Prior Declarations or **Schedule 2** attached hereto and (ii) the prime contractors (or their equivalent) for which McKinsey was engaged during the Updated Look-Back Period that are on the Updated Consolidated Expanded IPL and were not previously included in the Prior Declarations are identified here:  Atlas Energy Finance Corp., Atlas Methanol Company Unlimited, Atlas Noble, LLC, Atlas Processing Company, FTI Consulting, Trilogy Resources Corp. and Western Atlas International, Inc.

33.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine after reasonable inquiry, neither the Proposed Professionals, nor their consulting affiliates, nor any member of the Engagement Team holds or represents any interest adverse to the Debtors or their estates, and the Proposed Professionals constitute "disinterested persons" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by Bankruptcy Code section 1107(b), in that each of the Proposed Professionals and each member of the Engagement Team:

      a.     is not a creditor, equity security holder, or insider of the Debtors;

      b.     was not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

      c.     does not have an interest materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

34.     The Proposed Professionals will endeavor to further supplement this Declaration in the event they become aware of any relationship or other information that requires disclosure.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:   February 24, 2021
         New York, NY

By:   _Dmitry Krivin_____

Dmitry Krivin
Partner
McKinsey & Company, Inc. United States

## <u>Schedule 1</u>

Updated Consolidated Interested Parties List

**Interested Parties List**

**5% or More Equity Holders**

Morgan Stanley

**Bankruptcy Professionals**

| | |
|---|---|
| Akin Gump LLP | Kramer Levin Naftalis & Frankel LLP |
| Alvarez and Marsal | Lazard |
| CMS Cameron McKenna LLP | Perella Weinberg |
| Gibson Dunn | Quinn Emanuel Urquhart & Sullivan, LLP |
| Hogan Lovells US LLP | Shearman & Sterling |
| Houlihan Lokey | Skadden Arps, Slate, Meagher & Flom LLP |
| Jackson Walker | Slaughter & May |
| Kirkland & Ellis | Stretto |

**Bondholders**

| | |
|---|---|
| Aurelius Capital Management, LP | GoldenTree Multi-Sector Fund Offshore ERISA, Ltd. |
| Aurelius Capital Master, Ltd. | GoldenTree Multi-Sector Master Fund |
| Brigade Capital Management, LP | ICAV - GoldenTree Multi-Sector Master |
| Canyon Blue Credit Investment Fund L.P. | Fund Portfolio A |
| Canyon Capital Advisors LLC | GoldenTree V1 Master Fund, L.P. |
| Citibank | Gresham Multi-Asset Credit Fund, Ltd. |
| Crown Managed Accounts SPC - Crown / Lodbrok Segregated Portfolio | GT NM, L.P. |
| Crown Managed Accounts SPC - Crown/GT Segregated Portfolio | GTAM 110 Designated Activity Company |
| Deutsche Bank | Guadalupe Fund, LP |
| Drown Managed Accounts SPC - Crown / Lodbrok Segregated Portfolio | Healthcare Employees' Pension Plan - Manitoba |
| FS Credit Income Fund | High Yield and Bank Loan Series Trust |
| FS Multi Alternative Credit LLC | Indiana University Health, Inc. |
| Ginkgo Tree, LLC | Kapitalforeningen Investin Pro - Lodbrok Select Opportunities |
| GN3 SIP L.P. | King Street Capital Management, L.P. |
| GN3 SIP Limited | King Street Capital Master Fund, Ltd. |
| GoldenTree Asset Management LP | King Street Capital, L.P. |
| GoldenTree Credit Opportunities Master Fund Ltd. | King Street Europe Master Fund, Ltd. |
| GoldenTree Distressed Master Fund III Ltd | Lodbrok European Credit Opportunities Sarl |
| GoldenTree Distressed Onshore Master Fund III LP | Louisiana State Employees Retirement System |
| GoldenTree Insurance Fund Series Interests of the SALI Multi-Series Fund, L.P. | MA Multi-Sector Opportunistic Fund, LP |
| | MAP 512 Sub Trust of LMA Ireland |
| GoldenTree Master Fund, Ltd. | Mercer QIF Fund PLC - Mercer Investment Fund I |

Oaktree Opportunities Fund XB Holdings (Delaware), L.P.
Oaktree Opps XB Holdco Ltd.
OCM Luxembourg Opps XB S.A R.L.
OHA Artesian Customized Credit Fund I, L.P.
OHA Black Bear Fund, L.P.
OHA Strategic Credit Master Fund II, L.P.
Pacific Invesetment Management Company LLC
Pacific Investment Management Company LLC
Pandora Select Partners, LP

Rock Bluff High Yield Partnership, L.P.
San Bernardino County Employees Retirement Association
The Bank of New York Mellon Trust Company, NA
US Bank
Whitebox Asymmetric Partners, LP
Whitebox Caja Blanca Fund, LP
Whitebox Credit Partners, LP
Whitebox GT Fund, LP
Whitebox Multi-Strategy Partners, LP
Whitebox Relative Value Partners, LP

## Counterparties to Significant Leases/Executory Contracts

BP
BP Angola (Block 18) B.V
BP Berau Limited
BP Exploration (Delta) Limited
BP Mauritania Investments Limited
Burullus
Calumet Lubricants Co.
Cenovus Energy US, LLC
CHC Helicopter Support Services Inc.
Chevron
Chevron U.S.A. Inc., through its division Chevron North America Exploration and Production Company
China Offshore Oil Corporation E&P Mexico, S.A.P.I. de C.V.
Chrysaor
Chrysaor Petroleum Company U.K. Limited
Chrysaor Production (U.K.) Limited
Conocophillips Skandinavia AS
Cox Operating, LLC
DNO
EC Owner 2, LP
Eni Mexico, S. de R.L. de C.V.
Eni UK Limited
Enven Energy Ventures, LLC
Eog Resources Trinidad Limited
Equinor Energy AS
ExxonMobil
Fieldwood Energy E&P Mexico, S. de R.L. de C.V.

Fieldwood Energy LLC
Inpex
Ithaca Energy (UK) Limited
Jadestone Energy (Eagle) Ptd Ltd
JT Thorpe & Sons, Inc.
Kosmos
Kosmos Energy Gulf of Mexico, LLC
Lukoil
Lundin Norway AS
M Strategic Partners
Mellitah
Modec International, Inc.
Mubadala Petroleum B5 (Thailand) Limited
Murphy Exploration & Production Company-USA
Neptune E&K UK Ltd
North Oil Company (NOC)
One
One Gas Inc.
Premier
Premier Oil UK Limited
PT. Pertamina EP
PT. Pertamina Hulu Energi Offshore North West Java
PT. Pertamina Hulu Energi West Madura Offshore
Repsol
Santos WA Energy Limited
SapuraOMV

Sapuraomv Upstream (Western Australia)
   Pty Ltd
Saudi Arabian Oil Company
Saudi Aramco
Saudi Aramco Rowan Offshore Drilling
   Company
Shell Nigeria Exploration and Prodution
   Company Limited

Shell U.K. Limited
Summer Energy Holdings, Inc.
Total
Total E&P do Brasil Ltda.
Total E&P UK Limited
TR Energy Crossing Corp.
W&T Offshore
Woodside Burrup Pty. Ltd.

**Current D&Os**

Adam Weitzman
Adcax Nominees Limited
Adegoke, Taofeek Adegboyega
Ahmed, Mohamed
Akwukwuma, Chijioke
AL Azman, Khaled
Al Rushaid, Abdulla
Al Rushaid, Rushaid
Alan Quintero
Al-Khardawi, Habeeb Mansour
Alneghimsh, Faisal Nasser
Al-Rushaid, Abdulhameed Ahmad
Amsadi, Ravishanker
Armour, David A.
Badejo, Bandele
Baldwin, Dennis S.
Banda, Abdel Ameen
Basler, Kurt
Beltagy, Wael Bader
Bill Transier
Bost, Andrew
Carpenter, Scott
Castorena, Jose Alejandro Reyna
Charles L. Szews
Chequer, Alexandre
Choo, Loi Jin
Citco (Bermuda) Limited
Citco Management UK Limited
Clark, Michael
Correia, Nuno
Crane, Keith
Cross, Jonathan Paul
Cupessala, Jose
Darby, Elizabeth W.
Darby, Tommy E.

Darin Gibbins
Davor Vukadin
de la Garza, José Luis Esquivel
Desai, Himanshu
Dodi, Kwesi
Dr. Carl G. Trowell
Dr. Thomas Burke
Dsouza, Wilson Edward
Duran, Michael
Espeland, Frode
Estrada, Rogelio Lopez Velarde
Feriol, Nicholas Trapani Galea
Fitzgerald, Marty W.
Fordham, Stephen
Frederick Arnold
Garcia, Alberto
Georges J. Lambert
Ghazali, Ahmad Fauzi Bin
Gilles Luca
Gipson, Bobby
Gomes, Rui Miguel Silva
Grable, Colleen W.
Gray, Michael D.
Gullo, Carmen
Gullo, Carmen Gomes Romero
Hall, Julian Richard
Hall, Paula
Hammouda, Sherif
Hans Heinz Fiesel, Peter
Hoeft, Robert van 't
Holleman, Mark
Horricks, Thomas
Intertrust Secretarial Services Limited
Intertrust Secretarial, Services LTD
Jaciuk, Nicolas

| | |
|---|---|
| Jack Winton | Paul E. Rowsey, III |
| Jamaluddin, Encik Muhammad Rikhal | Paul Leand |
| Johnston, Christopher M. | Petridou-Sharpe, Harris |
| Jonathan Baksht | Pope, Joseph M. |
| Karamitsos, Timothy | Raimbault, Christophe |
| Keith O. Rattie | Rawson, Jamie |
| Kent, Derek J. | Rose, Ben |
| Klein, Kevin | Sample, Derek |
| Koltermann, Melanie | Sangalis, Theodore R. |
| Lambert, Georges | Sangster, Derek Andrew |
| Larsen, Kristin | Savaş, Harun |
| Lemes, Vinicius | Schrock, Darla |
| Mallams, Rodney | Seng, Lim Poh |
| Maria C. Silva | Shetty, Abhay M. |
| Martinez, Ezequiel M. | Spiros Nicholas Georgas |
| Mary E. Francis CBE | Suzanne P. Nimocks |
| McCartney, Roger C. | Sykes, Larry Frankie |
| McDonald, Alistair Robert | Taranger, Bjarte |
| McHenry, Kelly A. | Themistokleous, Polykarpos |
| Michael T. McGuinty | Thierry Pilenko |
| Mooney, Stephen Laurence | Trapani Galea Feriol, Nicolas |
| Morganelli, Jason | Trilex Nominees, Limited |
| Mosquito, Horacio | Trilex Secretaries, Limited |
| Nelson, Jamie | Trilex, Limited |
| Ngooi, Sylvia | Walker, Paul Mark |
| Noblehouse Corporate Services Ltd. | Weijermans, Marco |
| Nor, Suraya Binti Mohd | William E. Albrecht |
| Ochoa, Christian J. | Wilson, Peter |
| Olivier, John Borg | Winton, John |
| Ong, Karen | Wright Darby, Elizabeth |

## Customers representing 10% or More of the Debtor's Business

Total

## D&Os in the Last Two Years

| | |
|---|---|
| Abogado Nominees Limited | Carvalho, Ronald Crescencio |
| Al Ruwaili, Samer | Celano, Alexandra |
| Almasoud, Saud Mohamed | Clark, J. Roderick |
| Anderson, John | Decyk, Roxanne J. |
| Atwood Hunter Co. | Edwards, Robert W. III |
| Atwood Oceanics, Inc. | Eychenne, Jacques |
| Baiden, Kwesi A. | Foley, Aidan |
| Brady, Steven J. | Gallup, Ross |
| Brady, Steven Joseph | Gaut, C. Christopher |

Golden, Jack E.
Haddock, Gerald W.
How, Audrey Lim
Italia, Zarksis Dinshaw
Kalman, Francis S.
Kling Cougle, Melissa L.
Knowlton, John S.
Konstantinou, Georgios
Lex Ltd.
Lima, Anderson
Lopretti, Lourenco
Lowe, Patrick Carey
Mootien, Paramasiven Poolay

Morrison, Ernest A.
Nordin, Evelyn
Potter, Zachariah Abraham
Services Ltd., Coson Corporate
Smith, Kevin D.
Teixeira, Fabio J.
van Bohemen, Jan
van Bohemen, Johannes Bernardus
    Wilhelmus Gerar
Watson, Simon
Wedemeyer, Phil D.
Wesselingh, Eric

## Governmental/Regulatory Agencies

Aberdeen City Council
Administracao Geral Trigutaria
Agencia Tributaria
Alabama Department of Revenue
Alabama Department of Revenue Mobile
    County
Aldine ISD
Austin County Appraisal District
Australian Border Force, Canberra District
    Office
Australian Tax Authority
Belastingdienst, Kantoor Amsterdam
Brazilian Federal Revenue Office
Brazilian Institute of the Environment and
    Renewable Natural Resources
Brazoria County Tax Assessor-Collector
Channelview ISD Tax Assessor
Collin County Tax Assessor-Collector
Commissioner of Income Tax
Cypress FISD
Dallas County Tax Office
Delaware Division of Corporations
Delaware Secretary of State
Denton County Tax Assessor Collector
Department Zakat and Income Tax
Directorate General of Customs and Excise
    (Indonesia)
Directorate General of Taxes (Indonesia)
Directorate of Norwegian Customs
Dubai Customs

Egyption General Authority for Investment
    and Free Zones
Egyption Tax Authority
Federal Government of Nigeria
Federal Tax Authority (UAE)
Fort Bend County Tax Assessor
Fort Elliott CISD
Freight Forward / Panalpina, Inc.
General Authority of Customs (Qatar)
General Authority of Zakat and Income Tax
Goose Creek CISD
Government of the Republic of Trinidad and
    Tobago
Grimes Central Appraisal District
Harris County Appraisal District
Harris County FWSD 6
HCAD-Ann Harris Bennett
HCAD-Greens Prkwy MUD
HCAD-NW Harris MUD # 24
Hemphill County
HM Government of Gibraltar, Ministry of
    Finance, Income Tax Office
HM Revenue and Customs
HMRC - UK Tax Authority
Iberia Parish Tax Collector
Indonesian Tax Authority
Internal Revenue Service
Irving ISD
Jabatan Kastam Diraja Malaysia
Jefferson County Tax Assessor - Collector

Jefferson Davis Parish - Ivy J. Woods,
    Sheriff & Ex-Officio Tax Collector
Klein ISD
Korea Customs Services
Lafayette Parish School System
Lafayette Parish Tax Collector
Lafourche Parish
Louisiana Department of Revenue
Louisiana Secretary of State
Malta Tax Authorities
Mauritania Ministry of Finance
Ministerie Van Financien (Suriname)
Mississippi Department of Revenue
Mississippi Secretary of State
Netherlands Human Environment and
    Transport Inspectorate -Ministry of
    Infrastructure and Water Management
Nevada Secretary of State
Parish of Assumption - Leland Falcon
    Sheriff & Ex-Officio Tax Collector
Plaquemines Parish Sheriff's Office
Prefeitura da Cidade do R.J. (BRL)
Prefeitura Municipal de Macae (BRL)
Qatar General Tax Authority
Reagan County Tax Office
Receita Federal do Brasil
Revenue Department (Payroll & VAT -
    Thailand)
Revenue Department of Thailand
Rio De Janeiro, Municipality of, Secretariat
    of State for Finance
Saudi Arabia, Government of, Ministry &
    Finance, General Authority of Zakat &
    Tax

Saudi Customs Authority
Scottish Environment Protection Agency
Secreta da Fazendo do Estado do Rio de
    Janeiro
Sheldon ISD Tax Office
Singapore Customs
South Korea, Government of, Ministry of
    Economy & Finance, Customs Service
St. Martin Parish Sheriff
St. Mary Parish Sheriff's Office - Ex-Officio
    Tax Collector
St. Tammany Parish
Suriname Tax Collector
Swiss Federal Tax Administration
Tarrant County
Tax Department of Tripoli
Terrebonne Parish Tax Collector
Texas Comptroller of Public Accounts
Texas Secretary of State
Thai Customs
Travis County Tax Collector
Tunisian Tax Authority
U.S. Bureau of Safety and Environmental
    Enforcement, Gulf of Mexico OCS
    Region
U.S. Enviromental Protection Agency
U.S. Securities and Exchange Commision -
    Bankruptcy Dept
United Arab Emirates, Government of,
    Federal Customs Authority
United Kingdom Health and Safety
    Executive
US Customs and Border Protection
Waller County

## Insurance

AIG Asia Pacific Insurance Pte. Ltd.
AIG Australia Limited
AIG Egypt Insurance Company S.A.E.
AIG Europe S.A.
AIG Europe S.A., Luxembourg
AIG Malaysia Insurance Berhad
AIG Seguros Brasil S.A.
AIICO Insurance
Allianz Global Corporate & Specialty SE

Allianz Global Risks US Insurance
    Company
Allianz Nigeria Insurance Plc
Allied World Assurance Company (Europe)
    DAC
American International Group UK Limited
Anchor Insurance
Antares Syndicate 1274
Arch Insurance (UK) Limited

Arch Insurance (UK) Ltd
Arch Reinsurance Ltd.
Argo Re Ltd.
Assuranceforeningen Skuld-Gjensidig
Aviva Insurance Limited
Axa Mansard Insurance
AXIS Specialty Europe SE
Berkley Offshore Underwriting Managers
    on behalf of StarNet Insurance Company
Colony Insurance Co.
Consolidated Hallmark Insurance
Convex Insurance UK Limited
Convex Insurance UK Ltd
Cornerstone Insurance
Custodian & Allied Insurance
Cyber Stream Consortium 9777
Endurance Worldwide Insurance Ltd.
FBN General Insurance
Fin Insurance
First Liberty Insurance Corp.
Great Lakes Insurance SE
Grupo Mexicano de Seguros, S.A. de C.V.
    (GMX Seguros)
Guinea Insurance Plc
Hartford Casualty Insurance Company
HDI Global Specialty SE
Hiscox Insurance Company (Guernsey)
    Limited
Houston Casualty Company
Hudson Specialty Insurance Company
Insurance Co. of the State of PA
International General Insurance Company
    Limited on behalf of Colony Insurance
    Company
Lancashire Insurance Company (UK) Ltd
Lasaco Assurance
Leadway Assurance
Liberty Mutual Fire Insurance Co.
Liberty Mutual Insurance Company
Liberty Speciality Markets Agency Limited
Liberty Specialty Markets Bermuda Limited
Linkage Assurance
Lloyd's Consortium 9582 (Apollo Marine &
    Energy Liab Consortium 25)
Lloyd's Syndicate ACA 2014 - Acapella
Lloyd's Syndicate AML 2001 - Amlin

Lloyd's Syndicate ASC 1414 through Ascot
    Underwriting Inc.
Lloyd's Syndicate AUL 1274 - Antares
Lloyd's Syndicate AXS 1686 - Axis
Lloyd's Syndicate BRT 2987 - Brit
Lloyd's Syndicate BRT 2988 - Brit
Lloyd's Syndicate COF 1036 - QBE
Lloyd's Syndicate CSL 1084 - Chaucer
Lloyd's Syndicate MKL 3000 - Markel
Lloyd's Syndicate MRS 457 - Munich Re
    (Watkins)
Lloyd's Syndicate PEM 4000 - Pembroke
Lloyd's Syndicate 1183 through Validus
    Specialty Underwriting Services, Inc.
Lloyds Syndicate 1218 NWL
Lloyds Syndicate 1221 NAC (Navigators)
Lloyds Syndicate 1274 (AUL)
Lloyds Syndicate 1301
Lloyds Syndicate 1458 (Renre)
Lloyds Syndicate 1492 PRB (Probitas)
Lloyds Syndicate 1686 AXS (Axis)
Lloyds Syndicate 1886 QBE
Lloyds Syndicate 1919 CVS
Lloyds Syndicate 1919 CVS (CV Starr)
Lloyds Syndicate 1955 (BAR)
Lloyds Syndicate 2001 AML
Lloyds Syndicate 2003
Lloyds Syndicate 2003 (XLC)
Lloyds Syndicate 2468 NEO (Neon)
Lloyds Syndicate 2623 AFB
Lloyds Syndicate 2786
Lloyds Syndicate 33 - Hiscox
Lloyds Syndicate 33 HIS (Hiscox)
Lloyds Syndicate 4472 LIB (Liberty)
Lloyds Syndicate 4711 ASP (Aspen)
Lloyds Syndicate 623 AFB
Lloyd's Syndicate AES 1225 - Aegis
Lloyd's Syndicate AES 1225 - Aegis
Lloyd's Syndicate AMA 1200 - Argo
Lloyd's Syndicate APL 1969 - Apollo
Lloyd's Syndicate ARK 4020 - Ark
Lloyd's Syndicate ASC 1414
Lloyd's Syndicate ATL 1861 (Amtrust)
Lloyd's Syndicate CCL 3010 - Cathedral
Lloyd's Syndicate CNP 1861
Lloyd's Syndicate CNP 1861 - Canopius

Lloyd's Syndicate CNP 4444
Lloyd's Syndicate CNP 4444 - Canopius
Lloyd's Syndicate HAM 4000 - Hamilton
Lloyds Syndicate SJC 2003 - XLCatlin
Lloyd's Syndicate TRV 5000 - Travelers
Markel Bermuda Limited
Markel International Insurance Company
    Limited
Marsh Limited
MISR Insurance Co.
Mutual Benefits Assurance
National Union Fire Insurance Company of
    Pittsburgh, PA
NEM Insurance
NSIA Insurance
Old Mutual General Insurance
Prestige Assurance
QBE UK Limited
Regency Alliance Insurance
Royal Exchange Gen. Insurance (Lead)
Safe Harbor Pollution Insurance±
Scor UK Company Limited
Seacurus Ltd through CrewSeacure
Signal Mutual Indemnity Association, Ltd.
Starr Indemnity & Liability Company via
    Starr Aviation Agency, Inc.

Starr Insurance & Reinsurance Ltd.
Starr Interntational (Europe) Ltd.
StarStone U.S. Intermediaries Inc. on behalf
    of StarStone National Insurance
    Company
Sterling Assurance Nig.
Stream Oil & Gas Cyber Consortium - 9777
Sunu Assurance Plc
Swiss Re International SE
Unitrust Insurance
Universal Insurance
Veritaskapital Assurance Plc
Volante International Limited
W.R. Berkley Europe AG
Wapic Insurance
WQIS
XL Bermuda Ltd.
XL Seguros Brazil S.A.
Zenith General Insurance
Zurich Insurance Plc UK Branch - $100mm
    x $275mm
Zurich Insurance Plc UK Branch - $100mm
    x $375mm
Zurich North America

## Investment Bankers

Lazard

## Landlords

Al Hugayet - New Office
Arenco Real Estate
Ashville Asset Management
Athajakco.,Ltd
CBRE
Circadian Investments Limited
Classic Beauty Holdings Ltd
Dayspring Property Development Company
DNV GL Pensjonskasse
Eastern Logistic
EC Owner 1 LP
Global Advance Leasing
Greater Lafourche Port Comm.

Hines REIT 2800 Post Oak LP
HTSG A/C Suntec REIT
Icon Lightyear Propco BV
Inti Fauzi Corpora
Ios Offices
Josefina de Lourdes Lliteras Repetto
Karla Dallale
Lafourche Port Commission
Lambert Smith Hampton
Maria Andrea Navarro Chavez
Milestone Homes Real Estate Broker
Pky-San Felipe Plaza L.P.
Regus

Regus Al Jaidah
SRG Properties LLC
STAG TX Holdings, LP
Suntec Real Estate Investment Trust

TPG - San Felipe Plaza LP
TR Energy Crossing Corp. II
West Hardy
Williams Tower

## Lenders and Lienholders

Ace Insurance Company
ADNOC
Australia and New Zealand Banking Group
    Limited
Babylon Den Haag B.V.
Banc of America Credit Products Inc.
Bank Negara Indonesia
Bank of America Merrill Lynch
Bank of America, N.A.
Bank of China, New York Branch
Bank of New York Mellon, Global
    Corporate Trust Administration
Bankers Trust Co. Corp.Trust
Barclays Bank Plc
Blake Landry
BNP Netherlands
BNP Paribas
BNP Paribas NY & Johannesburg
BOKF, N.A.
BP Berau Ltd
Brigade
Burullus Gas Company
Canarship, S.L.
Centerbridge
Charles Schwab & Co., Inc.
CIC
Citibank
Citibank, N.A.
Citicorp North America, Inc.
Citigroup
Credit Agricole Egypt
Credit Industriel et Commercial
Dallas County Clerk - Texas
Dallas Court at Law - Texas
Dallas District Court - Texas
Department of Trade & Industry South
    Africa
Deutsche Bank
Deutsche Bank Abu Dhabi

Deutsche Bank AG
Deutsche Bank AG New York Branch
Deutsche Bank Riyadh Branch
Deutsche Bank Trust Company Americas,
    Global Transaction Banking Trust &
    Agency Services
DNB Bank ASA
DNB Capital LLC
Douanes Algeriennes
General Authority for Investment & Free
    Zones
General Customs Authority Saudi Arabia
GoldenTree
Goldman Sachs Bank USA
Goldman, Sachs & Co.
Guaranty Trust Bank Plc
Harris County Clerk - Texas
Harris Court at Law - Texas
Harris District Court - Texas
HSBC
HSBC Bank USA, N.A.
HSBC Middle East
HSBC Middle East, Qatar
HSBC Qatar
Innovative Applications, Inc. d/b/a Inoapps
    USA
Itau Unibanco - New York Branch
Kent County Prothonotary - Delaware
Kent County Recorder - Delaware
Kent Superior Court - Delaware
KS StateBank
Lodbrok
M&T Bank
Mizuho Bank, Ltd.
Morgan Stanley Senior Funding, Inc.
MUFG Bank, Ltd.
New Castle County Prothonotary - Delaware
New Castle County Recorder - Delaware
New Castle Superior Court - Delaware

NIBC Bank N.V.
Nigeria Customs Service
Nordea Bank AB, London Branch, as
    Collateral Agent
North Oil Company
Oakhill
Oak Hill Advisors LP
Oaktree
Oaktree Capital Management LP
Pertamina Hulu Energi West Madura
    Offshore
PIMCO
PT Pertamina Hulu Energi
PT Pertamina Hulu Energi Offshore North
    West Java (PHE ONWJ)
PT. Pertamina EP (PEP)
Qatar Petroleum
Recorder of Deeds - Washington DC
Saudi Arabia, Director of Rastanura
    Customs
Saudi Investment Bank
Secretary of State - Delaware
Secretary of State, Statutory Filings
    Division, Corporations - Texas
Signal Mutual Indemnity Association
Skandinaviska Enskilda Banken AB (Publ)
Standard Chartered Bank
Superior Court - Washington DC

Texas Workforce Commision
Travis County Clerk - Texas
Travis Court at Law - Texas
Travis District Court - Texas
U.S. Bank Equipment Finance
U.S. Bank Equipment Finance, a division of
    U.S. Bank National Association
U.S. Bankruptcy Court - Delaware
U.S. Bankruptcy Court - Washington DC
U.S. Bankruptcy Court Northern District -
    Texas
U.S. Bankruptcy Court Southern District -
    Texas
U.S. Bankruptcy Court Western - Texas
U.S. District Court - Delaware
U.S. District Court - Washington DC
U.S. Northern District Court - Texas
U.S. Southern District Court - Texas
U.S. Western District Court - Texas
UAE Dept. of Labour
Wells Fargo
Wells Fargo Bank, National Association
Wex Bank dba Wright Express FSC
Whitebox
Wilmington Savings Fund Society, FSB, as
    DIP Agent
Wilmington Trust, N.A.
Xerox Financial Services

**Parties to Significant Actual or Known Potential Litigation With the Debtors**

Al Rushaid Trading Company
Apache Deepwater, LLC
Apex Analytics, LLC
Attorney General of Nigeria - Economic &
    Financial Crimes Commission
Aurelius Capital Management
Badger Oil Corporation
Baker Hughes Oilfield Operations LLC
Baker Hughes, a GE Company, LLC
Becker, Jamie
Berlanga Myanmar Pte. Ltd.
Boo-Ker Oil & Gas Corp.
BP America Inc.
BP Corporation North America Inc.
BP Products North America Inc.

Canyon Capital Advisors
Charles Moosa
Chevron Phillips Chemical Company, LP
Chief of the Customs Revenue Service of
    the Victória Port of the State of Espírito
    Santo
Citibank
ConocoPhillips Company
Courtney Procell
Cypress Energy Corporation
David Cook (Employee of Stowen Group,
    Personal Injury)
Devin Schonewitz
Diamond Offshore Drilling, Inc.
DNB Bank

Edward Tierney
El-Oil, Ltd.
Flash Gas & Oil Southwest, Inc.
Gordon Gillies
Government of Brazil - Ministry of
    Petroleum
Government of Spain
Hsieh, David
Indonesian National Police
Jakarta Police
James Bryce (Mcauthor Bell et al. v.
    Chevron Phillips Chemical et al.)
Key Exploration Company
King Street Capital Management
Klentos Production Corporation
KVRE - GVI Shipyard Dispute
Levi Korsinsky
M&T Bank
Mbang & Others (Former Employees in
    Chad)
Mbang vs Pride Forasol - Chad branch
Montello, Inc.
Nustar Pipeline Company, LLC
Pertamina
Petro-Chem Equipment Company, Inc.

Pintail Minerals Corporation
Quinn Emanuel
Randall Whitney d/b/a Titan Technical
    Training
Repsol
Riceland Petroleum Company
Ripsa
Rushaid, Al
Schlumberger Technology Corporation
Shell Offshore, Inc.
SKK Migas
Stephen Fortune
Sunbelt Energy, Ltd.
Swepi LP
Texaco Inc.
The Allan Company
The Crown Office and Procurator Fiscal
    Service (Aberdeen)
UMB Bank
UMB Bank NA
Union Carbide Corporation
Urssaf d'Ile de France
Wells Fargo
Xiaoyuan Zhang

## Professionals

FTI Consulting
Jefferies

Morrison & Foerster LLP

## SDTX Bankruptcy Judges and Staff

Albert Alonzo
Christopher M. Lopez
Daniela Mondragon
Darlene Hansen
David J. Bradley
David R. Jones
Eduardo V. Rodriguez
Elizabeth Miller
Henry G. Hobbs, Jr.

Jeannie Andresen
Jeff Bohm
Jeffrey P. Norman
Kiran Vakamudi
Linhthu Do
Marvin Isgur
Ruben Castro
Vriana Portillo

## Shareholders Who Hold More Than 5%

AzValor Asset Management SGIIC SA

Blackrock Inc

Contrarius Investment Management L
Dimensional Fund Advisors LP
Luminus Management LLC

Odey Asset Management Group Ltd
Vanguard Group Inc

## Significant Vendors

3C Metal International LLC
A/S Dan-Bunkering Ltd.
ABB
Able UK Ltd
Acme Truck Line, Inc.
Activpayroll Limited
Addleshaw Goddard (Middle East) LLP
Adeptun Caxton-Martins Agbor &
ADP, LLC
Advance Global Recruitment
Advantage Marine Services
Advocatenkantoor Essed &
Advokatfirmaet BA HR DA
Advokatfirmaet Schjodt AS
Aelex, Legal Practitioners & Arbitrators
AFP
Afridi and Angell
Agence France-Presse SA
Aggrego Services DMCC
Ahmad, Zavitsanos, Anaipalos and Mensing
Al Rushaid Trading Company
Algosaibi Services Company Ltd
Allen & Gledhill LLP
Allied Caterers Limited
Allrig Inc.
Alshafak Oil Services Company
Altus Oil & Gas Services
Aluko and Oyebode
American Bureau of Shipping
Amirah Rahaman
Anderson Strathern
Angola, Government of, Ministry of Finance
Aquaterra Energy Ltd
Arab Shipbuilding and Repair Yard Co.
Aramark
Arenco Real Estate
Aries Marine LLC
Arke Creative Limited
Arnold & Porter Kaye Scholer LLP
Artemis Energy Limited

Ashurst LLP
Astilleros Canarios, S.A.
Atlas Professionals
Atlas Professionals UK Ltd
Australian Taxation Office
Automatic Data Processing Inc.
Axa Seguros SA de CV
Baker Botts L.L.P.
Baker Hostetler
Baker Tilly MKM and Ayad Al Seraihi CPA
Baker Tilly Virchow Krause LLP
Bank of America
Bankers Trust Co. Corp.Trust&
Bayou State Marine & Industrial Supply
BDO (WA) Pty Ltd
BDO LLP
Beckett Logistics Management Ltd
Bentsi Enchill Letsa and Ankomah
Bhagwan Marine Pty Ltd
Binder Dijker Otte LLP
Black Diamond Offshore Rentals
Blank Rome LLP
BLM Avocats
Blue Cross Blue Shield
BME Services
Board of Inland Revenue
Bollore Logistics
Bolloré Logistics GIE
Bonelli Erede Lombardi Pappalardo Studio
Bosch Rexroth Pte Ltd
Boskalis Offshore Heavy Marine Transpo
Bossong Engineering Pty Ltd
Bourner Bullock
Bracewell LLP
Bradesco Saude S/A (BRL)
Brastech Servicos Tecnicos e Construcoes
Brazil, Government of, Ministry of the
    Economy
Brazil, Government of, National Institute of
    Social Security

Brazil, Government of, Tax on Services of
    Any Nature
Bredin Prat
Bupa Arabia for Cooperative Insurance
Cable Solutions ESWL
Cable SolutionsWorldwide Ltd.
CAC Specialty
Caixa Economica Federal (BRL)
Cameron
Cameron Al Rushaid Co. Ltd.
Camorim Servicos Maritimos Ltda
Campos Mello Advogados
Canadian Medical Center
Canarship S.L.
Canega S.A. de C.V.
Capstone Health Pty Ltd
CCB Zamakona Offshore
CGX Resources Inc
Charter Supply Company
Chef du Bureau de Recouvrement de la
    DGE
Chet Morrison Contractors Inc
Cigna
Citibank
Citibank Egypt Tax Account
Civmec Construction Engineering Pty Ltd
Clark Hill Plc
Cleanblast, LLC
Cloudera Inc
Clover Tool Co.
Coherent Economics LLC
Compass Arabia Company Ltd
Compass Catering Services WLL
Comptroller of Customs and Excise
Comptroller of Income Tax
Computershare Investor
Connect Energy Services Pte Ltd
Contitech Oil & Marine Corp
Control Risks Group LLC
Conyers
Conyers Dill & Pearman Ltd.
Copastur Viagens e Turismo Ltda
Crane Worldwide Logistics LLC
Crosby Tugs, Inc.
Crystal Offshore Pte Ltd
CSI, Inc.

Cumhuriyet Vergi Dairesi
Cynthia Conner & Her Attorneys,
D Law
Daewoo Shipbuilding & Marine
    Engineering
De Brauw Blackstone Westbroek
Delmar Systems, Inc
Deloitte & Touche
Department Zakat & Income Tax
Derrick Services UK Ltd
Deutsche Bank AG
DNOW L.P.
Dooley Tackaberry, Inc.
Drilco Wellbore Integrity Solutions
Drillmar Resources Limited
Dril-Quip, Inc.
Easa Saleh Al Gurg Charity Foundation
Eastham, Watson, Dale & Forney
EC Owner 1 LP
Economic Partners LLC
Egyptian Drilling Company
Electro Flow Controls Ltd
Elvinger Hoss
Emtunga Solutions AB
Enermech Limited
ENSCO Claims
Entier Ltd.
Equinor Energy AS
Equipment Resources International, Inc.
Ernst and Young LLP
ESS Support Services Worldwide
ESWL Ltd.
Everge Group LLC
Eversheds Sutherland US LLP
Evoke Technologies Pvt Ltd
Exloc Instruments Inc.
Falck Nutec Brasil Treinamentos EM
Fátima Freitas & Associados
Federal Govt of Nigeria
Ferah & Associates
FGTS a Recolher
Fidelity
Fitzwilliam Stone Furness-Smith & Morgan
FMC Technologies, Inc.
Forum US Inc
Fragomen Global LLP

Franks International
Fremin General Contractors LLC
Fugro USA Marine, Inc.
Fundo de Garantia do Tempo e Serviço
G & J Land and Marine Food
GAC Bunker Fuels (Gulf Agency)
Galicia Abogados
Galloway, Johnson, Tompkins, Burr &
    Smith
Ganado Advocates
Gates Engineering & Services Pte Ltd
Gearhart United Pty Ltd
General Organization for Social Insuranc
General Tax Authority
Gibb Tools Ltd
Gibson, Dunn and Crutcher LLP
Gilbert and Tobin
Global Ocean Rig - GOT Norway
Global Resource Management Ltd
Global Riser SL
Global Travel Solutions Agency For
Goldman, Sachs & Co.
GPO Amethyst Limited
GPO Sapphire Limited
GR Servicos e Alimentacao Ltda
Graco Mechanical, Inc.
Graebel Relocation Services Worldwide, I
Grainger
Grant Prideco
Grant Thornton LLP
Griffin Americas
Gulf Agency Company
Gulf Copper Drydock & Rig Repair
Gulf Engineering Services Limited
H.M. Government of Gibraltar
Hammad and Al Mehdar Law Firm
Harris Pye Gulf L.L.C.
Hart & Hart
Hassan Al Khater Law Office
Haynes and Boone CDG, LLP
Hempel Coatings
Hengeler Mueller
Heritage Partners
Hidramar S L
Higgs & Johnson
HM Revenue & Customs

Holland and Knight LLP
Homburger AG
HSBC Bank USA
Hull Blyth
Hurlburt, Monrose & Ernest
Hydril Vetco GE Baker Hughes
Icon Engineering Pty Ltd.
Imenco
Ince Gordon Dadds LLP
Incisive Law LLC
Independent Oil Tools
Inductive Automation
Industrial & Marine Solutions Pty Ltd
Industrial Air Tool, L.P., L.L.P.
Inland Revenue Board
INSS a Recolher
Instituto Nacional de Seguranca Social
Intelligent Energy Services Co. Ltd.
Intels Nigeria Limited
Intermoor Ltd
International SOS Assistance
International SOS Australasia Pty Ltd
IPT Global
Isolas LLP
Israel Tax Account EUKDL
ISS a Recolher
Itau Vida e Previdencia S.A
J Mark Heldenbrand PC
Jackson Lewis
Jakarta, City of (Indonesia), Department of
    the State Treasury
Jansen & Willumsen Services AS
Japan Petroleum Exploration Co Ltd
Jeansonne and Remondet LLC
JJ MM Maritime c/o Suisca
JLT
Johnson Winter and Slattery
JSL International
JTL Special Projects Ltd
JVS Industries Pvt Ltd
K and L Gates
Kant. Steuerverwaltung BST
Kas Negara
Kean Miller
Kennedy Wire Rope & Sling Co.
Kenscott Limited

Keppel Fels Limited
Keppel Letourneau USA, Inc.
Kim & Chang
King & Spalding
Kirkland & Ellis LLP
Kluge Advokatfirma DA
Kongsberg Maritime
Kosmos Energy Suriname
KPMG
Kraft & Lege
Laborde Marine Management LLC
Lamprell Energy Ltd
Latham and Watkins LLP
Law Office of Alan R. Hinaman, PLLC
Law Offices of Gebran Majdalany
Lazard Freres and Company LLC
Life Insurance Co. of North America
LINA
Logan Industries International Corp
Louisiana Machinery Co., Inc.
Lugenbuhl Wheaton Peck Rankin &
    Hubbard
Luminus Energy Partners Master Fund Ltd
M & M Industrial Services, Inc
Maaber for Logistics Services
MacDermid Offshore Solutions
MacLean Electrical Group Limited
Mako Oilfield Services, LLC
Malheiros Filho Meggiolaro Prado
Man Diesel and Turbo N America
Marfood Comercio e Servicos de Hotelaria
Marfood Trade & Hospitality Services Ltd.
Marin Subsea Ltd
Marine Systems, Inc.
Marmedsa USA LLC
Marsh USA, Inc. Houston
Martin Energy Services LLC
Masergy Communications, Inc.
Mattos Filho Veiga Filho Marrey Jr
MCI Electrotechnics
Mckinsey and Company Inc
Mediterranean Trading and Shipping
Meitar Liquornik Geva Leshem Tal
Menergy
Metlife Metropolitan Life Insurance Co
Meyer Orlando LLC

Mhwirth
M-I Drilling Fluids (S) Pte Ltd
Michael Allan Andrew Quamina
Microsoft Corporation
Midcontinent Aberdeen Ltd
Miller & Chevalier Chartered
Ministerio das Financas
Ministerio de Fazenda
Miranda Correia Amendoeira & Associados
MMH Malta Limited
Morgan Stanley & Co LLC
Motive FZC
Mourant Ozannes Corporate Svcs Ltd
MSTS Asia Sdn Bhd
Mukhtar, Kelbash & Elgharabli
Nangia and Company LLP
National Oilwell Varco, L.P.
National Oilwell Varco-Brandt
Nexus People Management
Nigeria Customs Service
Noerr LLP
Novagest - Servicos e Gestao, S.A.
Nox Fondet
NWN Corporation
OCB Oilfield Services FZCO
Ocean Oilfield Services FZE
Oceaneering International
Odfjell
OES Deepsea Limited
OES Oilfield Services S Pte Ltd
Offshore Heavy Transport
Offshore Marine Contractors
Offshore Rig Movers International, Inc.
Ogre Pte Ltd
Oil States Industries, Inc
Olympus Marine Services DMCC
Olympus Marine Services LLC
Onepath
Onepath Funds Management Ltd.
Oracle America, Inc.
Oracle USA, Inc.
Orion Manpower Services Ltd
Panalpina, Inc.
Pegasystems, Inc
Pensjonstrygden for Sjomenn
Pentagon Freight Services Pty Ltd

Pinsent Masons LLP
PJT Partners LP
PKF
PKY San Felipe Plaza, LP
Polar Rig Specialties, Inc.
Pon Power AS
Port of Dundee Ltd
Posh Terasea Offshore Pte Ltd
Power Specialties, LLC
Presserv Ltd.
PricewaterhouseCoopers LLP
Prime Ocean Personnel
PT Energy Logistics
PT OMS Jasa Indonesia
PT Prasmanindo Boga Utama
PT. Oilfield Crew Management Indonesia
Quicksilver Drilling Technologies LLC
R & R Marine Fabrication & Drydock
Rahmat Lim & Partners
Ramps Logistics Limited
Rawabi Holding Company
RDT, Inc.
Red Wing
Red Wing Shoe Co. Inc.
Reeder & Simpson P.C.
Regus
Relyon Nutec
RelyOnNutec AS
Rexel Inc-Formally Rexel Summer Electric
Richards, Layton & Finger, PA
Rig Irm, Inc.
Rig Resources Pte Ltd
Rigfit Offshore Ltd
RigNet, Inc.
RigQuip
Rimini Street, Inc
Ringers Technologies LLC
Rio Mar Ltda - ME
Rolls Royce Marine North America
Romar Offshore Welding Services L.L.C.
Romulo
Romulo Mabanta Buenaventura Sayoc & de
    Los Angeles
Rowan Pension Plan
RPS Energy
RSM US LLP

RTC Offshore AS
Russell Cooke LLP
Ryan Law
Ryan LLC
Safety Management Systems
Salarios A Pagar
Sandline
Sandline Discovery LLC
Saudi Arabia, Government of, General
    Organization for Social Insurance
Saudi Aramco Rowan Offshore
Saudi Aramco Rowan Offshore Drilling Co
Schlumberger
Seatrax, Inc.
Secretaria de Hacienda
Semco Maritime Limited
Servicio de Administracion Tributaria
Seven Seas Energy SA de CV
Shalakany Law Office
Shearman and Sterling LLP
Shell
Sher Garner Cahill Richter
SHI International Corp.
Siem
Singapore, Government of, Comptroller of
    Income Tax
Skatteoppkrever Utland Tax Collector
Skatteoppkrever Utland/Tax
Skrine
Slaughter and May
Smith International Gulf Services, LLC
Smyser, Kaplan & Veselka, LLP
Sodexo
Sodexo Indonesia, PT
Soemadipradja and Taher
Soewito Suhardiman Eddymurthy Kardono
Softcat PLC
Solas Marine Services Co. LLC.
Sotreq SA
Southwest Oilfield Products
Souza, Cescon, Barrieu and Flesch
Souza Cescon Barrieu & Flesch Advogados
Sparrows Offshore Services Ltd
Spencer Ogden
SRI Energy, Inc.
ST Engineering - Halter Marine

Stag TX Holdings, LP
Stagegate Project Services Pte Ltd
Stancil Property Tax, LLC
Stavanger Engineerin AS
Storebrand Livforsikring AS
Stowen Ltd
STX Marine Service Co., Ltd.
SUBC Engineering Ltd
Subtec Pro Ltd
Sun Marine Corporation
Supply Oilfield Services, Inc.
Survitec Group
Sutherland Asbill & Brennan LLP
Swire Pacific Offshore Pty Ltd
T. Rowe Price
Talod Oceanair Freight Ltd
Taylors International Services
Tercel Oilfield Products USA, LLC
Texo Drone Survey & Inspection Ltd.
Texo Group
Thanh Ngoc Pte Ltd
The Abernathy MacGregor Group
The Bale Law Firm, PLLC
The Bank of New York
Thrustmaster
Ticket Serviços
Tigamitra Jaya Abadi, PT
Torque Point Advisors LLC
Total Safety US Inc
Tractors
Tractors Singapore Ltd.
Tramites Aduanales Gerez
Transmagno Transportes Rodoviarios Ltda
Transocean Ltd
Traume Offshore Solutions Eireli
Treasury General Account

Trinidad & Tobago, Government of,
    Comptroller of Customs And Excise
Tsebo Solution Group Pty Ltd
Tuboscope
Tucker Energy Services Limited
U.S. Bolt Manufacturing, Inc.
UBS Financial Services
United States Treasury
Uria Mendez Abogados S.L.P.
US Bank NA
Vallourec Drilling Products
Vetco Gray
Vieira de Almeda & Associates
Viking Life-Saving Equip. AS
Vinson & Elkins
VMS Group A/S
W.W. Grainger Inc.
W/Holding Tax-Revenue Dept-Thailand
Walkers Corporate Limited
Wartsila North America, Inc.
Weatherford
Weerawong Chinnavat and Partners Ltd
Wellconnection (Indepdendent Oilfied)
Wells Fargo
West Africa Catering Nigeria Limited
Wikborg Rein & Co.
Wikborg Rein LLP
Wilhelmsen Ships Ser Ltd
William Eng Pte Ltd
Williams Tower, LP
Wipro Limited
Woodside Energy Limited
Worldwide Food Suppliers Ltd
Worldwide Oilfield Machine
Xerox
Yetter Coleman LLP
Zimmermann Lavine & Zimmermann PC

## Subsidiaries/Affiliates

Alpha Achiever Company
Alpha Admiral Company
Alpha Archer Company
Alpha Aurora Company
Alpha Falcon Company
Alpha Falcon Drilling Company

Alpha International Drilling Company S.À
    R.L. (In Liquidation)
Alpha Leasing Drilling Limited
Alpha Mako Company
Alpha Manta Company
Alpha Offshore Drilling (S) Pte. Ltd.

Alpha Offshore Drilling Services Company
Alpha Offshore Drilling Services Company
    (Ghana) Limited
Alpha Offshore Drilling Services Company
    Lda
Alpha Offshore International Leasing
    Limited
Alpha Orca Company
Alpha Osprey Company
Alpha South Pacific Holding Company
Atlantic Maritime Services LLC
Atlantic Maritime Services LLC (Trinidad
    Branch)
Atwood Advantage S.À R.L. (In
    Liquidation)
Atwood Australian Waters Drilling Pty Ltd
Atwood Beacon S.À R.L. (In Liquidation)
Atwood Deep Seas, Ltd.
Atwood Drilling LLC
Atwood Hunter LLC
Atwood Malta Holding Company Limited
Atwood Oceanics (M) Sdn. Bhd.
Atwood Oceanics Australia Pty. Limited
Atwood Oceanics Drilling Mexico, S. de
    R.L. de C.V.
Atwood Oceanics Global Limited
Atwood Oceanics International Limited
Atwood Oceanics Leasing Limited
Atwood Oceanics LLC
Atwood Oceanics Malta Limited
Atwood Oceanics Management LLC
Atwood Oceanics Pacific Limited
Atwood Oceanics Services Mexico, S. de
    R.L. de C.V.
Atwood Offshore Drilling Limited
Atwood Offshore Labor Company
Atwood Offshore Worldwide Limited
Aurora Offshore Services GmbH
C.A. Foravep, Forasol Venezuela de
    Perforaciones
Clearways Offshore Drilling Sdn. Bhd.
DrillQuest International Offshore Drilling
    Services Company
DrillQuest Offshore Company
Durand Maritime S.A.S. (In Liquidation)
Durand Maritime SAS (Mexico Branch)

ENSCO (Barbados) Limited
ENSCO (Bermuda) Limited
ENSCO (Myanmar) Limited
ENSCO (Thailand) Limited
ENSCO Arabia Co. Limited
ENSCO Asia Company LLC
ENSCO Asia Pacific Pte. Limited
ENSCO Associates Company
ENSCO Australia Pty. Limited
ENSCO Capital Limited
ENSCO Corporate Resources LLC
ENSCO de Venezuela, S.R.L.
ENSCO Deepwater Drilling Limited
ENSCO Deepwater USA II LLC
ENSCO Development Limited
ENSCO do Brasil Petróleo e Gás Ltda.
ENSCO Drilling (Caribbean) Inc.
    (Venezuela Branch)
ENSCO Drilling (Caribbean), Inc.
ENSCO Drilling Company (Nigeria) Ltd.
ENSCO Drilling Company LLC
ENSCO Drilling I Ltd.
ENSCO Drilling Mexico LLC
ENSCO Drilling Transnational Services
    Limited
ENSCO Endeavors Limited
ENSCO France S.A.S.
ENSCO Gerudi (M) Sdn. Bhd.
ENSCO Global GmbH
ENSCO Global II Ltd.
ENSCO Global Investments LP
ENSCO Global IV Ltd.
ENSCO Global Limited
ENSCO Global Resources Limited
ENSCO Holdco Limited
ENSCO Holding Company
ENSCO Holdings I Ltd.
ENSCO Holdings II Ltd.
ENSCO Holdings III LLC
ENSCO Holland B.V.
ENSCO Holland B.V. (Malta Branch)
ENSCO Incorporated
ENSCO Intercontinental GmbH
ENSCO International Incorporated
ENSCO International Ltd.
ENSCO International Management GP LLC

ENSCO International Management LP LLC
ENSCO Investments LLC
ENSCO Jersey Finance Limited
ENSCO Labuan Limited
ENSCO Limited
ENSCO Management Corp.
ENSCO Maritime Limited
ENSCO Mexico Services, S. de R.L. de
    C.V.
ENSCO North America LLC
ENSCO North America LLC (Israel Branch)
ENSCO Ocean 1 Company
ENSCO Ocean 2 Company
ENSCO Oceanics Company LLC
ENSCO Oceanics International Company
ENSCO Oceanics International Company
    (Abu Dhabi Branch)
ENSCO Oceanics International Company
    (Brunei Branch)
ENSCO Oceanics International Company
    (Dubai Branch)
ENSCO Offshore Company
ENSCO Offshore International Company
ENSCO Offshore International Company
    (Tunisia Branch)
ENSCO Offshore International Holdings
    Limited
ENSCO Offshore International Inc.
ENSCO Offshore International LLC
ENSCO Offshore Petróleo e Gás Ltda.
ENSCO Offshore Services LLC
ENSCO Offshore U.K. Limited
ENSCO Overseas Limited
ENSCO Services Limited
ENSCO Services LLC
ENSCO South Pacific LLC
ENSCO Transcontinental I LLC
ENSCO Transcontinental I LP
ENSCO Transcontinental II LLC
ENSCO Transcontinental II LP
ENSCO Transnational I Ltd.
ENSCO Transnational I Ltd. (Ivory Coast
    Branch)
ENSCO Transnational II Ltd.
ENSCO Transnational III Ltd.
ENSCO Transnational Limited

ENSCO U.K. Limited
ENSCO UK Drilling Limited
ENSCO United Incorporated
ENSCO Universal Holdings I Ltd.
ENSCO Universal Holdings II Ltd.
ENSCO Universal Limited
ENSCO Vistas Limited
ENSCO Worldwide GmbH
ENSCO Worldwide Holdings Ltd.
ENSCO Worldwide Investments Limited
EnscoRowan Ghana Drilling Limited
Foradel Sdn B.H.D.
Forasub B.V.
Forinter Limited
Great White Shark Limited
Green Turtle Limited
Inter-Drill Ltd.
International Technical Services LLC
Manatee Limited
Manta Ray Limited
Marine Blue Limited
Ocean Deep Drilling ESV Nigeria Limited
Offshore Drilling Services LLC
Offshore Drilling Services LLC (Mexico
    Branch)
P.T. ENSCO Sarida Offshore
Pacific Offshore Labor Company
Petroleum International Pte. Ltd.
Pride Arabia Co. Ltd.
Pride Foramer (Sucursal de Angola)
Pride Foramer S.A.S.
Pride Foramer SAS (Mexico Branch)
Pride Forasol Drilling Nigeria Ltd.
Pride Forasol S.A.S.
Pride Global II Ltd.
Pride Global II Ltd. (Egypt Branch)
Pride Global Offshore Nigeria Limited
Pride International LLC
Pride International Management Company
    LP
PT Alpha Offshore Drilling
PT Pentawood Offshore Drilling
Ralph Coffman Cayman Limited
Ralph Coffman Limited
Ralph Coffman Luxembourg S.À R.L.
RCI International, Inc.

RD International Services Pte. Ltd.
RDC Arabia Drilling, Inc.
RDC Arabia Drilling, Inc. (Bahrain
    Regional Branch Office)
RDC Arabia Drilling, Inc. (Saudi Arabia
    Branch Office)
RDC Holdings Luxembourg S.À R.L.
RDC Malta Limited
RDC Offshore Luxembourg S.À R.L.
RDC Offshore Malta Limited
RoCal Cayman Limited
Rowan 240C#3, Inc.
Rowan 350 Slot Rigs, LLC
Rowan Angola Limitada
Rowan California S.À R.L.
Rowan Cayman Limited
Rowan Companies Limited
Rowan Companies, LLC
Rowan Deepwater Drilling (Gibraltar)
    Limited
Rowan do Brasil Serviços de Perfuração
    Ltda.
Rowan Drilling (Gibraltar) Limited
Rowan Drilling (Gibraltar) Limited
    (Indonesia PE)
Rowan Drilling (Trinidad) Limited
Rowan Drilling (Trinidad) Limited -
    Trinidad Branch
Rowan Drilling (U.K.) Limited
Rowan Drilling (U.K.) Limited (Turkey
    Branch Office)
Rowan Drilling Cyprus Limited
Rowan Drilling Services Limited
Rowan Drilling Services Limited (Qatar
    Branch Office)
Rowan Drilling Services Nigeria Limited
Rowan Drilling, S. de R.L. de C.V.
Rowan Egypt Petroleum Services L.L.C.
Rowan Finance, LLC
Rowan Financial Holdings S.À R.L.
Rowan Finanz S.À R.L.
Rowan Finanz S.À.R.L. Delaware (U.S.
    Branch)
Rowan Global Drilling Services Limited
Rowan Holdings Luxembourg S.À R.L.

Rowan Holdings Luxembourg S.À.R.L.
    Delaware (U.S. Branch)
Rowan International Rig Holdings S.À R.L.
Rowan Marine Services, LLC
Rowan Middle East, Inc.
Rowan Middle East, Inc. (Saudi Arabia
    Branch)
Rowan N-Class (Gibraltar) Limited
Rowan No. 1 Limited
Rowan No. 2 Limited
Rowan North Sea, Inc.
Rowan Norway Limited (fka Rowan
    (Gibraltar) Limited)
Rowan Norway Limited (Norway Branch)
Rowan Offshore (Gibraltar) Limited
Rowan Offshore Luxembourg S.À R.L.
Rowan Relentless Luxembourg S.À R.L.
Rowan Reliance Luxembourg S.À R.L.
Rowan Renaissance Luxembourg S.À R.L.
Rowan Resolute Luxembourg S.À R.L.
Rowan Rex Limited
Rowan Rigs S.À R.L.
Rowan Rigs S.A.R.L. (Ghana Branch
    Office)
Rowan Rigs S.A.R.L. (Suriname Branch
    Office)
Rowan Services LLC
Rowan Standard Ghana Limited
Rowan US Holdings (Gibraltar) Limited
Rowan, S. de R.L. de C.V.
Rowandrill Labuan Limited
Rowandrill Malaysia Sdn. Bhd.
Rowandrill, LLC
Rowandrill, LLC (Mexico Branch)
Saudi Aramco Rowan Offshore Drilling
    Company
SKDP 1 Limited
SKDP 2 Limited
SKDP 3 Limited
Societe Maritime de Services "SOMASER"
    S.A.S.
Sonamer Angola Ltd.
Sonamer Drilling International Limited
Sonamer Jack-Ups Ltd.
Sonamer Limited

Sonamer Perfuracoes Ltd, (Sucursal em
    Angola)
Sonamer Perfuracoes Ltd.
Swiftdrill Malta
Swiftdrill Offshore Drilling Services
    Company

Valaris Holdings 1
Valaris Holdings 2
Valaris Holdings 3
Valaris plc

## Sureties and LC Issuers

Ace Insurance Company
Abu Dhabi National Oil Co.
ADNOC
Babylon Den Haag B.V.
Bank Negara Indonesia
Deutsche Bank AG
Deutsche Bank Riyadh Branch
DNB Bank ASA
Douanes Algeriennes
General Authority for Investment & Free
    Zones
General Customs Authority Saudi Arabia
Guaranty Trust Bank Plc
HSBC
HSBC Middle East
HSBC Middle East, Qatar
HSBC Qatar

Itau Unibanco - New York Branch
Liberty Mutual Insurance Company
Nigeria Customs Service
North Oil Company
Pertamina Hulu Energi West Madura
    Offshore
PT Pertamina Hulu Energi
PT Pertamina Hulu Energi Offshore North
    West Java (Phe Onwj)
PT. Pertamina EP (PEP)
Qatar Petroleum
Saudi Arabia, Director of Rastanura
    Customs
Saudi Investment Bank
Signal Mutual Indemnity Association
UAE Dept. of Labour
Wells Fargo

## Top Unsecured Creditors

Artemis Energy Limited
Avtalefestet Pensjon
Cameron International
Chet Morrison Contractors Inc
Citibank as Trustee of Revolving Credit
    Facilty
Daewoo Shipbuilding & Marine
    Engineering
Deutsche Bank as Trustee of
    3.000% Exchangeable Senior Notes Due
    2024
Deutsche Bank as Trustee of 4.500% Senior
    Notes Due 2024
Deutsche Bank as Trustee of 4.700% Senior
    Notes Due 2021
Deutsche Bank as Trustee of 5.200% Senior
    Notes Due 2025

Deutsche Bank as Trustee of 5.750% Senior
    Notes Due 2044
Deutsche Bank as Trustee of 7.200%
    Debentures Due 2027
Deutsche Bank as Trustee of 7.750% Senior
    Notes Due 2026
Deutsche Bank as Trustee of 8.000% Senior
    Notes Due 2024
Grupo Aduanero MS SC
Gulf Engineering Services Limited
Kennedy Wire Rope & Sling Co.
Keppel Letourneau USA, Inc.
Mistras Group Inc.
Offshore Technology Development Pte Ltd.
Oil States Industries, Inc
Pension Benefit Guaranty Corporation
Salunda

Schlumberger
Seacor Offshore Dubai LLC
Sodexo
Storebrand Livforsikring AS
The Bank of New York Mellon Trust
    Company, NA as Trustee of 6.875%
    Senior Notes Due 2020
The Bank of New York Mellon Trust
    Company, NA as Trustee of 7.875%
    Senior Notes Due 2040

US Bank as Trustee of 4.750% Senior Notes
    Due 2024
US Bank as Trustee of 4.875% Senior Notes
    Due 2022
US Bank as Trustee of 5.400% Senior Notes
    Due 2042
US Bank as Trustee of 5.850% Senior Notes
    Due 2044
US Bank as Trustee of 7.375% Senior Notes
    Due 2025
Worldwide Oilfield Machine

## U.S. Trustee Office

Alicia McCullar
Barbara Griffin
Christine March
Christy Simmons
Clarissa Waxton
Diane Livingstone
Glenn Otto

Gwen Smith
Hector Duran
Jacqueline Boykin
Linda Motton
Luci Johnson-Davis
Patricia Schmidt
Stephen Statham

## Unions

Atwood Australian Waters Drilling Ptd Ltd
CGT Pride Forasol Foramer
ENSCO Australia Ptf Ltd Offshore
    Operations Employee Collective
    Agreement 2009
ESCO do Brasil Petroleo e Gas Ltda.
Fairwork Commission (Australia)
Forasol - CGT
General Confederation of Labour (CGT)
Industri Energi
Industry Energi Rowan/Rowan Norway

NOCS-Safe 2014
Norwegian Confederation of Trade Unions
Norwegian Federation of Trade Unions
Prime Foramer, Sonamer Perfuacoes, and
    The Ad Hoc Union Committee (Angola)
Sammenslutningen AV Fagorganiserte I
    Energisektoren (SAFE) - Norway
Sindicato dos Trabalhadores Offshore do
    Brasil (Offshore of Brazil Workers'
    Union)
Sokie 2014 Industri Energi

## Utilities

American Fire Protection Group, Inc
AmeriGas Propane
AT&T
C & S Safety Systems of LA LLC
CenterPoint Energy
City of Broussard
City of Corpus Christi
City of Port Arthur Water Utilities

City of Port Arthur Water Utilities
Cogent Communications, Inc.
Comcast
Corpus Christi Disposal Services
DIRECTV
Energy Transfer Partners, L.P.
Entergy
Firetron Inc

GTT Communications, LLC
J&S Water Company Inc.
Lafourche Parish Water District
Lafourche Parish Water District No
Level 3 Communications, LLC
Reliant
Republic Services # 833
Select Communications
SLEMCO

Stericycle Environmental Solutions
T-Mobile
TWC Telecom Holdings Inc.
Waste Connections of Texas
Waste Connections of Texas LLC
WCA Waste Corporation of Texas LP
WCA Waste Systems Inc
West IP Communications Corporation
Zayo Bandwidth

**<u>Schedule 2</u>**

McKinsey's Connections

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 1 | ABB | ABBYY Software Ltd.<br>Allergan Japan K.K. | Clients in matters unrelated to the Debtors |
| 2 | Abu Dhabi National Oil Co. | Abu Dhabi Gas Liquefaction Co. Limited<br>Abu Dhabi National Co.<br>Abu Dhabi National Oil Company<br>Abu Dhabi National Oil Company for Distribution PJSC<br>Abu Dhabi Oil Refining Company<br>Abu Dhabi Polymers Co. Ltd (Borouge)<br>Borouge Pte. Ltd.<br>Borouge Sales And Marketing (Shanghai) Co., Ltd.<br>Concession for offshore oil fields and associated infrastructure of Abu Dhabi National Oil Company<br>Ratnagiri Refinery and Petrochemicals Limited<br>Abu Dhabi National Oil Company (ADNOC)<br>BOROUGE<br>PTCL Pakistan | Clients in matters unrelated to the Debtors |
| 3 | AIG ASIA PACIFIC INSURANCE PTE. LTD. | AIG Europe Limited<br>AIG Europe S.A. | Clients in matters unrelated to the Debtors |
| 4 | ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | Allianz Lebensversicherungs-Aktiengesellschaft<br>Allianz Malaysia Berhad<br>Xerox Holdings Corporation | Clients in matters unrelated to the Debtors |
| 5 | ALTUS OIL & GAS SERVICES | Cathay Pacific Airways Limited<br>Cathay Pacific Airways Ltd. (Australia)<br>Cathay Pacific Airways Ltd. (canada) | Clients in matters unrelated to the Debtors |
| 6 | Angola, Government of, Ministry of Finance | Governo de Angola | Clients in matters unrelated to the Debtors |
| 7 | APACHE DEEPWATER, LLC | Apache Corporation | Clients in matters unrelated to the Debtors |
| 8 | AT&T | InfoSum | Clients in matters unrelated to the Debtors |
| 9 | Automatic Data Processing Inc. | Automatic Data Processing Inc.<br>Automatic Data Processing Inc. (ADP)<br>Automatic Data Processing, Inc.<br>Automatic Data Processing, Inc. (ADP)<br>ADP<br>ADP TRAVEL | Clients in matters unrelated to the Debtors |
| 10 | AVIVA INSURANCE LIMITED | Bank of China Limited<br>IOG Sanitas Management s r o<br>L'Air Liquide S.A. | Clients in matters unrelated to the Debtors |
| 11 | Avtalefestet Pensjon | GAS NATURAL<br>GAS NATURAL S.A.<br>Bancolombia grupo sura<br>Grupo Sura / Bancolombia<br>SUAM - SURA ASSET MANAGEMENT<br>BANCOLOMBIA<br>Bancolombia - Banco Agromercantil<br>BANCOLOMBIA S.A.<br>Bancolombia-Banco Agromercantil<br>BANCOLOMBIA - BANCO AGROMERCANTIL - GUATEMALA<br>Bancolombia - Banistmo<br>BANISTMO<br>PORVENIR S.A.<br>GRUPO AVAL - PORVENIR<br>SUAM<br>GRUPO DE INVERSIONES SURAMERICANA S.A. | Clients in matters unrelated to the Debtors |

|  |  | GRUPO DE INVERSIONES SURAMERICANA SA | |
|---|---|---|---|
|  |  | COMPAÑÍA DE FINANCIAMIENTO TUYA S.A. | |
|  |  | Bancolombia-Banco Agricola<br>AIR CANADA<br>GRUPO BAL<br>ARAUCO<br>PARQUE ARAUCO SA<br>Parque Arauco - PASA<br>BANITSMO | |
| 12 | Axa Mansard Insurance | Jakala<br>sea | Clients in matters unrelated to the Debtors |
| 13 | BAKER HUGHES OILFIELD OPERATIONS LLC | Baker Hughes Company<br>Baker Hughes Corporation<br>Baker Hughes, a GE company | Clients in matters unrelated to the Debtors |
| 14 | BAKER HUGHES, A GE COMPANY, LLC | Baker Hughes Company<br>Baker Hughes Corporation<br>Baker Hughes, a GE company | Clients in matters unrelated to the Debtors |
| 15 | BANK OF AMERICA | Bᵢ¿M Birlesik Magazalar A.S<br>Equity Bank<br>Federal Express<br>Federal Signal Corporation | Clients in matters unrelated to the Debtors |
| 16 | BANK OF AMERICA MERRILL LYNCH | LCH Group Holdings Limited | Clients in matters unrelated to the Debtors |
| 17 | BANK OF CHINA, NEW YORK BRANCH | China Railway Construction Group Co., Ltd. | Clients in matters unrelated to the Debtors |
| 18 | BARCLAYS BANK PLC | Barclays Execution Services Limited<br>EnterCard Group AB | Clients in matters unrelated to the Debtors |
| 19 | Binder Dijker Otte LLP | BD<br>Austin BFP Consulting Gmbh | Clients in matters unrelated to the Debtors |
| 20 | BLACKROCK INC | Canoo Holdings Ltd.<br>CapitaLand Limited<br>Devon Energy Corporation<br>Public Joint-Stock Company Moscow Exchange<br>MICEX-RTS<br>View, Inc.<br>KLARNA AB<br>HP Inc.<br>Klarna Holding AB | Clients in matters unrelated to the Debtors |
| 21 | BME SERVICES | BME - Bolsas y Mercados Espanoles<br>BME - BOLSAS Y MERCADOS ESPANOLES<br>BOLSAS Y MERCADOS ESPAÑOLES | Clients in matters unrelated to the Debtors |
| 22 | BNP NETHERLANDS | Famoco SAS<br>Oracle Corporation<br>PROPARCO SA<br>TradeIX Ltd.<br>Voyageurs du Monde SA | Clients in matters unrelated to the Debtors |
| 23 | Bolloré Logistics GIE | PROPARCO<br>OI<br>PT - OI<br>DNA<br>TELECOM ITALIA S.P.A.<br>BMG<br>HAVAS<br>EMIRATES AIRLINES<br>TELECOM ITALIA MOBILE S.P.A.<br>Tim Participacoes S.A<br>TIM Participações S.A.<br>Banijay Group S.A.S. | Clients in matters unrelated to the Debtors |

| | | Moroccan Ministry of Industry<br>VODAFONE ITALY<br>Bunim-Murray Productions, LLC<br>MERCATOR, D.D.<br>TIM BRASIL SERVIÇOS E PARTICIPAÇÕES S.A. | |
|---|---|---|---|
| 24 | **BP AMERICA INC.** | BP International Limited<br>BP p.l.c.<br>BP<br>BP Castrol<br>BP Castrol BP Chemicals<br>BP Chemicals<br>BP Corporation<br>BP EAG INC.<br>BP EAG INC. FERROMEX<br>BP International Ltd<br>BP International Ltd Alliant Energy<br>BP International Ltd Broadridge Financial Solutions Inc.<br>BP p.l.c.<br>BP p.l.c. Endesa Enel<br>BP PLC | **Clients in matters unrelated to the Debtors** |
| 25 | **BP CORPORATION NORTH AMERICA INC.** | BP International Limited<br>BP p.l.c.<br>BP<br>BP Castrol<br>BP Castrol BP Chemicals<br>BP Chemicals<br>BP Corporation<br>BP EAG INC.<br>BP EAG INC. FERROMEX<br>BP International Ltd<br>BP International Ltd Alliant Energy<br>BP International Ltd Broadridge Financial Solutions Inc.<br>BP p.l.c.<br>BP p.l.c. Endesa Enel<br>BP PLC | **Clients in matters unrelated to the Debtors** |
| 26 | **BP MAURITANIA INVESTMENTS LIMITED** | Atlantic LNG Company of Trinidad and Tobago Limited<br>BP Amoco Chemical Company<br>BP Castrol K.K.<br>BP Castrol Lubricants (Malaysia) Sdn. Bhd.<br>BP Chemicals East China Investments Ltd.<br>BP Chemicals Ltd.<br>BP International Limited<br>Bp International Ltd.<br>BP Lubricants USA, Inc.<br>BP p.l.c.<br>BP-Castrol (Thailand) Limited<br>Castrol India Limited<br>Castrol InnoVentures<br>Castrol Limited<br>Castrol, Inc.<br>EverSource Capital Group<br>Lubricants UK Ltd.<br>Public Joint Stock Company Rosneft Oil Company | **Clients in matters unrelated to the Debtors** |
| 27 | **BP PRODUCTS NORTH AMERICA INC.** | BP International Limited<br>BP p.l.c.<br>BP | **Clients in matters unrelated to the Debtors** |

| | | BP Castrol<br>BP Castrol BP Chemicals<br>BP Chemicals<br>BP Corporation<br>BP EAG INC.<br>BP EAG INC. FERROMEX<br>BP International Ltd<br>BP International Ltd Alliant Energy<br>BP International Ltd Broadridge Financial Solutions Inc.<br>BP p.l.c.<br>BP p.l.c. Endesa Enel<br>BP PLC | |
|---|---|---|---|
| 28 | **Brigade Capital Management, LP** | OCI Partners LP | **Clients in matters unrelated to the Debtors** |
| 29 | **Cable SolutionsWorldwide Ltd.** | Cathay Pacific Airways Limited<br>Cathay Pacific Airways Ltd. (Australia)<br>Cathay Pacific Airways Ltd. (canada)<br>CAE | **Clients in matters unrelated to the Debtors** |
| 30 | **CAMERON** | Southern California Gas Co., Pension Arm<br>Southern California Gas Company | **Clients in matters unrelated to the Debtors** |
| 31 | **Canyon Blue Credit Investment Fund L.P.** | Hostess Brands, Inc. | **Clients in matters unrelated to the Debtors** |
| 32 | **CCB ZAMAKONA OFFSHORE** | China Construction Bank (CCB) | **Clients in matters unrelated to the Debtors** |
| 33 | **CENOVUS ENERGY US, LLC** | Cenovus Energy Inc.<br>Cenovus Energy Marketing Services Ltd<br>Cenovus Energy US LLC | **Clients in matters unrelated to the Debtors** |
| 34 | **CHEVRON** | Chevron Corporation<br>Chevron Phillips Chemical Company LLC<br>Chevron Phillips Chemical Company LP<br>Chevron Phillips Chemical International N.V.<br>Chevron Phillips Chemicals International N.V.<br>Chevron Products Company U.S.A. Inc.<br>Chevron U.S.A. Inc.<br>GS Caltex Corporation<br>Gs Caltex Singapore Pte Ltd<br>GS Caltex Singapore Pte., Ltd.<br>McFarland Energy, Inc.<br>Saudi Arabian Chevron Inc.<br>Seikowave<br>Spirit Energy 76 Development LP<br>Star Petroleum Refining Public Company Limited<br>Tengizchevroil Finance Company International Ltd<br>Tengizchevroil Finance Company S.a.r.l.<br>Tengizchevroil, LLP<br>ExxonMobil<br>Neste Oyj | **Clients in matters unrelated to the Debtors** |
| 35 | **CHEVRON PHILLIPS CHEMICAL COMPANY, LP** | Chevron Phillips Chemical Company LLC<br>Chevron Phillips Chemical Company LP<br>Chevron Phillips Chemical International Inc.<br>Chevron Phillips | **Clients in matters unrelated to the Debtors** |
| 36 | **CHRYSAOR PRODUCTION (U.K.) LIMITED** | Chrysaor Production (U.K.) Limited<br>Conoco Inc.<br>ConocoPhillips<br>ConocoPhillips Alaska Natural Gas Corporation<br>ConocoPhillips Alaska, Inc.<br>ConocoPhillips Canada Limited<br>ConocoPhillips Company<br>Mr. Cooper Group Inc. | **Clients in matters unrelated to the Debtors** |

| 37 | CITIBANK, N.A. | BHP Group Plc<br>Jubilant Life Sciences Limited<br>Oracle Financial Services Software Limited<br>Tanium Inc. | Clients in matters unrelated to the Debtors |
|----|----------------|----------------|----------------|
| 38 | Colony Insurance Co. | Colony Capital<br>Colony Capital, Inc. | Clients in matters unrelated to the Debtors |
| 39 | COMCAST | Maplebear Inc. | Clients in matters unrelated to the Debtors |
| 40 | COMMISSIONER OF INCOME TAX | Securities and Exchange Commission (SEC) | Clients in matters unrelated to the Debtors |
| 41 | CONOCOPHILLIPS COMPANY | ConocoPhillips<br>ConocoPhillips Company<br>ConocoPhillips Petroleum International Corporation<br>DONG Energy AB<br>DONG Energy Power Holding A/S<br>Ørsted A/S<br>Orsted North America Inc.<br>Ørsted Salg & Service A/S<br>Ørsted Wind Power A/S<br>Orsted Wind Power Germany GmbH<br>Ørsted Wind Power Holding A/S<br>ConocoPhillips Alaska | Clients in matters unrelated to the Debtors |
| 42 | CONTITECH OIL & MARINE CORP | Ballard Power Systems Corp. | Clients in matters unrelated to the Debtors |
| 43 | CREDIT AGRICOLE EGYPT | Alpha Bank A.E.<br>Amundi<br>Amundi Asset Management<br>Barclays PLC<br>CACEIS<br>Crédit Agricole Assurances S.A.<br>Crédit Agricole Life Insurance Europe SA<br>Crédit Agricole S.A.<br>DB Netz AG<br>Kering SA<br>Linedata Services S.A.<br>QIC Global Services Limited<br>Ramsay Générale de Santé SA<br>Triskalia SCA<br>VALOREM S.A.S.<br>BANKINTER SA<br>BARCLAYS BANK PLC<br>AIR LIQUIDE<br>Allianz<br>ALPHA BANK<br>AVRIL<br>AXEREAL<br>BANKINTER<br>BARCLAYS<br>Barclays Payments Services<br>BORAL LIMITED<br>CACIB<br>CAISSE NATIONALE DE CREDIT AGRICOLE<br>CAISSE NATIONALE DE CRÉDIT AGRICOLE<br>CAPIO<br>CariParma<br>CEVA<br>CEVA SANTE ANIMALE<br>CREDIT AGRICOLE<br>CRÉDIT AGRICOLE<br>CRÉDIT AGRICOLE ASSURANCES<br>Crédit Agricole Cariparma S.p.A. | Clients in matters unrelated to the Debtors |

| | | | |
|---|---|---|---|
| | | CRÉDIT AGRICOLE CIB<br>CRÉDIT AGRICOLE CONSUMER FINANCE (CACF)<br>Credit Agricole Consumer Finance Nederland B.V.<br>CREDIT AGRICOLE INDOSUEZ<br>CRÉDIT AGRICOLE INDOSUEZ<br>Crédit Agricole Indosuez Wealth<br>Crédit Agricole Leasing & Factoring S.A.<br>CRÉDIT AGRICOLE SA<br>Credit Agricole Wealth<br>Crédit Agricole Wealth<br>DESCOURS & CABAUD LIMITED<br>DIAB<br>Discount Investment Corporation<br>EATON<br>EATON CORP.<br>EATON CORPORATION<br>Elis(Europe Linge Service)<br>FCA<br>Groupe Avril<br>Korian SA<br>LINE Corp<br>LINEDATA<br>LINEDATA SERVICES SA<br>MONOPRIX<br>Monoprix Srl<br>PatientsLikeMe Inc.  /  SomaLogic<br>PROPARCO<br>Roche Holding AG<br>Societe Cooperative Agricole Axereal<br>SPORT LISBOA E BENFICA<br>Sport Lisboa e Benfica-Futebol SA<br>TEREOS SA<br>The Crown Estate<br>THE GORES GROUP<br>THE GORES GROUP LLC<br>Valorem<br>VEOLIA<br>VEOLIA ENVIRONNEMENT | |
| 44 | **Credit Industriel et Commercial** | agta record ag<br>AKKA Technologies SE<br>Arkéa Home Loans SFH Société Anonyme<br>Arkea Public Sector SCF S.A.<br>Banque Fédérative du Crédit Mutuel Société anonyme<br><br>Boralex Inc.<br>Caisse Fédérale du Crédit Mutuel Nord Europe<br>CapitaLand Limited<br>Central Pattana Public Company Limited<br>Compagnie Plastic Omnium SA<br>Confédération Nationale du Crédit Mutuel<br>Crédit Mutuel Alliance Fédérale<br>Crédit Mutuel Arkéa<br>Crédit Mutuel Nord Europe<br>Credit Mutuel Nord Europe Belgium SA<br>Crédit Mutuel-CIC Home Loan SFH<br>Descours & Cabaud Group<br>EOS imaging SA<br>Europe Snacks S.A.<br>Gecina SA<br>Groupe Crédit Mutuel Centre Est Europe SA | **Clients in matters unrelated to the Debtors** |

Herow
La Française Forum Real Estate Partners
L'Air Liquide S.A.
Linedata Services S.A.
Metlife Insurance S.A./NV
Mr. Cooper Group Inc.
Nexity SA
PROPARCO SA
Safran SA
SergeFerrari Group SA
SONASID S.A.
TAQA Morocco S.A.
Triskalia SCA
Veolia Environnement S.A.
Vivarte SAS, 80 Retail Assets in France
Voyageurs du Monde SA
Xyleme, Inc.
Younited SA
AIR LIQUIDE
BORAL LIMITED
DESCOURS & CABAUD LIMITED
LINE Corp
LINEDATA
LINEDATA SERVICES SA
PROPARCO
VEOLIA
VEOLIA ENVIRONNEMENT
AGT
AKKA TECHNOLOGIES
AKKA TECHNOLOGIES SA
Burelle SA
CAP
CAP SA
CAPITA PLC
Central Pattana PCL
CIEP
CONNECTHINGS
COOP
CREDIT MUTUEL
EOS GmbH
FERRARI S.P.A.
GECINA
Groupe Casino
GROUPE CRÉDIT MUTUEL
GROUPE CRÉDIT MUTUEL CM11
Groupe Mutuel SA
ING US/Voya
LFF
METLIFE INSURANCE K.K.
NEXI
SAFRAN
Sonasid
TAQA
VIVARTE
VIVARTE S.A.
XYLEM
XYLEM INC.
YOUNITED CREDIT
CI CAPITAL PARTNERS
CI CAPITAL PARTNERS LLC
CURRENT CAPITAL PARTNERS LLC

| | | | |
|---|---|---|---|
| | | DIDI<br>Didi Chuxing<br>NEXT EV<br>NEXTEV CO. LTD | |
| 45 | **DEUTSCHE BANK** | Allianz<br>Ashtead Group plc<br>Fuji Xerox Co., Ltd. | **Clients in matters unrelated to the Debtors** |
| 46 | **DEUTSCHE BANK ABU DHABI** | Compañía Logística de Hidrocarburos CLH, S.A.<br>Informatica LLC<br>Ital Gas Storage S.p.A.<br>J. B. Chemicals & Pharmaceuticals Limited<br>Neles Oyj | **Clients in matters unrelated to the Debtors** |
| 47 | **DEUTSCHE BANK AG NEW YORK BRANCH** | Allianz<br>Fuji Xerox Co., Ltd. | **Clients in matters unrelated to the Debtors** |
| 48 | **Deutsche Bank Trust Company Americas, Global Transaction** | Allianz<br>Fuji Xerox Co., Ltd. | **Clients in matters unrelated to the Debtors** |
| 49 | **DIAMOND OFFSHORE DRILLING, INC.** | CNA Financial Capital I<br>CNA Financial Corporation<br>CNA Financial Corporation, Asset Management Arm<br><br>CNA Insurance Companies, Inc.<br>CNA Insurance Company Limited<br>Diamond Offshore (USA) LLC<br>Diamond Offshore Company<br>Diamond Offshore Drilling (U.K.) Ltd.<br>Diamond Offshore Drilling Limited<br>Diamond Offshore Drilling Sdn. Bhd.<br>Diamond Offshore Drilling Services Inc<br>Diamond Offshore Drilling, Inc.<br>Diamond Offshore General Company<br>Loews Corp., Asset Management Arm<br>Loews Corporation<br>Loews Hotels Holding Corporation<br>Loews Hotels, LLC<br>The Continental Corporation<br>Diamond Offshore | **Clients in matters unrelated to the Debtors** |
| 50 | **ENI UK LIMITED** | Italgas Hellas SpA<br>Vår Energi AS | **Clients in matters unrelated to the Debtors** |
| 51 | **ENSCO (BARBADOS) LIMITED** | Seqens SAS | **Clients in matters unrelated to the Debtors** |
| 52 | **EXXONMOBIL** | Terpel Comercial Del Peru S.R.L. | **Clients in matters unrelated to the Debtors** |
| 53 | **FIDELITY** | Affirm, Inc.<br>Arvelle Therapeutics GmbH<br>Ascendis Pharma A/S<br>Horizon Therapeutics Public Limited Company<br>Moderna  Inc<br>Ultragenyx Pharmaceutical Inc.<br>ViewRay, Inc.<br>WuXi AppTec Co., Ltd. | **Clients in matters unrelated to the Debtors** |
| 54 | **FIRST LIBERTY INSURANCE CORP.** | Liberty Compañía de Seguros Generales S.A.<br>Liberty Seguros S.A.<br>Liberty Seguros, Compania de Seguros y Reaseguros, S.A.<br>Liberty Seguros, S.A. | **Clients in matters unrelated to the Debtors** |
| 55 | **FMC TECHNOLOGIES, INC.** | CCR - COMPANHIA DE CONCESSOES RODOVIARIAS (CAMARGO, ANDRADE E ODEBRECHT)<br>FMC Technologies, Inc.<br>Technip Abu Dhabi | **Clients in matters unrelated to the Debtors** |

| | | Technip France | |
| | | TechnipFMC plc | |
| | | TechnipFMC Umbilicals Ltd | |
| | | TechnipFMC US Holdings Inc. | |
| | | FMC CORP. | |
| | | FMC CORPORATION | |
| | | FMC Technologies GE | |
| 56 | **FS Credit Income Fund** | NuStar Energy L.P. | **Clients in matters unrelated to the Debtors** |
| 57 | **Ginkgo Tree, LLC** | Alibaba (china) Co., Ltd. | **Clients in matters unrelated to the Debtors** |
| | | Anker Innovations Limited | |
| | | Fujitsu Client Computing Limited | |
| | | TPG Capital, L.P. | |
| | | Yunnan Health&Cultural Tourism Holding Group Co., Ltd. | |
| | | Zhongtai Securities Co., Ltd. | |
| 58 | **GOLDMAN SACHS BANK USA** | ABM Industries Incorporated | **Clients in matters unrelated to the Debtors** |
| | | Bloom Energy Corporation | |
| | | ISS A/S | |
| | | MetricStream, Inc. | |
| | | Navico Holding AS | |
| | | ProQuest LLC | |
| 59 | **GOLDMAN, SACHS & CO.** | ABM Industries Incorporated | **Clients in matters unrelated to the Debtors** |
| 60 | **GOVERNMENT OF SPAIN** | Aena S.M.E., S.A. | **Clients in matters unrelated to the Debtors** |
| | | Entidad Pública Empresarial ENAIRE | |
| 61 | **GREAT LAKES INSURANCE SE** | HDFC ERGO General Insurance Company Limited | **Clients in matters unrelated to the Debtors** |
| | | HDFC ERGO General Insurance Company Limited, Asset Management Arm | |
| | | HDFC General Insurance Limited | |
| 62 | **HDI Global Specialty SE** | FinLeap GmbH | **Clients in matters unrelated to the Debtors** |
| 63 | **HEMPEL COATINGS** | China Reinsurance (Group) Corporation | **Clients in matters unrelated to the Debtors** |
| | | SEG Automotive Germany GmbH | |
| 64 | **HSBC** | Allianz | **Clients in matters unrelated to the Debtors** |
| | | Lion Capital | |
| | | Southern Cross Group | |
| 65 | **HYDRIL VETCO GE BAKER HUGHES** | Baker Hughes Limited | **Clients in matters unrelated to the Debtors** |
| | | Baker Hughes, a GE company, LLC | |
| | | C3 IoT, Inc. | |
| | | GE Oil & Gas Inc. | |
| 66 | **INTERNAL REVENUE SERVICE** | Internal Revenue Service (Chevo) | **Clients in matters unrelated to the Debtors** |
| 67 | **ITAU UNIBANCO - NEW YORK BRANCH** | Alpargatas S.A. | **Clients in matters unrelated to the Debtors** |
| | | Duratex S.A. | |
| | | Itaú CorpBanca | |
| | | Itau CorpBanca Colombia S.A. | |
| | | Itaú Unibanco Holding S.A. | |
| | | Itaú Unibanco S.A. | |
| | | XP Investimentos | |
| | | ALPARGATAS | |
| | | BANCO DE ESTADO | |
| | | BANCO ESTADO | |
| | | BANCO ITAU | |
| | | BANCO ITAÚ | |
| | | BANCO ITAU BBA S.A. | |
| | | BANCO ITAU S.A. | |
| | | DURATEX SA | |
| | | ESA - Itaúsa | |
| | | Fundação José Luiz Egydio Setúbal | |

| | | Grupo Avenida<br>Grupo Avenida S.A<br>ITAÚ<br>ITAU - CORPBANCA<br>ITAU CORPBANCA COLOMBIA<br>ITAU UNIBANCO<br>ITAÚ UNIBANCO<br>ITAUSA<br>ITAU-UNIBANCO<br>ITAÚ-UNIBANCO<br>J&F (Alpargatas do Brasil)<br>M DIAS BRANCO<br>Matera Inc<br>XP INVESTIMENTO | |
|---|---|---|---|
| 68 | KONGSBERG MARITIME | Rolls-Royce Corporation<br>Rolls-Royce Holdings plc<br>Rolls-Royce plc<br>Rolls-Royce Power Systems AG<br>Rolls-Royce Power Systems Holding GmbH | Clients in matters unrelated to the Debtors |
| 69 | KOSMOS | Kosmos Energy Equatorial Guinea<br>Kosmos Energy Ghana HC<br>Kosmos Energy LLC | Clients in matters unrelated to the Debtors |
| 70 | KOSMOS ENERGY GULF OF MEXICO, LLC | Kosmos Energy Ltd.<br>Kosmos Energy | Clients in matters unrelated to the Debtors |
| 71 | KPMG | KPMG<br>KPMG Inc.<br>KPMG International Cooperative<br>KPMG LLP | Clients in matters unrelated to the Debtors |
| 72 | Liberty Mutual Insurance Company | Liberty Life | Clients in matters unrelated to the Debtors |
| 73 | MANTA RAY LIMITED | Barclays PLC<br>Bayer Aktiengesellschaft<br>Discount Investment Corporation Ltd.<br>Godrej Properties Limited<br>Hopson Development Holdings Limited<br>SMRT Corporation Ltd<br>Thermo Fisher Scientific Inc.<br>WuXi PharmaTech (Cayman) Inc. | Clients in matters unrelated to the Debtors |
| 74 | METLIFE METROPOLITAN LIFE INSURANCE CO | Metlife Asia Pacific Limited<br>MetLife Services and Solutions, LLC<br>Nuveen | Clients in matters unrelated to the Debtors |
| 75 | M-I DRILLING FLUIDS (S) PTE LTD | Cameron International Corporation<br>Cameron International Corporation (Canada)<br>Cameron International Holding Corp.<br>Cameron International Malaysia Systems Sdn Bhd<br>Cenovus Energy Inc., Palliser Block Located in Alberta<br><br>NATCO Group Inc.<br>Schlumberger Holdings Corporation<br>Schlumberger Limited<br>Schlumberger S.A.<br>Schlumberger Technology Corporation | Clients in matters unrelated to the Debtors |
| 76 | MICROSOFT CORPORATION | Flipkart Internet Pvt. Ltd. | Clients in matters unrelated to the Debtors |
| 77 | MIZUHO BANK, LTD. | Fujicco Co., Ltd.<br>IS Leasing CO., LTD.<br>Kyushu Electric Power Co. Inc., ESOP<br>Kyushu Electric Power Company, Incorporated<br>Kyushu Electric Power Company, Incorporated, Optic Fiber Core Wire Loan Business | Clients in matters unrelated to the Debtors |

| | | Kyushu Electric Power Company, Incorporated, Retirement Benefit Trust<br>Mizuho Leasing Company, Limited Asset Management Arm | |
|---|---|---|---|
| 78 | MODEC INTERNATIONAL, INC. | MODEC and TOYO Offshore Production Systems Pte. Ltd.<br>MODEC International, Inc.<br>Modec Offshore Production Systems (Singapore) Pte. Ltd.<br>MODEC, Inc.<br>Modec | **Clients in matters unrelated to the Debtors** |
| 79 | MORGAN STANLEY | Alpha Bank A.E.<br>Morgan Stanley Smith Barney Boronia I, LLC<br>Morgan Stanley Smith Barney Financing LLC<br>Morgan Stanley Smith Barney Holdings LLC<br>Morgan Stanley Smith Barney LLC<br>Morgan Stanley Smith Barney TT II, LLC<br>Flipkart Internet Pvt. Ltd. | **Clients in matters unrelated to the Debtors** |
| 80 | MUFG BANK, LTD. | E.ON AG<br>Kyushu Electric Power Company<br>Polaris Industries Inc.<br>Polaris<br>Polaris Industries | **Clients in matters unrelated to the Debtors** |
| 81 | NORDEA BANK AB, LONDON BRANCH, AS COLLATERAL AGENT | ÅF Pöyry AB (publ) | **Clients in matters unrelated to the Debtors** |
| 82 | Oak Hill Advisors LP | OAK HILL CAPITAL MANAGEMENT<br>OAK HILL CAPITAL PARTNERS<br>COOP<br>ALBERTSONS COMPANIES, INC.<br>ALBERTSONS COMPANIES, LLC<br>ALBERTSON'S LLC<br>ALBERTSONS, LLC<br>PULS<br>ASCENSION<br>ASCENSION HEALTH<br>ASCENSION HEALTH INC<br>ADVANCE AUTO PARTS<br>ADVANCE AUTO PARTS INC.<br>ADVANCE AUTO PARTS, INC.<br>The AA<br>AA Plc<br>EGA<br>GENPACT<br>GENPACT LIMITED<br>California Public Employees' Retirement System (CalPERS)<br>Advent / CCC Information Services | **Clients in matters unrelated to the Debtors** |
| 83 | OAKTREE | Clarios, LLC<br>ExxonMobil<br>Southern Cross Group<br>United Energy Multinet Gas | **Clients in matters unrelated to the Debtors** |
| 84 | Oaktree Capital Management LP | Clarios, LLC<br>Oaktree Capital Management (Europe) LLP<br>Oaktree Capital<br>Oaktree Capital Ad hoc lenders to Arch Coal<br>Oaktree Capital Management<br>Oaktree Capital Management LLC<br>Oaktree Capital Management LP<br>NATIONWIDE BUILDING SOCIETY | **Clients in matters unrelated to the Debtors** |

SPRINT
VODAFONE IDEA LIMITED
ExxonMobil
Southern Cross Group
United Energy Multinet Gas
AINSWORTH
Aleris International, Inc.
Amazon.com
BAM
BROOKFIELD ASSET MANAGEMENT
Brookfield Asset Management (Clarios)
BROOKFIELD ASSET MANAGEMENT INC.
Brookfield Properties Retail Inc.
CAE
CAE INC.
CAE, INC.
CARDONE Industries, Inc.
CLARIOS
CURE FIT HEALTHCARE PVT LTD
DELPHI CORPORATION
EAG INC.
GAS NATURAL
GAS NATURAL S.A.
GRAFTECH INTERNATIONAL LTD
GrafTech International Ltd.
GRIFFIN REAL ESTATE
HEALTHSCOPE LTD.
HOWARD HUGHES CORP
IBS
ICON PLC
INDOSTAR
JOHNSON CONTROLS
JOHNSON CONTROLS INC.
LOBLAW COMPANIES LIMITED
LOBLAW COMPANIES LTD
MARLIN MANAGEMENT CO. LLC
MARLIN MANAGEMENT COMPANY, LLC
MOMENTIVE
NORBORD INC.
OI
ONTARIO LOTTERY AND GAMING
CORPORATION
PaR Systems
PT - OI
QUIKSILVER
RENOVA GROUP OF COMPANIES
SERVICENOW
SERVICENOW, INC.
SPRINT CORP.
SPRINT CORPORATION
SUN EDISON
SUNEDISON
SUNOPTA INC
TAV HAVALIMANLARI HOLDING A.S.
The Ontario Lottery and Gaming Corporation (OLG)
TIMBERWEST
TIMBERWEST FOREST COMPANY
Tradin / SunOpta
Triton Investment Management Limited
VLI
VLI S.A.

|  |  | VLI SA | |
|  |  | Vodafone New Zealand Limited | |
|  |  | Westinghouse Electric Corp. | |
|  |  | Williams Companies | |
|  |  | WORLD KITCHEN | |
|  |  | ALBERTSONS COMPANIES, INC. | |
|  |  | ALBERTSONS COMPANIES, LLC | |
|  |  | ALBERTSON'S LLC | |
|  |  | ALBERTSONS, LLC | |
| 85 | ONE | MCL IT GmbH | Clients in matters unrelated to the Debtors |
| 86 | One Gas Inc. | MCL IT GmbH<br>Chevron<br>Dynegy Inc<br>SoftBank Group Corp. | Clients in matters unrelated to the Debtors |
| 87 | Onepath Funds Management Ltd. | CIGNA<br>CIGNA CORPORATION<br>BASLER VERSICHERUNG AG<br>BASLER VERSICHERUNGEN<br>EXPRESS SCRIPTS<br>Express Scripts, Inc.<br>EXPRESS SCRIPTS INC.<br>ZURICH INSURANCE GROUP AG<br>Omada Health, Inc.<br>Omada Health<br>CURASCRIPT SD<br>ZURICH FINANCIAL SERVICES<br>ZURICH-SANTANDER<br>ZURICH INSURANCE<br>ZURICH INSURANCE COMPANY LTD<br>ZURICH NORTH AMERICA<br>EXPRESS SCRIPTS HOLDING COMPANY<br>Farmers Group, Inc.<br>ZURICH DEUTSCHER HEROLD<br>LEBENSVERSICHERUNG AG<br>DEUTSCHE NIEDERLASSUNG DER BASLER<br>VERSICHERUNGEN LUXEMBURG AG<br>Deutsche Niederlassung der Basler Versicherungen<br>Luxemburg A.G.<br>eviCore<br>Baloise-Holding AG<br>FRIDAY - Deutsche Niederlassung der FRIDAY<br>Insurance S.A.<br>Endsleigh Insurance Services Ltd | Clients in matters unrelated to the Debtors |
| 88 | Oracle America, Inc. | CARGILL FOOD INGREDIENTS & BIO-<br>INDUSTRIALS<br>CARGILL FOOD INGREDIENTS & SYSTEMS<br>Oracle Corporation<br>Oracle Australia Holdings Pty Ltd<br>CONTEXTMEDIA INC.<br>LIVELO S.A.<br>Motiva<br>NETS A/S<br>NEXUS POINT<br>VANTIV INC. | Clients in matters unrelated to the Debtors |
| 89 | ORACLE USA, INC. | Context Media, Inc.<br>G-Log GmbH<br>LiveLOOK, Inc.<br>Motiva, Inc.<br>NetSuite Inc.<br>Nexus Point Solutions Pty Limited | Clients in matters unrelated to the Debtors |

| | | Oracle America, Inc.<br>Vantive Australia Pty Ltd<br>Vantive Corporation | |
|---|---|---|---|
| 90 | **PKY-SAN FELIPE PLAZA L.P.** | Alibaba Group Holding Limited<br>Duquesne Light Holdings, Inc.<br>General Fusion Inc.<br>Inmarsat Plc<br>Stone Canyon Industries Holdings Inc.<br>Transelec S.A. | **Clients in matters unrelated to the Debtors** |
| 91 | **Prestige Assurance** | Axis Bank Limited | **Clients in matters unrelated to the Debtors** |
| 92 | **PRICEWATERHOUSECOOPERS LLP** | PwC Société d'Avocats<br>PwC Société d'Avocats, Accountancy Arm | **Clients in matters unrelated to the Debtors** |
| 93 | **PT ENERGY LOGISTICS** | CLEANCOR Energy Solutions LLC | **Clients in matters unrelated to the Debtors** |
| 94 | **PT. PERTAMINA HULU ENERGI WEST MADURA OFFSHORE** | Hocol (uk) Petroleum Holdings Ltd<br>Hocol Petroleum Ltd., Block CPO-17 in Llanos Basin<br><br>Seplat Petroleum Development Company Plc<br>Seplat Petroleum Development Company Uk Limited | **Clients in matters unrelated to the Debtors** |
| 95 | **Red Wing Shoe Co. Inc.** | TreeHouse Foods Inc. | **Clients in matters unrelated to the Debtors** |
| 96 | **RELIANT** | SCA Surgery Partners, LLC | **Clients in matters unrelated to the Debtors** |
| 97 | **REPSOL** | Neste Oyj<br>Ecopetrol<br>Hocol Petroleum Limited | **Clients in matters unrelated to the Debtors** |
| 98 | **RICELAND PETROLEUM COMPANY** | Unilever Cote d'Ivoire SA, Edible Oil Business in Cote d'Ivoire & unknown stakes in Palm-CI and PHCI<br><br>UNILEVER IVORY COAST<br>Wilmar International Limited | **Clients in matters unrelated to the Debtors** |
| 99 | **SAUDI ARABIAN OIL COMPANY** | Airborne Oil & Gas B.V.<br>BASF Catalysts (Nanjing) Co  Ltd<br>Saudi Aramco Mobil Refinery Company Ltd.<br>Saudi Aramco Rowan Offshore Drilling Company | **Clients in matters unrelated to the Debtors** |
| 100 | **SCHLUMBERGER TECHNOLOGY CORPORATION** | Schlumberger<br>Schlumberger Ltd.<br>Schlumberger NV | **Clients in matters unrelated to the Debtors** |
| 101 | **SHELL NIGERIA EXPLORATION AND PRODUTION COMPANY LIMITED** | A/S Norske Shell<br>Arrow CSG (Australia) Pty Ltd.<br>Brunei Shell Marketing Company Sdn Bhd<br>Brunei Shell Petroleum Company Sdn Bhd<br>Brunei Shell Tankers Sendirian Berhad<br>Cenovus Energy Inc., Kitimat Marine Terminal<br>Enventure Global Technology, L.L.C.<br>Equilon Enterprises LLC<br>ERM Power Limited<br>GasTerra B.V.<br>H2 Mobility Deutschland GmbH & Co. KG<br>Infineum France SAS<br>Infineum Holdings B.V.<br>Infineum International Limited<br>Infineum Singapore Pte. Ltd.<br>Infineum UK Ltd<br>Infineum USA L.P.<br>ITAU LATAM<br>Jiffy Lube International of Maryland Inc.<br>Jiffy Lube International, Inc. | **Clients in matters unrelated to the Debtors** |

LNG Canada Development Inc.
Marathon Oil Canada Corporation
Nederlandse Aardolie Maatschappij BV
Nigeria LNG Limited
Petroleum Development Oman, LLC
Petroleum Development Oman, LLC, Mukhaizna Oil Field
Petroleum Development Oman., Employee Stock Ownership Plan
Private Oil Holdings Oman Limited
PT Shell Indonesia
Raízen Combustíveis S.A.
Raízen Energia S.A.
Raizen S.A.
Raizen Trading LLP
Rosneft-Shell Caspian Ventures Limited
Royal Dutch Shell plc
Royal Dutch Shell plc, Wind-Turbine Facility in West Virginia
Sabah Shell Petroleum Company Limited
Shell Australia Flng Pty Ltd
Shell Australia Pty Ltd
Shell Austria GmbH
Shell Canada Energy Ltd.
Shell Canada Limited
Shell Canada Products Limited
Shell Canada Resources Ltd.
Shell Chemical LP
Shell Chemicals Americas Inc.
Shell Chemicals Canada Ltd.
Shell Chemicals Europe B.V.
Shell Chemicals Limited
Shell Chemicals U.K. Ltd.
Shell Deutschland Oil GmbH
Shell Downstream Inc.
Shell Downstream Services International B.V.
Shell Downstream South Africa (Pty) Ltd
Shell Egypt Deepwater B.V.
Shell Egypt N.V.
Shell Egypt N.V., NW Demiatta Exploration License in Nile Delta
Shell Energy Australia Pty Ltd
Shell Energy Europe B.V.
Shell Energy Europe Limited
Shell Energy North America (US), L.P.
Shell International B.V.
Shell International Eastern Trading Company
Shell International Exploration and Production B.V.
Shell International Exploration and Production Inc.
Shell International Finance B.V.
Shell International Limited
Shell International Petroleum Company Limited
Shell International Trading and Shipping Company Limited
Shell MDS (Malaysia) Sendirian Berhad
Shell Midstream Partners GP, LLC
Shell Midstream Partners, L.P.
Shell Nederland B.V.
Shell Nederland Chemie B.V.
Shell Nederland Raffinaderij B.V.
Shell Nederland Verkoopmaatschappij B.V.

| | | Shell New Energies US LLC | |
|---|---|---|---|
| | | Shell Nigeria Exploration and Production Company | |
| | | Shell Nigeria Exploration Properties Alpha Ltd. | |
| | | Shell Nigeria Exploration Properties Beta Ltd. | |
| | | Shell Nigeria Gas Limited | |
| | | Shell Nigeria Oil Products Ltd. | |
| | | Shell Oil & Gas Malaysia LLC | |
| | | Shell Oil Company | |
| | | Shell Oil Products Company LLC | |
| | | Shell Petroleum N.V. | |
| | | Shell Petroleum, Inc. | |
| | | Shell Philippines Exploration B.V. | |
| | | Shell Trading (US) Company | |
| | | Shell U.K. Limited | |
| | | Shell U.K. Oil Products Ltd. | |
| | | Shell Ventures | |
| | | The Shell Petroleum Company Limited | |
| | | The Shell Petroleum Development Company of Nigeria Limited | |
| | | Via Transporation, Inc. | |
| | | Vopak Holding UK Limited | |
| | | Woodside Energy (norway) Pty. Ltd. | |
| | | Woodside Energy International (Canada) Limited* | |
| | | Woodside Energy Ltd. | |
| | | Woodside Energy Trading Singapore Pte Ltd | |
| | | Woodside Petroleum Ltd | |
| | | Woodside Petroleum Ltd, WA-271-P and Enfield Oil Field | |
| | | Woodside Petroleum, Pluto LNG Development | |
| 102 | SHELL OFFSHORE, INC. | A/S Norske Shell | Clients in matters unrelated to the Debtors |
| | | AIRBORNE OIL & GAS | |
| | | Brunei Shell Petroleum Company Sdn Bhd | |
| | | Cenovus Energy Inc. | |
| | | Enventure Global Technology, L.L.C. | |
| | | Eolfi Wind Hellas | |
| | | HYUNDAI BNG STEEL | |
| | | Infineum UK Ltd | |
| | | Inmarsat Group Limited | |
| | | Inmarsat Plc , ESOP | |
| | | Jiffy Lube International, Inc. | |
| | | Nederlandse Aardolie Maatschappij BV | |
| | | Nigeria LNG Limited | |
| | | Raízen Energia S.A. | |
| | | Raizen S.A. | |
| | | Royal Dutch Shell plc | |
| | | Shell Canada Limited | |
| | | Shell Chemical LP | |
| | | Shell Chemicals Europe B.V. | |
| | | Shell Deutschland Oil GmbH | |
| | | Shell Energy Europe B.V. | |
| | | Shell Energy North America (US), L.P. | |
| | | Shell International B.V. | |
| | | Shell International Exploration and Production B.V. | |
| | | Shell International Limited | |
| | | Shell International Petroleum Company Limited | |
| | | Shell Midstream Partners, L.P. | |
| | | Shell Nederland B.V. | |
| | | Shell Oil Company | |
| | | Shell Oil Products Company LLC | |
| | | Shell Philippines Exploration B.V. | |
| | | The Shell Petroleum Company Limited | |

| | | | |
|---|---|---|---|
| | | Woodside Petroleum Ltd | |
| | | Triton Investment Management Limited | |
| | | AIRBORNE OIL & GAS BV | |
| | | Atlantic LNG Company of Trinidad and Tobago | |
| | | Atlantic LNG Member Companies | |
| | | Chevron | |
| | | ERM | |
| | | GASTERRA | |
| | | GASTERRA BV | |
| | | H2 MOBILITY DEUTSCHLAND GMBH & CO.KG | |
| | | | |
| | | INFINEUM | |
| | | Infineum International LTD | |
| | | LNG CANADA | |
| | | MARATHON OIL CORPORATION | |
| | | NAM (Shell) | |
| | | NEDERLANDSE AARDOLIE MAATSCHAPPIJ B.V. | |
| | | Nigeria Federal Inland Revenue | |
| | | OPTS Nigeria | |
| | | PETRÓLEOS MEXICANOS | |
| | | PETROLEUM DEVELOPMENT OMAN (PDO) | |
| | | Qatar Shell Service Company W.L.L | |
| | | RAIZEN | |
| | | ROSNEFT | |
| | | Royal Dutch Shell | |
| | | Royal Dutch/Shell Group | |
| | | SABAH SHELL PETROLEUM COMPANY | |
| | | Sarawak Shell Berhad | |
| | | SHELL | |
| | | SHELL AUSTRALIA LIMITED | |
| | | Shell Brasil | |
| | | Shell Brasil Petróleo Ltda. | |
| | | SHELL BRUNEI PETROLEUM | |
| | | SHELL CHEMICALS | |
| | | SHELL DOWNSTREAM | |
| | | SHELL EGYPT | |
| | | SHELL INTERNATIONAL EXPLORATION & PRODUCTION B.V. | |
| | | SHELL INTERNATIONAL PETROLEUM COMPANY | |
| | | Shell Malaysia | |
| | | Shell Malaysia Limited | |
| | | Shell MDS (Malaysia) Sdn. Bhd. | |
| | | SHELL NEW ENERGIES | |
| | | SHELL NIGERIA | |
| | | SHELL NORWAY | |
| | | SHELL OIL | |
| | | SHELL OIL CO. | |
| | | Shell P&T | |
| | | SHELL PETROLEUM DEVELOPMENT COMPANY OF NIGERIA LIMITED | |
| | | SHELL UK | |
| | | Shell Wells | |
| | | Shell/CISA | |
| | | Trinidad Shell Exploration and Production B.V. | |
| | | VIATRANS | |
| | | VIATRANS SA | |
| | | Wood plc | |
| | | WOODSIDE ENERGY LTD | |
| 103 | SIEM | Siemens Digital Industries Software SA | Clients in matters unrelated to the |

| | | Siemens Energy AG<br>Siemens Energy Services Limited<br>Siemens Energy, Inc.<br>Siemens Industry Software Inc.<br>Siemens Product Lifecycle Management Software Inc. | **Debtors** |
|---|---|---|---|
| 104 | **SKANDINAVISKA ENSKILDA BANKEN AB (PUBL)** | Seb Investment Management (u.S.)<br>SEB Investment Management AB | **Clients in matters unrelated to the Debtors** |
| 105 | **SODEXO** | Thematic Groupe SAS | **Clients in matters unrelated to the Debtors** |
| 106 | **ST ENGINEERING - HALTER MARINE** | ST ENGINEERING | **Clients in matters unrelated to the Debtors** |
| 107 | **STANDARD CHARTERED BANK** | Ripple Labs, Inc. | **Clients in matters unrelated to the Debtors** |
| 108 | **SWEPI LP** | AIRBORNE OIL & GAS<br>Dover Corporation<br>Markem-Imaje AG<br>Markem-Imaje Co., Ltd.<br>Markem-Imaje Corporation<br>Markem-Imaje LLC | **Clients in matters unrelated to the Debtors** |
| 109 | **T. ROWE PRICE** | Amazon.com, Inc.<br>Sansan, Inc. | **Clients in matters unrelated to the Debtors** |
| 110 | **TEXACO INC.** | Enerkem Inc.<br>Huntsman (Europe) BVBA<br>Huntsman (Holdings) Netherlands B.V.<br>Huntsman Corporation<br>Huntsman International LLC<br>Huntsman LLC<br>Huntsman P&A Finland Oy<br>Huntsman P&A UK Limited<br>Huntsman Petrochemical LLC<br>HUNTSMAN PIGMENTS (UK) LIMITED<br>Huntsman Textile Effects (China) Co., Ltd.<br>Huntsman Textile Effects (Germany) Gmbh<br>Huntsman Textile Effects (Netherlands) B.V.<br>Sasol-Huntsman GmbH & Co. KG<br>Valero Energy Corporation<br>Valero Energy Partners LP<br>Venator Materials LLC<br>Venator Materials PLC | **Clients in matters unrelated to the Debtors** |
| 111 | **THE ALLAN COMPANY** | Aveng Limited | **Clients in matters unrelated to the Debtors** |
| 112 | **THE BANK OF NEW YORK** | Grupo Financiero Galicia S.A.<br>Fuji Xerox Co., Ltd.<br>Banco de Galicia S.A.<br>Banco de Galicia y Buenos Aires S.A.<br>Banco Galicia<br>MAE<br>Naranja<br>Tarjeta Naranja Galicia<br>Tarjeta Naranja S.A. | **Clients in matters unrelated to the Debtors** |
| 113 | **THE BANK OF NEW YORK MELLON TRUST COMPANY, NA** | Grupo Financiero Galicia S.A.<br>PTC Therapeutics, Inc. | **Clients in matters unrelated to the Debtors** |
| 114 | **TOTAL E&P UK LIMITED** | Stem, Inc.<br>Tellurian Inc. | **Clients in matters unrelated to the Debtors** |
| 115 | **Tractors Singapore Ltd.** | SIME DARBY OILS<br>UNIMILLS BV<br>TRACTOR SUPPLY COMPANY<br>AGCO<br>AGCO CORPORATION | **Clients in matters unrelated to the Debtors** |

| | | AGC<br>AGCO GmbH<br>SIME DARBY BERHAD<br>SIME DARBY PLANTATION<br>Sime Darby Plantation Berhad<br>EMERY OLEOCHEMICALS<br>HASTINGS | |
|---|---|---|---|
| 116 | UBS FINANCIAL SERVICES | Deutsche Bank Aktiengesellschaft<br>Experience Investment Corp.<br>Jiangsu Yuyue Medical Equipment & Supply Co., Ltd. | Clients in matters unrelated to the Debtors |
| 117 | UNION CARBIDE CORPORATION | Dow Chemical Company Limited<br>Dow Chemical International Private Limited<br>Dow Inc.<br>Hemlock Semiconductor Corporation<br>Morton International, LLC<br>Rohm and Haas Company<br>Santhera Pharmaceuticals Holding AG<br>The Dow Chemical Company<br>UCAR Emulsion Systems International, Inc. | Clients in matters unrelated to the Debtors |
| 118 | UNITED STATES TREASURY | Equity Bancshares, Inc. | Clients in matters unrelated to the Debtors |
| 119 | US BANK NA | MBC | Clients in matters unrelated to the Debtors |
| 120 | VALLOUREC DRILLING PRODUCTS | Vallourec USA Corporation | Clients in matters unrelated to the Debtors |
| 121 | VANGUARD GROUP INC | Comcast Corporation<br>MetLife  Inc<br>Oil India Limited<br>PulteGroup, Inc.<br>Woolworths Group Limited | Clients in matters unrelated to the Debtors |
| 122 | VETCO GRAY | Ascendify Corporation<br>Baker Hughes Company | Clients in matters unrelated to the Debtors |
| 123 | W.W. Grainger Inc. | W W Grainger Inc Group Benefit Trust I<br>W W Grainger Inc Group Benefit Trust III<br>W.W. Grainger, Inc.<br>W.W. Grainger, Inc., Asset Management Arm<br>W.W. GRAINGER INC | Clients in matters unrelated to the Debtors |
| 124 | WEERAWONG CHINNAVAT AND PARTNERS LTD | Weerawong, Chinnavat & Peangpanor Ltd. | Clients in matters unrelated to the Debtors |
| 125 | WELLS FARGO | East West Bancorp, Inc. | Clients in matters unrelated to the Debtors |
| 126 | WELLS FARGO BANK, NATIONAL ASSOCIATION | Centennial Group, Inc<br>Kosmos Energy Ltd.<br>QIC Global Services Limited | Clients in matters unrelated to the Debtors |
| 127 | Wilmington Trust, N.A. | National Commercial Bank (NCB) | Clients in matters unrelated to the Debtors |
| 128 | XEROX | Conduent Business Services, LLC<br>Conduent Care Solutions, LLC<br>Conduent Finance, Inc.<br>Conduent Human Resource Services, LLC<br>Conduent Incorporated<br>Xerox Corporation<br>Xerox Holdings Corporation<br>Xerox<br>Xerox Corp.<br>Xerox Corporation General Electric Company<br>Xerox Corporation Xylem Inc.<br>Xerox Holdings Corp/Xerox Corporation | Clients in matters unrelated to the Debtors |
| 129 | XEROX FINANCIAL SERVICES | Xerox Corp, ESOP<br>Xerox Corporation | Clients in matters unrelated to the Debtors |

| | | Xerox Global Services, Inc.<br>Xerox Limited | |
|---|---|---|---|
| **130** | **XL SEGUROS BRAZIL S.A.** | Ceva Sante Animale S.A.<br>Expleo Group<br>LÖWEN PLAY GmbH<br>Prosol Gestion SA<br>Rodan & Fields, LLC<br>Seri Jakala S.r.l.<br>Veolia Environnement S.A. | **Clients in matters unrelated to the Debtors** |

| # | Interested Party Name | Proposed Professionals Connection Name | Connection Type |
|---|---|---|---|
| 1 | ABB | ABB Enterprise Software Inc. | Vendor |
| 2 | ACE INSURANCE COMPANY | Chubb Argentina de Seguros SA<br>Ina (Branch) Taiwan | Vendor |
| 3 | AKIN GUMP LLP | AKIN GUMP HK | Vendor |
| 4 | ALLIED WORLD ASSURANCE COMPANY (EUROPE) DAC | CONG TY TNHH PERFETTO VIET NAM<br>CONG TY TNHH THUONG MAI VA DICH VU AN NGOC SON<br>Fairmont Century Plaza<br>Praktiker<br>Praktiker AG<br>Praktikertjänst AB<br>Williams & Hill Forwarding Ltd | Vendor |
| 5 | AMERICAN FIRE PROTECTION GROUP, INC | APi Group Inc. | Vendor |
| 6 | APACHE DEEPWATER, LLC | Granite Telecommunications, LLC<br>Miller Electric Company, Inc.<br>Oil And Gas | Vendor |
| 7 | Automatic Data Processing Inc. | ADP LLC<br>Automatic Data Processing, Inc.<br>PAYROLL<br>PRO BUSINESS<br>SoftCom Group Inc.<br>Softcom Group, Spol. S R.O. | Vendor |
| 8 | AVIVA INSURANCE LIMITED | Ballard Spahr LLP<br>PT Astra Graphia Information Technology | Vendor |
| 9 | Avtalefestet Pensjon | 14 Entities comprising Building, Facility and Real Estate Division of Bilfinger<br>Afore Sura, S.A. De C.V.<br>BANCOLOMBIA<br>BANISTMO SA<br>CORPORACION P AND T SAC<br>SEGUROS GENERALES SURAMERICANA SA | Vendor |
| 10 | BADGER OIL CORPORATION | Badger Equipment Company<br>Quantum Color Graphics, L.L.C. | Vendor |
| 11 | BAKER HUGHES OILFIELD OPERATIONS LLC | Advantech Time Srl<br>CORNERSTONE CONSULTING ASSOCIATES<br>Epic Conjoint Limited<br>NOVA TECNICA EDITORA LTDA TAX ID 15272192000162<br>PRECISION PROSPECTING LIMITED<br>Profile Group<br>Weatherford Management Company Switzerland Sàrl | Vendor |
| 12 | BANK OF AMERICA MERRILL LYNCH | Century Global Commodities Corporation<br>Century Plaza Associates, L.P.<br>Century Plaza Edgware<br>Century Plaza Investments Pty. Ltd. | Vendor |
| 13 | BARCLAYS BANK PLC | First Midwest Bancorp Inc<br>First Midwest Bancorp, Inc.<br>First Midwest Bank<br>First Midwest Bank of Dexter<br>First Midwest Bank, National Association | Vendor |
| 14 | BELASTINGDIENST, KANTOOR AMSTERDAM | Dutch Tax and Customs Administration | Vendor |
| 15 | Binder Dijker Otte LLP | ABAKUS<br>BDO AG<br>BDO CONSULTING PLC<br>BDO LLP<br>BDO SP Z O O | Vendor |

| | | BDO TAX SAS<br>BDO USA LLP<br>BIPE<br>BusinessForum21<br>PT DATASCRIP<br>UNU SPOLKA Z OGRANICZONA<br>ODPOWIEDZIALNOSCIA SP K | |
|---|---|---|---|
| 16 | **BNP NETHERLANDS** | Connect U.S. Finco LLC | Vendor |
| 17 | **Bolloré Logistics GIE** | Bolloré Logistics GIE<br>D2N<br>DESTINATION ASIA LTD<br>DESTINATION SERVICES THAILAND CO LTD<br><br>DYNATA SINGAPORE PTE LTD<br>EMIRATES AIRLINES<br>INWI<br>ITI NEOVISION SA<br>J W MARRIOTT MARQUIS HOTEL<br>Jw Marriott Hotel Mumbai<br>MAROC TELECOM<br>MERCAT<br>PREMIER INN HOTELS LLC<br>PT DESTINATION ASIA<br>SEE GROUP LTD<br>SHOBIZ EXPERIENTIAL COMMUNICATIONS PVT LTD<br>STARTICKET AG<br>Telecom Italia S.p.A.<br>THE ABERNATHY MACGREGOR GROUP INC<br>TicketOne<br>UNIVERSA<br>UNIVERSAL<br>VOLUMEN S. A. | Vendor |
| 18 | **BP AMERICA INC.** | Aral Aktiengesellschaft<br>B2mobility Gmbh<br>BP Russia Wharf LLC<br>Hampton Architecture Limited<br>Hampton by Hilton<br>HURRICANE BEDRIJFSKLEDING<br>Hurricane Electric LLC<br>INSIGHT ANALYTICAL LABS<br>Mission Australia<br>Peloton Interactive, Inc.<br>RELIANCE COMMUNICATIONS INFRASTRUCTURE LTD A/C RIS<br>Reliance Communications Limited<br>RELIANCE COMMUNICATIONS LTD AC RIS 200000000228567<br>RELIANCE FIRE SAFETY EA LIMITED<br>Reliance Fresh Limited<br>Reliance General Insurance Company Limited<br>Reliance Infrastructure Limited<br>Reliance Jio Infocomm Limited<br>Reliance Retail Limited<br>Reliance Technologies, Inc.<br>South Pole Carbon Asset Management AG<br>The Standard Bank of South Africa Limited<br>VALUE CREATION PTE LTD<br>Viceroy Bangalore Hotels Private Limited<br>Viceroy Hotel Management LLC | Vendor |

| | | Viceroy Santa Monica | |
|----|----|----|----|
| 19 | **Brazil, Government of, National Institute of Social Security** | Instituto Nacional de Segurança Social | Vendor |
| 20 | **BRIGADE** | Brigade Enterprises Limited | Vendor |
| 21 | **Cable SolutionsWorldwide Ltd.** | Cathay Pacific Airways Limited | Vendor |
| | | Fulcrum Partners, LLC | |
| | | Hong Kong Dragon Airlines Limited | |
| | | Hong Kong Express Airways Ltd. | |
| | | Shanghai Airlines Co., Ltd. | |
| | | Shanghai Airport Vip Service Co., Ltd. | |
| | | Shanghai Ctrip International Travel Service Co., Ltd. | |
| 22 | **CALUMET LUBRICANTS CO.** | Calumet Photographic GmbH | Vendor |
| 23 | **CHEVRON** | The Needle & Rosenberg Intellectual Property Practice of Ballard Spahr. | Vendor |
| 24 | **CHEVRON PHILLIPS CHEMICAL COMPANY, LP** | Carbon Credentials Energy Services Ltd | Vendor |
| | | ORBITAL INSIGHTS INC | |
| | | PARAGON TRANSACTION COSNE | |
| | | PROSPECT ONE CONSULTANTS | |
| | | Rutherford Enterprises Ltd | |
| | | Viking River Cruises, Inc. | |
| | | WILLIAMS CANCER DRUGS CONSULTING LLC | |
| 25 | **CIGNA** | Life Insurance Company Of North America | Vendor |
| 26 | **CITIBANK, N.A.** | Alita Resources Limited | Vendor |
| | | American Express Europe LLC | |
| 27 | **COLLIERS INTERNATIONAL PROPERTY CONSULTANTS SHANGHAI CO LTD** | Colliers International Property Consultants (shanghai) Co. Ltd | Vendor |
| 28 | **COMCAST** | Blavity, Inc. | Vendor |
| | | Business News Media Limited | |
| | | Experian plc | |
| 29 | **CONOCOPHILLIPS COMPANY** | Integra Centrum S.R.O. | Vendor |
| | | Integra LifeSciences Holdings Corporation | |
| | | KOBENHAVNS VESTEGNS POLITI | |
| | | ORSTED SALES AND DISTRIBUTION AS | |
| | | RENAISSANCE AMSTERDAM HOTEL | |
| | | RENAISSANCE BALTIMORE HARBORPLACE HOTEL | |
| | | Renaissance Bangkok Ratchaprasong Hotel | |
| | | RENAISSANCE DO BRASIL HOTELARIA LTDA TAX ID 64089824000324 | |
| | | RENAISSANCE HOTEL DENVER | |
| | | Renaissance Hotel Group | |
| | | RENAISSANCE LAGOS IKEJA HOTEL | |
| | | RENAISSANCE ORLANDO AIRPORT HOTEL | |
| | | RENAISSANCE PARIS LE PARC TROCADERO | |
| | | RENAISSANCE PROVIDENCE HOTEL | |
| | | RENAISSANCE STRATEGIC ADVISORS II LLC | |
| | | RENAISSANCE ZURICH HOTEL | |
| 30 | **Conyers Dill & Pearman Ltd.** | QUEST SA | Vendor |
| 31 | **Cornerstone Insurance** | Book of Business of Ricoh USA, Inc. | Vendor |
| 32 | **Credit Industriel et Commercial** | ABN AMRO Bank N.V. | Vendor |
| | | ALLIED INTERNATIONAL NA INC | |
| | | Androuet | |
| | | Assurances Et Conseils | |
| | | Atelier Stores | |
| | | Atelier Wilma GmbH | |
| | | Beauty Success S.A. | |

Bellevue Group AG
Bilendi SA
Caisse Régionale de Crédit Agricole Mutuel de
Normandie-Seine Société coopérative
Carrefour (SH) E-Commerce Co. Ltd
Carrefour Argentina S.A.
Carrefour Polska sp. z o.o.
Carrefour SA
Castorama Polska Sp. z.o.o.
Citibank (Poland) S.A.
Citibank Europe plc
Citibank, N.A.
Colliers International (India) Property Services Private
Limited
Colliers International Agency Limited
Colliers International Belgium SA
Colliers International Group Inc.
Colliers International Occupier Services B.V.
Colliers International Poland Sp. z o.o
Colliers International Project Services Pty Ltd
Colliers Lomelín SA de CV
Colliers Project Leaders Inc.
Crédit Mutuel Arkéa
Cushman & Wakefield Korea Ltd.
DIDI CHUXING TECHNOLOGY CO LTD
Edison Software Inc.
EPIPHANY
Epsilon Data Management, LLC
Equinox Software & Services Pvt Ltd
Etsy, Inc.
Fidelity Investments Charitable Gift Fund
Frasers Hospitality Uk Holdings Limited
FRESHWATER COVE ASSOCIATES LLC
General Electric Capital Corporation
General Electric Company
General Electric Pension Trust
GL EVENTS KONGRE VE FUAR MERKEZLERI
TESI
GL events South Africa (Pty) Ltd
Groupe DistriToys SA
IMPACT LIMITED
Inchcape Motors Peru S.A.
Klaxoon SAS
Le Patio Office Building in Marseilles
Lloyds Banking Group plc
Lydec S.A.
Mademoiselle Green Sprl
Matiere A Suivre Sprl
MetLife México, S.A.
MetLife Seguros de Vida S.A. (Uruguay)
MetLife Stadium Company, LLC
Midaxo Oy
NIO GMBH
Panorama Hotels One, K.K.
PIVOT
Roxhill Media Limited
SAS Chomette Favor
SCEA CHATEAU CAJUS
SCHUMACHER PIANO SERVICE
SEH GMBH
Smartest Energy Ltd.

| | | Summerhill International Co., Ltd. | |
| | | Synapse Executive Search | |
| | | TeleClinic GmbH | |
| | | UBO LTD | |
| | | UC AB | |
| | | Veritas Capital Fund Management, L.L.C | |
| | | Veritas Technologies LLC | |
| | | Vranken-Pommery Monopole Société Anonyme | |
| 33 | **CYPRESS ENERGY CORPORATION** | Cypress Semiconductor Corporation | **Vendor** |
| 34 | **DALLAS COUNTY TAX OFFICE** | DALLAS COUNTY TAX COLLECTOR | **Vendor** |
| 35 | **DELOITTE & TOUCHE** | Andersen Tax & Legal | **Vendor** |
| | | Andersen Tax LLC | |
| | | Andersen Tax LLC (Private Clients) | |
| | | Andersen Tax LLC and STCPartners. | |
| | | Andersen Tax LLP | |
| | | Unternehmensberatung GmbH | |
| | | Unternehmensberatung Jagnow Gmbh | |
| | | Unternehmensberatung Mößlinger KG | |
| | | Unternehmensberatung Wessling Gmbh | |
| 36 | **DELOITTE FINANCIAL ADVISORY SERVICES LIMITED** | Deloitte Financial Advisory Services LLP | **Vendor** |
| 37 | **DELOITTE HASKINS & SELLS** | Deloitte Haskins & Sells LLP | **Vendor** |
| 38 | **DEUTSCHE BANK ABU DHABI** | OPPENHEIM UGYVEDI IRODA | **Vendor** |
| | | REDFERN LEGAL LLP | |
| | | thyssenkrupp Steel Europe AG | |
| | | Tianjin Airlines Co., Ltd. | |
| | | Tianjin Airlines Holding Co., Ltd. | |
| 39 | **DIAMOND OFFSHORE DRILLING, INC.** | Boardwalktech Software Corp. | **Vendor** |
| | | CONTINENTAL ASSIST COLOMBIA SAS | |
| | | Continental Resources, Inc. | |
| | | Fidelity Investments Charitable Gift Fund | |
| | | LOEWS CHICAGO HOTEL | |
| | | Loews Miami Beach Hotel Operating Company, Inc. | |
| | | Windsor Resources Inc. | |
| 40 | **EASTERN LOGISTIC** | Air France-KLM SA | **Vendor** |
| | | China United Airlines Co., Limited | |
| 41 | **ENERGY TRANSFER PARTNERS, L.P.** | Southwest Gas Storage Company | **Vendor** |
| 42 | **EOG RESOURCES TRINIDAD LIMITED** | Ripple Rock Fish Farms, LLC | **Vendor** |
| | | Ripple Rock Ltd | |
| | | SOMERSET GINZA EAST TOKYO | |
| 43 | **ERNST AND YOUNG LLP** | Ernst & Young LLP | **Vendor** |
| | | Ernst & Young Transaction Advisory Services España | |
| | | ERNST AND YOUNG ADVISORY PTE LTD | |
| 44 | **ESWL Ltd.** | Cathay Pacific Airways Limited | **Vendor** |
| | | Esw Lighting And Maintenance Company Limited | |
| | | Fulcrum Partners, LLC | |
| | | Hong Kong Dragon Airlines Limited | |
| | | Hong Kong Express Airways Ltd. | |
| | | Shanghai Airlines Co., Ltd. | |
| | | Shanghai Airport Vip Service Co., Ltd. | |
| | | Shanghai Ctrip International Travel Service Co., Ltd. | |
| 45 | **FBN General Insurance** | ENERGOTECH GROUP KFT | **Vendor** |
| 46 | **FIDELITY** | Airbnb, Inc. | **Vendor** |
| | | Generation Bio Co. | |
| | | Twilio Inc. | |

| | | Twilio Inc., Employee Stock Ownership Plan<br>Twilio Ip Holding Limited | |
|---|---|---|---|
| 47 | **FMC TECHNOLOGIES, INC.** | Crosby Street Hotel<br>FMC Technologies, Inc.<br>Galaxy Office Automation Pvt. Ltd<br>Genesis Integration Inc.<br>Kongsberg Digital AS<br>Neptune Hospitality Advisors Inc.<br>PT GLOBAL MITRA PROTEKSINDO<br>Schilling Omnibusverkehr Gmbh<br>Westinghouse Electric Company LLC | Vendor |
| 48 | **FTI Consulting** | Compass Group (Schweiz) AG<br>Compass Group Danmark A/S<br>Compass Group PLC<br>Compass Group, UK & Ireland Limited<br>Compass Lexecon LLC<br>FTI Consulting Gulf Limited<br>FTI CONSULTING SYDNEY PTY LIMITED<br>FTI Consulting, Inc.<br>KPMG LLP<br>PRICEWATERHOUSE AUDIT<br>PRICEWATERHOUSE COOPERS RUSSIA BV<br>PRICEWATERHOUSE SLOVENSKO<br>Pricewaterhousecoopers & Associados, Sociedade De Revisores Oficiais De Contas, L.d.a.<br>PricewaterhouseCoopers (Vietnam) Limited<br>PricewaterhouseCoopers ABAS Limited<br>PricewaterhouseCoopers AG Wirtschaftsprüfungsgesellschaft<br>PRICEWATERHOUSECOOPERS AKTIENGESELLSCHAFT WIRTSCHAFTSPRUFUNGSGESELLSCHAFT<br>PRICEWATERHOUSECOOPERS ALGERIE EURL<br><br>Pricewaterhousecoopers Asesores Gerenciales Ltda<br>Pricewaterhousecoopers Auditores, S.L.<br>Pricewaterhousecoopers Compliance Services Sl<br>PRICEWATERHOUSECOOPERS CONTADORES PUBLICOS LTDA TAX ID 06142225000169<br><br>PRICEWATERHOUSECOOPERS COPENHAGEN<br><br>PRICEWATERHOUSECOOPERS CR<br>Pricewaterhousecoopers Kazakhstan<br>PricewaterhouseCoopers Korea<br>PRICEWATERHOUSECOOPERS LEGAL & TAX CONSULTANTS LTD<br>PricewaterhouseCoopers LLP<br>PRICEWATERHOUSECOOPERS MOBILITY TECHNOLOGY SERVICES LLC<br>PRICEWATERHOUSECOOPERS MYANMAR CO LTD<br>Pricewaterhousecoopers S. Civil De R.L.<br>PRICEWATERHOUSECOOPERS SERVICIOS LEGALES Y TRIBUTARIOS LTDA<br>PRICEWATERHOUSECOOPERS SINGAPORE PTE LTD<br>PricewaterhouseCoopers Sp. z o.o<br>PricewaterhouseCoopers Tax & Legal SA | Vendor |

| | | PRICEWATERHOUSECOOPERS TAX SERVICES TLS<br>PRICEWATERHOUSECOOPERS TAXATION SERVICES SDN BHD<br>Pricewaterhousecoopers, S.C.<br>PRICEWATERHOUSECOOPERSBELASTINGADVISEURS N V | |
|---|---|---|---|
| 49 | Ginkgo Tree, LLC | China Academy of Information and Communications Technology<br>Tsinghua University | Vendor |
| 50 | GOLDMAN SACHS BANK USA | ASTERIA MAPS<br>Mccarthy Petrault S.E.N. C.R.L., S.R.L.<br>Mccarthy Tetrault<br>McCarthy Tétrault LLP<br>MetricStream, Inc.<br>ProQuest LLC<br>Regency Entertainment S.A.<br>Samhi Hotels Ahmedabad Private Limited<br>Transparent Energy | Vendor |
| 51 | GOVERNMENT OF THE REPUBLIC OF TRINIDAD AND TOBAGO | Trinidad and Tobago | Vendor |
| 52 | GREAT LAKES INSURANCE SE | Centrum Chodov, A.S. | Vendor |
| 53 | HCAD-GREENS PRKWY MUD | Harris County Appraisal District | Vendor |
| 54 | HEMPEL COATINGS | Spring Airlines Co., Ltd.<br>Spring Airlines Co., Ltd., ESOP 2018<br>Spring Airlines Japan Co., Ltd. | Vendor |
| 55 | HOLLAND & KNIGHT LLP | Holland & Knight LLP | Vendor |
| 56 | HSBC MIDDLE EAST, QATAR | Four Seasons Holdings Inc.<br>Greenstone Farm Credit Services ACA<br>Greenstone LLC<br>Greenstone Partners & Co.<br>Greenstone Pty Ltd<br>Greenstone Resources Ltd.<br>Jetstar Airways Pty Ltd<br>Kyriba Corp. | Vendor |
| 57 | INSTITUTO NACIONAL DE SEGURANCA SOCIAL | Instituto Nacional de Segurança Social | Vendor |
| 58 | INTERNAL REVENUE SERVICE | Internal Revenue Service | Vendor |
| 59 | JT THORPE & SONS, INC. | Intertrust Trustees Gmbh<br>Paragon Car Rental Company Limited<br>paragon GmbH & Co. KGaA<br>PARAGON TRANSACTION COSNE<br>Thistle Group Holdings Limited<br>Thistle Reprographics Limited | Vendor |
| 60 | KEPPEL FELS LIMITED | Offshore Technology Development Pte Ltd | Vendor |
| 61 | LAZARD | Lazard Frères & Co. LLC<br>LOCALIZA RENT A CAR SA TAX ID 16670085011351<br>LOCALIZA RENT A CAR SA TAX ID 16670085066687 | Vendor |
| 62 | LLOYD'S SYNDICATE MKL 3000 - MARKEL | Pinnacle (Sentosa) Pte Ltd | Vendor |
| 63 | LLOYDS SYNDICATE 2001 AML | Japan Airlines Co., Ltd. | Vendor |
| 64 | LOOKING GLASS CYBER SOLUTIONS INC | LookingGlass Cyber Solutions Inc. | Vendor |
| 65 | LUNDIN NORWAY AS | Lundin Energy AB | Vendor |

| 66 | M&T BANK | Financial Services Information Sharing and Analysis Center Inc. | Vendor |
|---|---|---|---|
| 67 | MAN DIESEL AND TURBO N AMERICA | Audi Japan K.K.<br>Audi Japan Sales K.K.<br>BENTLEY SYSTEMS SINGAPORE PTE LTD<br>Bertrand<br>Bertrandt<br>Bertrandt Aktiengesellschaft<br>Bertrandt Gmbh<br>Bertrandt Ingenieurbüro Gmbh<br>CHINA NATIONAL MACHINERY ENGINEERING CORPORATION<br>Dds Digital Data Services Gmbh<br>Volkswagen Automobile Berlin GmbH<br>Volkswagen Automobile Hamburg GmbH<br>Volkswagen Automobile Region Hannover Gmbh<br>Volkswagen Automobile Stuttgart GmbH<br>Volkswagen Automobile Stuttgart Gmbh & Co.Kg | Vendor |
| 68 | MANTA RAY LIMITED | GoldVIP Technology Solutions Pvt Ltd | Vendor |
| 69 | MARSH LIMITED | CHARTWELL AMERICAS LLC<br>Insurance Brokers of Nigeria Limited<br>Mercer (US) Inc. | Vendor |
| 70 | MARSH S.A. | Marsh & McLennan Companies, Inc. | Vendor |
| 71 | MCKINSEY AND COMPANY INC | Mckinsey & Company, Inc. Prague - Organizacni Slozka | Vendor |
| 72 | MICROSOFT CORPORATION | Global Business Travel Hong Kong Limited<br>Linkedin Singapore Pte. Ltd.<br>M12<br>Microsoft Azure<br>Microsoft Corporation<br>Microsoft Dynamics Inc.<br>Microsofts Inc<br>TOYOTA CREEK MOTORS PVT LIMITED | Vendor |
| 73 | MIDAXO | Midaxo Oy | Vendor |
| 74 | Mistras Group Inc. | Mistras Group, Inc. | Vendor |
| 75 | MIZUHO BANK, LTD. | Fujicco Co., Ltd. | Vendor |
| 76 | MORGAN STANLEY | TEMPTATIONS CATERING<br>The Thai Chamber of Commerce and Board of Trade of thailand | Vendor |
| 77 | MUFG BANK, LTD. | MUFG Union Bank, National Association<br>TRUSOURCE H2O CANADA INC | Vendor |
| 78 | NIBC BANK N.V. | Koninklijke Brill NV<br>Koninklijke Fabrieken Posthumus B.V. | Vendor |
| 79 | Oak Hill Advisors LP | COOPER AB LLC<br>IMAGINE<br>MERCER<br>MERCER LIMITED<br>PLAY LLC | Vendor |
| 80 | Oaktree Capital Management LP | 9 11 DAY<br>AMAZON ADVERTISING LLC<br>AMETHYST CAFE P LTD<br>ASCENT PGM LLC<br>ATLAS<br>BENMAR AIR CONDITIONING LLC<br>BLACKBERRY LIMITED<br>BOP 245 PARK CO LLC<br>BROOKFIELD COMMERCIAL OPERATIONS P L<br><br>BUSINESS SERVICE<br>DOUBLE | Vendor |

| | | DOUBLETREE BY HILTON LONDON WESTMINSTER | |
|---|---|---|---|
| | | EAG INC | |
| | | FITNESS FIRST | |
| | | GRAF | |
| | | HOTEL AND CONFERENCE CENTRE SITGES SL | |
| | | HOWA GMBH | |
| | | ICON SRL | |
| | | IMAGINE | |
| | | KK STORE | |
| | | LLC DOUBLE | |
| | | MACYS RETAIL HOLDINGS INC | |
| | | MAIL BOXES ETC. | |
| | | MOLO 13 srl | |
| | | MOMENT AS | |
| | | MULTIPLEX | |
| | | NATIONWIDE BUILDING SOCIETY | |
| | | PD GROUP | |
| | | PGA NATIONAL RESORT AND SPA | |
| | | PINSTRIPES INC | |
| | | PORT | |
| | | RITZ | |
| | | SAET | |
| | | SANEA | |
| | | SERVICENOW INC | |
| | | SHERATON CENTRE TORONTO HOTEL | |
| | | SOLOMON AND CO | |
| | | SPRINT | |
| | | STK LITTLE WEST 12TH LLC | |
| | | THE BROADMOOR | |
| | | THE DELI | |
| | | THE RESEARCH COMPANY | |
| | | THE RITZ CARLTON | |
| | | THE RITZ-CARLTON HOTEL | |
| | | THE WESTIN | |
| | | TRIBES | |
| | | VODAFONE IDEA LIMITED | |
| 81 | ODFJELL | Conrad Miami Hotel | Vendor |
| 82 | ONE | BLACK MESA INVESTMENT AB | Vendor |
| 83 | One Gas Inc. | BLACK MESA INVESTMENT AB | Vendor |
| | | CARE | |
| | | CARE 1ST CORPORATION | |
| | | CLARIVATE ANALYTICS | |
| | | COMPUTER DESIGN AND INTEGRATION LLC | |
| | | FIREEYE INC | |
| | | KIDS AND COMPANY LIMITED | |
| | | ON24 INC | |
| | | ORION SYSTEMS INTEGRATORS LLC | |
| | | SCHOO GMBH | |
| | | SEDGWICK CLAIMS MANAGEMENT SERVICES | |
| | | SWOOP | |
| | | THOMSON REUTERS SCIENTIFIC LLC | |
| | | WESTJET AIRLINES LTD | |
| 84 | Onepath Funds Management Ltd. | ** DNU ** MEDCO HEALTH SOLUTIONS INC USE V# 129433 | Vendor |
| | | CARE CORE CO LTD | |
| | | CIGNA | |

| | | CIGNA GLOBAL HEALTH BENEFITS<br>CIGNA HEALTH AND LIFE INSURANCE COM<br>CIGNA HEALTHCARE<br>CIGNA INSURANCE MIDDLE EAST SAL<br>CIGNA INT. EUROPE<br>CIGNA INTERNATIONAL BENEFITS<br>CIGNA INTERNATIONAL EXPATRIATE<br>BENEFITS<br>CIGNA LIFE INS CO. OF EUROPE<br>CIGNA LIFE INSURANCE CO OF EUROPE SA NV<br><br>CIGNA WORLDWIDE LIFE INSURANCE<br>COMPANY LIMITED<br>EXPRESS<br>EXPRESS SCRIPTS INC<br>VIVIUM<br>ZUERICH VERSICHERUNGS GESELLSCHAFT<br>AG<br>Zurich<br>ZURICH INSURANCE PLC<br>Zürich Versicherungs-Aktiengesellschaft | |
| 85 | Oracle America, Inc. | BAUHAUS E-BUSINESS GMBH & CO KG<br>COMPENDIUM CENTRUM EDUKACYJNE Z.O.O.<br><br>Content Management AG<br>CRITICAL PATH COURIERS LTD<br>Datalogics India Private Limited<br>DIVINE INSIGHT SWITCHGEAR<br>EMERSON NETWORK POWER INDIA PVT LTD<br><br>GLOBAL KNOWLEDGE BELGIUM BVBA<br>GLOBAL KNOWLEDGE NETWORK CANADA<br>INC<br>GLOBAL KNOWLEDGE TECHNOLOGIES<br>HighGround, Inc.<br>Oracle America, Inc.<br>Oracle Austria GmbH<br>Oracle Canada ULC<br>Oracle Corporation<br>Oracle de Mexico, S.A. de C.V.<br>Oracle India Private Limited<br>Oracle Systems Limited<br>Pinnacle (Sentosa) Pte Ltd<br>Pinnacle Advisory And Consulting Services Limited<br>Pinnacle Communications<br>Pretzel Logic<br>Select Telecoms Pty Ltd.<br>WORLDWIDE EXHIBIT SERVICES S L | Vendor |
| 86 | PANALPINA, INC. | Apollo Pharmacies Limited | Vendor |
| 87 | PKY-SAN FELIPE PLAZA L.P. | Alibaba Cloud Computing Beijing Co Ltd<br>Alibaba Cloud Computing Company<br>Knowlton Development Corporation | Vendor |
| 88 | PRICE WATER HOUSE<br>COOPERS | PricewaterhouseCoopers LLP | Vendor |
| 89 | PRICEWATERHOUSECOOPERS<br>LLP | Ernst & Young Servicegmbh & Co Og<br>Steuerberatungsgesellschaft<br>Ernst & Young Services (uk) Ltd<br>Ernst & Young Services Limited<br>Ernst & Young Services S.A. | Vendor |

| | | PRICE WATERHOUSE COOPERS CONSULTORES AUDITORES Y COMPANIA LIMITADA | |
|---|---|---|---|
| | | PwC Consulting LLC<br>Pwc International Assignment Services (Singapore) Pte. Ltd.<br>PwC Société d'Avocats | |
| 90 | **RAHMAT LIM & PARTNERS** | Rahmat Lim & Partners | **Vendor** |
| 91 | **RELIANT** | Pangasinan Electric Corporation<br>Pangasinan Five Star Bus Co., Inc.<br>Touchpoint Leadership Limited | **Vendor** |
| 92 | **RelyOnNutec AS** | RelyOn Nutec Denmark A/S | **Vendor** |
| 93 | **REXEL INC-FORMALLY REXEL SUMMER ELECTRIC** | Elektro Kreutzer Gmbh<br>Elektro-Kreutzer Gmbh<br>Pensionskasse der VHV-Versicherungen | **Vendor** |
| 94 | **RICELAND PETROLEUM COMPANY** | Bar Street Pte. Ltd.<br>Dongguan Yangtian Electron Technology Co., Ltd.<br>Firefly Consulting Limited<br>Fonterra Co-operative Group Limited<br>Godavari Shilpkala Private Limited<br>Inner Mongolia Yili Industrial Group Co., Ltd.<br>PT Bumi Perkasa Andhika<br>PT MULTITRONIKA MANDIRI<br>PT SENTRA KOMUNIKA AJIDAYA<br>PT Sentral Mitra Informatika Tbk<br>The St. James's Club (Manchester) Limited | **Vendor** |
| 95 | **Romulo Mabanta Buenaventura Sayoc & de Los Angeles** | Romulo Mabanta Buenaventura Sayoc & De los Angeles | **Vendor** |
| 96 | **SANSAN** | Sansan, Inc. | **Vendor** |
| 97 | **Saudi Arabia, Government of, General Organization for Social Insurance** | General Organization for Social Insurance | **Vendor** |
| 98 | **SCHLUMBERGER TECHNOLOGY CORPORATION** | Alphabet Fleet Services EspaIa Sl (Extinguida)<br>Alphabet Inc.<br>Alphabet Nederland B.V.<br>AlphaBeta Pty Ltd<br>Convergence Center For Policy Resolution<br>Fairchild Publishing<br>Global Semiconductor Alliance<br>Global Sovereign Advisory<br>Halliburton Company<br>Interactive Advertising Bureau, Inc.<br>Lasalle Partners, S. De R.L. De C.V.<br>North Star Safety Limited<br>Safeguard Shredding<br>Schlumberger Oilfield Holdings Limited<br>Schlumberger Technology Corporation<br>Shandong Airlines Co., Ltd.<br>Shandong Haike Chemical Co.,Ltd | **Vendor** |
| 99 | **SERVICIO DE ADMINISTRACION** | Servicio De Administracion Tributaria<br>Servicio De Administración Tributaria | **Vendor** |
| 100 | **SHELL NIGERIA EXPLORATION AND PRODUTION COMPANY LIMITED** | CUMULUS ARCHITECTURE SRL<br>Prometheus Group Enterprises, LLC<br>Zhejiang Alibaba Cloud Computing Ltd | **Vendor** |
| 101 | **SHELL OFFSHORE, INC.** | Abu Dhabi Distribution Company<br>ALLIANCE AUTOS<br>B G Overseas Holdings Ltd.<br>BELGIAN SHELL BELG<br>Blue Ocean Operation Pty Ltd<br>Blue Ocean Semantic Web Solutions GmbH | **Vendor** |

| | | BONIFACIO LANDMARK REALTY AND DEVELOPMENT CORP<br>CHESAPEAKE AND POTOMAC AUDIO VISUAL SERVICES INC<br>Cumulus Media Inc.<br>d.light design inc.<br>Enspire Learning Inc.<br>Enterprise Plants Limited<br>euroShell Deutschland GmbH & Co. KG<br>Exploratorium, Inc.<br>First Technology Federal Credit Union<br>Hankook Ilbo Co., Ltd.<br>Heathrow Express Operating Company Limited<br>Hyundai Card Co., Ltd.<br>Hyundai Motor India Limited<br>Mahanagar Gas Limited<br>Norddeutsches Bewachungs-Institut Hans Joppien Gmbh & Co. Kg<br>ONEnergy Inc.<br>Prometheus Group Enterprises, LLC<br>Reading Partners<br>rhein-marathon düsseldorf GmbH<br>Shell & Turcas Petrol A.S.<br>Shell Australia Pty Ltd<br>Shell Canada Limited<br>Shell International B.V.<br>Shell Luxembourgeoise s.à.r.l.<br>Shell Pakistan Limited<br>Shell Upstream Turkey BV<br>Skyhook Wireless, Inc.<br>Sunseap Group Pte. Ltd.<br>Sunshine Business Solution Company Limited<br>The New Motion B.V.<br>True North Consulting, LLC<br>True North Ventures Ltd | |
|---|---|---|---|
| 102 | SIEM | InnoTec TSS AG<br>Siemens Ltd., China | Vendor |
| 103 | SODEXO SOLUCIONES DE MOTIVACION CHILE SA | Sodexo Soluciones De Motivacion Argentina S.A. | Vendor |
| 104 | STANDARD CHARTERED BANK | Huaneng Energy & Communications Holdings Co., Ltd. | Vendor |
| 105 | STUDIO TRIBUTARIO E SOCIETARIO DELOITTE | Deloitte Italy S.p.A | Vendor |
| 106 | Suntec Real Estate Investment Trust | HARMONY CONVENTION HOLDING PTE LTD | Vendor |
| 107 | SWEPI LP | A La Carte Produkter AS<br>Delaware American Life Insurance Company<br>Environmental Systems Research Institute, Inc.<br>Ferguson Enterprises, LLC<br>Tianjin Airlines Co., Ltd.<br>TianJin Lishen Battery Joint-Stock CO.,LTD.<br>Tianjin Shengchen Enterprise Management Partnership Enterprise (Limited Partnership)<br>Vectron Enterprises Ltd | Vendor |
| 108 | TEXACO INC. | Aventine Capital Partners Ltd.<br>Diamond Shamrock, Inc.<br>Rockwood X Reit, Inc.<br>RUBICON FLOREASCA SRL<br>WILLIAMS CANCER DRUGS CONSULTING LLC | Vendor |

| 109 | **THE ALLAN COMPANY** | Allan Industries, Inc. | **Vendor** |
|---|---|---|---|
| 110 | **THE BANK OF NEW YORK MELLON TRUST COMPANY, NA** | RetailNext, Inc. | **Vendor** |
| 111 | **THE HILTON SHORT HILLS** | Hilton Short Hills | **Vendor** |
| 112 | **T-MOBILE** | Jewish Federation Of South Palm Beach County Inc | **Vendor** |
| 113 | **Tractors Singapore Ltd.** | DARBY PARK SINGAPORE PTE LTD | **Vendor** |
| 114 | **Trinidad & Tobago, Government of, Comptroller of Customs And Excise** | Trinidad and Tobago | **Vendor** |
| 115 | **U.S. SECURITIES AND EXCHANGE COMMISION - BANKRUPTCY DEPT** | U.S. Securities and Exchange Commission | **Vendor** |
| 116 | **UNION CARBIDE CORPORATION** | Devonshire Appointments Limited<br>Hampshire House Corporation<br>Imprint Capital LLC<br>Imprint Group<br>Imprint Technologies LLC<br>Mitsubishi Corporation<br>Mitsubishi Electric Power Products, Inc.<br>MITSUBISHI TRUNK ROOM<br>Mitsubishi UFJ Lease & Finance Company Limited<br>Shipley Do-Nut Flour And Supply Co., Inc.<br>Sterling Infosystems, Inc.<br>Sterling Partners<br>Sterling Sanitary Supply Corp | **Vendor** |
| 117 | **United Arab Emirates, Government of, Federal Customs Authority** | FEDERAL TAX AUTHORITY | **Vendor** |
| 118 | **UNITED STATES TREASURY** | Western Alliance Bank | **Vendor** |
| 119 | **VANGUARD GROUP INC** | General Electric Company | **Vendor** |
| 120 | **VETCO GRAY** | GE Aviation Materials LP<br>General Electric Capital Corporation<br>General Electric Company<br>General Electric Pension Trust<br>Power Systems Research, Inc. | **Vendor** |
| 121 | **W.W. Grainger Inc.** | GRAINGER<br>MONOTARO<br>MonotaRO Co., Ltd.<br>W AND W GMBH<br>W.W. Grainger, Inc. | **Vendor** |
| 122 | **WEERAWONG CHINNAVAT AND PARTNERS LTD** | Weerawong, Chinnavat & Peangpanor Ltd. | **Vendor** |
| 123 | **WELLCONNECTION (INDEPENDENT OILFIED)** | Antworks Pte. Ltd.<br>Asiana Airlines, Inc.<br>Breadwinner's Baking Goods, Ltd.<br>Caravan Metropol, spol. s.r.o.<br>connectome.design inc.<br>FinLeap GmbH<br>GA technologies Co., Ltd.<br>Idealab<br>Impact HUB DF<br>LG Uplus Corp.<br>Lightspeed POS Inc.<br>Pixie Dust Technologies, Inc.<br>POWERMAX CONSULTING GROUP INC<br>PRIME COMUNICACIONES EIRL<br>Radiant Services Corp.<br>Rakuten Deutschland GmbH<br>Rakuten Research, Inc.<br>Samsung Electronics Co., Ltd. | **Vendor** |

| | | Samsung Electronics Polska Sp. z o.o. | |
| | | Samsung Hospitality Vietnam CO.,LTD | |
| | | Samsung Life Insurance Co., Ltd. | |
| | | Sansan, Inc. | |
| | | Shinhan Investment Corp. | |
| | | SoftBank Robotics Europe SAS | |
| | | SoftBank Telecom Corp. | |
| | | Star Festival Inc. | |
| | | Tradewind Aviation LLC | |
| | | Tradewinds Premium Goods Sdn Bhd | |
| | | UNIROBOT-OST BT | |
| | | Vector Infotech Pte Ltd | |
| | | Vector International Inc | |
| | | Visional, Inc. | |
| 124 | **WELLS FARGO BANK, NATIONAL ASSOCIATION** | Apigee Corporation | **Vendor** |
| 125 | **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS DIP AGENT** | Bayern Express & P. Kühn Berlin GmbH | **Vendor** |
| | | DB Fernverkehr AG | |
| | | DB Mobility Logistics AG | |
| | | DB Vertrieb GmbH | |
| | | Deutsche Bahn AG | |
| | | Eurobus Welti-Furrer AG | |
| | | Philippi Prietocarrizosa Ferrero Du & Uria | |
| | | Philippine Airlines, Inc. | |
| | | Philippine Chamber of Commerce and Industry | |
| | | Philippine Health Insurance Corp | |
| | | Schenker AG | |
| | | Schenker Australia Pty Limited | |
| | | Schenker Deutschland AG | |
| | | Schenker South Africa (pty) Ltd | |
| | | Trillium Health Partners Foundation | |
| 126 | **XEROX** | Acme Business Gifts Sprl | **Vendor** |
| | | ACS audiovisual solutions B.V. | |
| | | Acs Data Systems Spa | |
| | | ACS Publications | |
| | | Albion International Group | |
| | | Bradley Jordan Construction Co., Inc. | |
| | | Buck Consultants International B.V. | |
| | | Chicago Athletic Association | |
| | | CONDUENT HR CONSULTANTS LIMITED | |
| | | Conduent HR Consulting, LLC | |
| | | Credence Background Screening Limited | |
| | | Digitec Galaxus AG | |
| | | Digitec Solution Srl | |
| | | GE Capital Global Holdings, LLC | |
| | | Georgia Natural Gas Company | |
| | | Georgia Power Company | |
| | | Intrepid Learning, Inc. | |
| | | Kaufman Consulting, Inc. | |
| | | Office Technology Ltd. | |
| | | Palo Alto Networks, Inc. | |
| | | Safeway Inc. | |
| | | State Street Corporation | |
| | | Stichting Internationaal Belasting Documentatie Bureau | |
| | | Stichting Mind | |
| | | Stichting Waarborgfonds Eigen Woningen | |
| | | Xerox (UK) Limited | |
| | | Xerox Canada Inc. | |
| | | XEROX CORPORATION - DO ONLY | |
| | | XEROX CORPORATION - PCO ONLY | |

| | | Xerox Financial Services, LLC<br>Xerox Holdings Corporation<br>Xerox Leasing Deutschland GmbH<br>Xerox Portugal Equipamentos de Escritorio Limitada<br>Xerox Renting S.A.U.<br>Xl Worldwide Corp | |
| --- | --- | --- | --- |
| **127** | **XEROX FINANCIAL SERVICES** | XEROX VERTRAGSPARTNER SCHRÖTER E.K. | **Vendor** |
| **128** | **XL SEGUROS BRAZIL S.A.** | Degreed B.V.<br>Degreed, Inc.<br>Equitable Financial Life Insurance Company<br>Inventus, LLC<br>Kyobo Life Insurance Co., Ltd. | **Vendor** |

## **<u>Schedule 3</u>**

MIO's Connections

| | __Interested Party Name__ | __MIO  Connection Name[1]__ | __Connection Type__ |
|---|---|---|---|
| 1. | Allianz Global Corporate & Specialty SE<br>Allianz Global Risks US Insurance Company<br>Allianz Nigeria Insurance Plc | PIMCO Global Inflation Linked Bond Fund | Investment |
| 2. | Axa Mansard Insurance<br>Axa Seguros SA de CV | Highfields Capital II LP | Investment |
| 3. | Banc of America Credit Products Inc.<br>Bank of America<br>Bank of America Merrill Lynch<br>Bank of America, N.A. | BofA Securities, Inc. | Counterparty |
| | | Merrill Lynch, Pierce, Fenner & Smith Incorporated | Counterparty |
| | | Stifel | Counterparty |
| 4. | Bankers Trust Co. Corp.Trust& | Infosys Limited | Vendor |
| 5. | Barclays Bank Plc | Barclays | Counterparty |
| 6. | Blackrock Inc | State Street | Counterparty |
| 7. | BNP Netherlands | Infosys Limited | Vendor |
| 8. | BNP Paribas NY & Johannesburg | Infosys Limited | Vendor |
| 9. | CHC Helicopter Support Services Inc. | Jefferies | Counterparty |
| | | Jefferies Bache Financial Services, Inc. | Counterparty |
| | | Jefferies Group, Inc. | Counterparty |
| | | Jefferies LLC | Counterparty |
| 10. | Chevron Phillips Chemical Company, LP | Oxane Materials Securities | Investment |
| 11. | Citco (Bermuda) Limited<br>Citco Management UK Limited | Citco | Counterparty |
| 12. | Credit Industriel et Commercial | MetLife | Counterparty |
| 13. | Deutsche Bank<br>Deutsche Bank AG<br>Deutsche Bank Abu Dhabi<br>Deutsche Bank AG New York Branch<br>Deutsche Bank as Trustee of 3.000% Exchangeable Senior Notes Due 2024<br>Deutsche Bank as Trustee of 4.500% Senior Notes Due 2024<br>Deutsche Bank as Trustee of 4.700% Senior Notes Due 2021<br>Deutsche Bank as Trustee of 5.200% Senior | Deutsche Bank | Counterparty |
| | | Infosys Limited | Vendor |

---

[1] Where MIO was not able to confirm whether an entity on the Expanded Interested Party List was, in fact, the same entity to which MIO has a connection, MIO included such possible connections in its report to the Proposed Professionals.

| | Interested Party Name | MIO  Connection Name[1] | Connection Type |
|---|---|---|---|
| | Notes Due 2025 | | |
| | Deutsche Bank as Trustee of 5.750% Senior Notes Due 2044 | | |
| | Deutsche Bank as Trustee of 7.200% Debentures Due 2027 | | |
| | Deutsche Bank as Trustee of 7.750% Senior Notes Due 2026 | | |
| | Deutsche Bank as Trustee of 8.000% Senior Notes Due 2024 | | |
| | Deutsche Bank Riyadh Branch | | |
| 14. | Diamond Offshore Drilling, Inc. | Continental Casualty Company | Vendor |
| 15. | Endurance Worldwide Insurance Ltd. | Endurance American Insurance Company | Vendor |
| 16. | Fin Insurance | Highfields Capital II LP | Investment |
| 17. | Ginkgo Tree, LLC | UBS | Counterparty |
| 18. | Goldman Sachs Bank USA Goldman, Sachs & Co. | Goldman Sachs | Counterparty |
| | | Impilo | Investment |
| 19. | HSBC HSBC Bank USA HSBC Bank USA, N.A. HSBC Middle East HSBC Middle East, Qatar HSBC Qatar | HSBC | Counterparty |
| | | Macquarie | Counterparty |
| 20. | Luminus Energy Partners Master Fund Ltd Luminus Management LLC | Luminus Energy Partners | Investment |
| 21. | Manta Ray Limited | Barclays | Counterparty |
| 22. | McKinsey and Company Inc | McKinsey and Company | MIO Affiliate |
| 23. | Mississippi Secretary Of State | Citco | Counterparty |
| 24. | Mizuho Bank, Ltd. | Mizuho | Counterparty |
| 25. | Morgan Stanley Morgan Stanley & Co LLC Morgan Stanley Senior Funding, Inc. MUFG Bank, Ltd. | Morgan Stanley | Counterparty |
| 26. | NEM Insurance | PIMCO Global Inflation Linked Bond Fund | Investment |
| 27. | Oracle America, Inc. | SAP | Vendor |
| 28. | Pacific Invesetment Management Company | PIMCO Global Inflation Linked | Investment |

|  | **Interested Party Name** | **MIO  Connection Name**[1] | **Connection Type** |
|---|---|---|---|
|  | LLC<br><br>Pacific Investment Management Company LLC<br><br>PIMCO | Bond Fund |  |
| 29. | Skandinaviska Enskilda Banken AB (Publ) | SEB | Counterparty |
| 30. | The Bank of New York<br><br>The Bank of New York Mellon Trust Company, NA<br><br>The Bank of New York Mellon Trust Company, NA as Trustee of 6.875% Senior Notes Due 2020<br><br>The Bank of New York Mellon Trust Company, NA as Trustee of 7.875% Senior Notes Due 2040 | Pershing | Counterparty |
| 31. | The Crown Office and Procurator Fiscal Service (Aberdeen) | Whitebox Pandora Select Fund | Investment |
| 32. | U.S. Bank Equipment Finance<br><br>U.S. Bank Equipment Finance, a Division of U.S. Bank National Association<br><br>US Bank<br><br>US Bank as Trustee of 4.750% Senior Notes Due 2024<br><br>US Bank as Trustee of 4.875% Senior Notes Due 2022<br><br>US Bank as Trustee of 5.400% Senior Notes Due 2042<br><br>US Bank as Trustee of 5.850% Senior Notes Due 2044<br><br>US Bank as Trustee of 7.375% Senior Notes Due 2025<br><br>US Bank NA | State Street | Counterparty |
| 33. | UBS Financial Services | UBS | Counterparty |
| 34. | Vanguard Group Inc | Goldman Sachs | Counterparty |
|  |  | Infosys Limited | Vendor |
| 35. | Wells Fargo<br><br>Wells Fargo Bank, National Association | Cantor Fitzgerald | Counterparty |
|  |  | Wachovia | Counterparty |
|  |  | Wells Fargo | Counterparty |
| 36. | Whitebox<br><br>Whitebox Asymmetric Partners, LP<br><br>Whitebox Caja Blanca Fund, LP | Whitebox Pandora Select Fund | Investment |

| | **Interested Party Name** | **MIO  Connection Name**[1] | **Connection Type** |
|---|---|---|---|
| | Whitebox Credit Partners, LP <br> Whitebox GT Fund, LP <br> Whitebox Multi-Strategy Partners, LP <br> Whitebox Relative Value Partners, LP | | |
| 37. | XL Bermuda Ltd. <br> XL Seguros Brazil S.A. | Highfields Capital II LP | Investment |