United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PIPELINE HEALTH SYSTEM, LLC., *et al.*,[1] | ) ) | Case No. 22-90291 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) **Re: Docket No. 1205** |

**FINAL ORDER GRANTING JACKSON WALKER LLP'S FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL AND CONFLICTS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 2, 2022 THROUGH JANUARY 13, 2023**

The Court has considered the *First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel and Conflicts Counsel to the Debtors for the Period From October 2, 2022 Through January 13, 2023* (the "Application") filed by Jackson Walker LLP (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $394,238.86 for the period set forth in the application.

2. The Reorganized Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: April 17, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/PipelineHealth. The Debtors' service address is 898 N. Pacific Coast Highway, Suite 700, El Segundo, California 90245.

35612504v.2 163159/00001