

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
07/07/2021

| | |
|---|---|
| In re: | Chapter 11 |
| **VALARIS PLC**, *et al.,*[1] | Case No. 20-34114 |
| Debtors. | Jointly Administered |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF FTI
CONSULTING, INC., FOR COMPENSTATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
SEPTEMBER 4, 2020 THROUGH MARCH 3, 2021**

(Related to Docket No. 1308)

Upon consideration of the *Second Interim and Final Fee Application of FTI Consulting, Inc.,*

*for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official*

*Committee of Unsecured Creditors for the Period from September 4, 2020 through March 3, 2021*

(the "Application")[2] filed by FTI Consulting, Inc. ("FTI"), financial advisor to the official

committee of unsecured creditors (the "Committee") of the above-captioned debtors (the

"Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application

pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the

fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and

should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been

given, no objections to the Application have been filed, and no other or further notice is required;

---

1  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.stretto.com/Valaris. The location of Debtor Ensco Incorporated's principal place of business and the Debtors' service address in these chapter 11 cases is 5847 San Felipe Street, Suite 3300, Houston, Texas 77057.

2  Capitalized terms not defined herein shall have the meaning set forth in the application.

and (e) good and sufficient cause exists for granting the relief herein, after due deliberation upon the Application and all relevant proceedings before the Court in connection with the Application as modified herein. Therefore, it is hereby

**ORDERED** that FTI is allowed final compensation of fees in the amount of $3,217,066.50 and reimbursement of expenses in the amount of $403.26 for services rendered on behalf of the Committee for the period of September 4, 2020 through March 3, 2021. It is further

**ORDERED** that the Debtors are authorized to pay FTI the unpaid portion of the fees and expenses allowed pursuant to this Order. It is further

**ORDERED** that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 07, 2021

Marvin Isgur
United States Bankruptcy Judge