

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
07/07/2021

| | |
|---|---|
| In re: | Chapter 11 |
| VALARIS PLC, *et al.*,[1] | Case No. 20-34114 (MI) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF**
**NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**SEPTEMBER 9, 2020 THROUGH AND MARCH 3, 2021**
[Relates to Dkt. No. 1307]

Upon consideration of the *Second Interim and Final Fee Application of Norton Rose Fulbright US LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 9, 2020 Through and Including March 3, 2021* (the "**Application**")[2] filed by Norton Rose Fulbright US LLP; and this Court having jurisdiction over the Application; and due and adequate notice of the Application and the relief requested therein having been given under the circumstances and no other or further notice being required; and the Court having read and considered the Application, and no objections having been filed;

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.stretto.com/Valaris. The location of Debtor Ensco Incorporated's principal place of business and the Debtors' service address in these chapter 11 cases is 5847 San Felipe Street, Suite 3300, Houston, Texas 77057.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

**IT IS HEREBY ORDERED THAT:**

1.      ~~The Application is GRANTED to the extent set forth;~~

2.      The fees for professional services rendered during the time periods set forth in the Application are allowed in the amount of $333,581.50 pursuant to section 331 of the Bankruptcy Code and approved on an interim basis under section 330 of the Bankruptcy Code;

3.      The reimbursement for expenses incurred during the time period set forth in the Application is allowed in the amounts of $638.10;

4.      The Debtors are authorized and directed to pay the "Fees Allowed," inclusive of any applicable holdback, and the "Expenses Allowed" in satisfaction of all such allowed fees and expenses that have not previously been paid pursuant to the Interim Compensation Order or otherwise, for a total amount of $334,219.60;

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: July 07, 2021

_____

Marvin Isgur
United States Bankruptcy Judge